**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) |
| Defendants, | ) ) |
| and | ) ) |
| PIRAGIS NORTHWOODS COMPANY<br>105 N Central Avenue<br>Ely, MN 55731-1210 | ) ) ) ) |
| NORTHEASTERN MINNESOTANS FOR<br>WILDERNESS<br>16 North First Avenue East<br>Ely, MN 55731 | ) ) ) ) ) |
| FRIENDS OF THE BOUNDARY WATERS<br>WILDERNESS<br>8 E. Sheridan St.<br>Ely, MN 55731 | ) ) ) ) |
| CENTER FOR BIOLOGICAL DIVERSITY<br>378 N. Main Ave.<br>Tucson, AZ 85701 | ) ) ) ) |
| THE WILDERNESS SOCIETY<br>1801 Pennsylvania Ave. NW #200<br>Washington, DC 20006 | ) ) ) ) |
| IZAAK WALTON LEAGUE OF AMERICA<br>707 Conservation Lane<br>Gaithersburg, MD 20878 | ) ) ) ) |
| VOYAGEUR OUTWARD BOUND SCHOOL<br>1007 Spruce Road<br>Ely, MN 55731 | ) ) ) ) |

Case No. 1:22-cv-2506-CRC

NY-2493343

|  | ) |
| --- | --- |
| ELY OUTFITTING COMPANY & | ) |
| BOUNDARY WATERS GUIDE SERVICE | ) |
| 529 East Sheridan Street | ) |
| Ely, MN 55731 | ) |
|  | ) |
| WENONAH CANOE, INC. | ) |
| 1252 Bundy Blvd | ) |
| Winona, MN 55987-4872 | ) |
|  | ) |
| NORTHSTAR CANOE | ) |
| 1506 14th Street S | ) |
| Princeton, MN 55371-2317 | ) |
|  | ) |
| SAWBILL CANOE OUTFITTERS, INC. | ) |
| 4620 Sawbill Trail | ) |
| Tofte, MN 55615 | ) |
|  | ) |
| HUNGRY JACK OUTFITTERS | ) |
| 318 S Hungry Jack Road | ) |
| Grand Marais, MN 55604 | ) |
|  | ) |
| WOMEN'S WILDERNESS DISCOVERY | ) |
| 429 East Sheridan Street | ) |
| Ely, MN 55731 | ) |
|  | ) |
| RIVER POINT RESORT AND OUTFITTING | ) |
| COMPANY | ) |
| PO Box 397 | ) |
| Ely, MN 55731-0397 | ) |
|  | ) |
| FREEMANS EXPLORE, LLC | ) |
| PO Box 1454 | ) |
| Grand Marais, MN 55604 | ) |
|  | ) |
| Defendant-Intervenor-Applicants. | ) |
|  | ) |

## **DEFENDANT-INTERVENOR-APPLICANTS' MOTION TO INTERVENE**

Pursuant to Federal Rule of Civil Procedure 24(a), Defendant-Intervenor-Applicants

Piragis Northwoods Company, Northeastern Minnesotans for Wilderness, Friends of the Boundary

Waters Wilderness, Center for Biological Diversity, The Wilderness Society, Izaak Walton League

of America, Voyageur Outward Bound School, Ely Outfitting Company & Boundary Waters

2

NY-2493343

Guide Service, Wenonah Canoe, Inc., Northstar Canoe, Sawbill Canoe Outfitters, Inc., Hungry Jack Outfitters, Women's Wilderness Discovery, River Point Resort and Outfitting Company, and Freemans Explore, LLC (collectively, "Defendant-Intervenor-Applicants"), respectfully move to intervene in the above-captioned case as of right.   In the alternative, Defendant-Intervenor-Applicants move for permissive intervention pursuant to Federal Rule of Civil Procedure 24(b).

In accordance with LCvR 7(m), counsel for Defendant-Intervenor-Applicants conferred with counsel for the Federal Defendants, who indicated that the Federal Defendants reserve stating their position pending their review of this Motion to Intervene and supporting materials. Additionally, counsel for Twin Metals has stated that it opposes Defendant-Intervenor-Applicants' Motion to Intervene.

In accordance with LCvR 7(j), Defendant-Intervenor-Applicants concurrently submit their Motion to Dismiss, which is attached hereto as Exhibit A.

Dated:  December 22, 2022   Respectfully submitted,

*s/ J. Alex Ward*

Ward, Joseph Alexander (DC 463927)
Smith, Robin A. (DC 1685989)
Nunez, Krista A. (DC 888324984)
Forrest, Haydn (DC 1657388)
Iko, Roke (DC 1658876)
MORRISON & FOERSTER LLP
2100 L Street NW
Suite 900
Washington, DC 20037
Tel: (202) 887-1574
Fax: (202) 791-8585
alexward@mofo.com
rsmith@mofo.com
knunez@mofo.com
hforrest@mofo.com
riko@mofo.com

*s/ Hannah Yang*

Yang, Hannah (NY 5955240) (*pro hac vice* pending)

3

NY-2493343

Yang, Hannah ((NY 5955240) (*pro hac vice* pending)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Tel.: (212) 336-4196
Fax: (212) 468-7900
hyang@mofo.com

*Attorneys for Defendant-Intervenor-Applicants Piragis Northwoods Company, Northeastern Minnesotans for Wilderness, Friends of the Boundary Waters Wilderness, Voyageur Outward Bound School, Ely Outfitting Company & Boundary Waters Guide Service, Wenonah Canoe, Inc., Northstar Canoe, Sawbill Canoe Outfitters, Inc., Hungry Jack Outfitters, Women's Wilderness Discovery, River Point Resort and Outfitting Company, and Freemans Explore, LLC*


*s/ Adam J. Ratchenski*

Adam J. Ratchenski (Dist. D.C. Bar No. IL0116)
Julie M. Goodwin (IL No. 6295501) (*pro hac vice* forthcoming)
EARTHJUSTICE
311 S. Wacker Drive
Suite 1400
Chicago, IL 60606
Tel.: (312) 500-2194
Fax: (312) 667-8961
aratchenski@earthjustice.org
jgoodwin@earthjustice.org

*Attorneys for Defendant-Intervenor-Applicants Center for Biological Diversity, The Wilderness Society, and Izaak Walton League of America*


*s/ Stephen P. Safranski*

Stephen P. Safranski (MN #0331326) (*pro hac vice* forthcoming)
Richard B. Allyn (MN #0001338) (*pro hac vice* forthcoming)
Bryan J. Mechell (MN #0389151) (*pro hac vice* forthcoming)
Eric P. Barstad (MN #0398979) (*pro hac vice* forthcoming)
ROBINS KAPLAN LLP

4

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel.: (612) 349-8500
Fax: (612) 339-4181
SSafranski@robinskaplan.com
RAllyn@robinskaplan.com
BMechell@robinskaplan.com
EBarstad@robinskaplan.com

*s/ Meegan F. Hollywood*

Meegan F. Hollywood (Dist. D.C. Bar No. NY0206)
ROBINS KAPLAN LLP
399 Park Avenue
Suite 3600
New York, NY 10022
Tel.: (212) 980-7400
Fax: (212) 980-7499
MHollywood@robinskaplan.com

*Attorneys for Defendant-Intervenor-Applicant Friends of the Boundary Waters Wilderness*

5

NY-2493343

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing Motion to Intervene and its attachments and enclosures were filed with the Clerk of the Court through the Court's electronic case filing system, which automatically served notice of this filing on all parties and registered participants.

Dated:  December 22, 2022        Respectfully submitted,

_s/ J. Alex Ward_
Ward, Joseph Alexander

_Attorney for Defendant-Intervenor-Applicants Piragis Northwoods Company, Northeastern Minnesotans for Wilderness, Friends of the Boundary Waters Wilderness, Voyageur Outward Bound School, Ely Outfitting Company & Boundary Waters Guide Service, Wenonah Canoe, Inc., Northstar Canoe, Sawbill Canoe Outfitters, Inc., Hungry Jack Outfitters, Women's Wilderness Discovery, River Point Resort and Outfitting Company, and Freemans Explore, LLC_

NY-2493343