**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, *et al.*, )<br><br>Defendants, )<br><br>and )<br><br>PIRAGIS NORTHWOODS COMPANY, *et al.*, )<br><br>Defendant-Intervenor-Applicants. ) | Case No. 1:22-cv-2506-CRC |

**<u>DECLARATION OF BETSY LEPLATT</u>**

**Declaration of Betsy LePlatt**

Betsy LePlatt declares under penalty of perjury that the foregoing is true and correct:

1.      My family and I have been members of the Friends of the Boundary Waters Wilderness ("Friends") since 2009. I support Friends' work to protect the Boundary Waters Canoe Area Wilderness ("BWCAW") and Superior National Forest ecosystem. I have great interest in maintaining the pristine character of the BWCAW. Besides owning property, my family and I regularly canoe, kayak, and hike in the BWCAW.

2.      I submit this declaration in support of the Friends' participation in the case of *Twin Metals Minnesota, LLC & Franconia Minerals (US) LLC v. United States of America, et al.*, Case No. 1:22-cv-02506.

3.      I grew up in the Mojave Desert and have spent a great deal of my life in the Sierra Nevada Mountains. My husband, Herb, grew up on a ranch in Colorado and spent much of his time in the wilderness of the Colorado Rockies. Herb and I moved to Minnesota in the mid-1980s and were thrilled to discover that we could easily access the water rich wilderness of the BWCAW. For Westerners, the abundance of fresh water was astounding.

4.      Our first trip to the BWCAW was in 1987. We were both stunned by all the clear, clean water and the area's natural beauty. That year we paddled in the summer and went to Bearskin Lodge for cross-country skiing in the winter. I always thought we would move back West, but those trips to Minnesota's Northern Wilderness changed my mind. And, we made a permanent home in Minnesota.

5.      Over the years, our visits to the BWCAW became more frequent. We returned as often as we could. Herb even proposed to me in the BWCAW. Ely, Minnesota, a popular entry point for the BWCAW, became the main focus of our time off and we fantasized about living there one day. In 2005, a friend, who was selling her cabin near the BWCAW, came to Herb and me and said "You should have it. Of all the people I know, you love the Ely area the most." We heard there had been exploration for potential mining in the area but were reassured by locals that they did not think a mine would ever happen. Also, Herb had just taken a large pay cut and we had just become parents. However, Herb and I wanted to provide our daughter with the same sort of nature immersion we had as children. Therefore, in 2007, after much deliberation, we decided to purchase the gorgeous spot on the Kawishiwi River. We thought it would be a good investment, as well as a magical retirement home.

6.      After purchasing the cabin, we have spent a lot of our time on the Kawishiwi River paddle boarding, swimming, canoeing, and kayaking. We like to sit on the dock and enjoy the view. I often do yoga on a platform right by the water, where I enjoy the sounds of lapping water and loons calling. The cabin has also served as a remote office for my work as an illustrator.

7.      Our cabin is on the South Kawishiwi River, several miles from Entry Point 32 (South Kawishiwi River Entry) and Entry Point 33 (Little Gabbro Lake). The address is 12343

Endless Waters Road in Ely, Minnesota. The cabin is approximately one mile from the closest Twin Metals' exploratory mining site.

8. Herb and I have enjoyed exploring the area near our Northern home. We have loaded up our canoe or paddleboards to tour various bodies of water in the area. Since we do not own a motorboat yet, we have rented pontoon boats to explore some additional lakes near us. As we live in our cabin on the Kawishiwi River, we will visit these same lakes and rivers again. Plus, we have our sights on several new spots to launch from.

9. For many years, we generally spent three months of the year at the cabin and the rest of the year in the Minneapolis/St. Paul area. In addition to the summer months, we spend long weekends and holidays at the cabin. We usually return three to five times each fall and winter. My family and I often enjoy the area during Thanksgiving and Christmas. Now that our daughter is in college, we intend to spend one to two weeks each month at our home on the Kawishiwi.

10. From 2009 to 2018, we lived at our cabin for the summer months.

11. Since 2007, we have invested a considerable amount of money to transform the cabin into our full-time residence. We remodeled a garage to create our cabin just after we purchased it and remodeled the sauna/laundry building about 8 years ago. In 2018, we broke ground on a large garage with a bunk house/office/art studio on the second level.

12. We intend to continue spending summers, vacations, and holidays at our cabin near the BWCAW. This also means we would, unfortunately, be spending time around Twin Metals' mining activities should they resume.

13. Ely, MN, with its unique natural character, fosters a rich community of artists, naturalists and explorers. We are thrilled to participate in this community. Our daughter has taken part in Ely Community Resource and Prairie Fire Children's Theatre programs. We also participate in Tofte Lake Center activities, Library events, Ely Folk School, and Ely Field Naturalist programs. We try to support the Ely economy by shopping in Ely for gifts, groceries and cabin supplies.

14. Clean water is essential to the boreal forest and the character of the area in and near the BWCAW. Not only is pristine water paramount for the flora and fauna, but it is also the backbone of culture and commerce in the area as well.

15. Over the years, we have tried to be good neighbors by not only making contributions to halt potentially polluting mining activities, but by making contributions to other community causes. We have donated to Ely Community Resource, Ely Bloomenson Hospital, Incredible Ely, Northwoods Care Partners, The International Wolf Center, The North American Bear Center, Tofte Lake Center, Northern Lakes Arts Association, and Gardner Humanities Trust.

16. I am very concerned that sulfide-ore mining, like the Twin Metals mine, would threaten my property and the pristine nature of the BWCAW. One of Twin Metals' test drilling

sites is less than a mile from our cabin. I am regularly in the area of the exploratory sites, while I am running, riding my bike, or out for a walk.

17.     The exploratory mining that has already occurred on Twin Metals' mining sites, which include the now-cancelled leases, impacted our ability to enjoy our cabin. During the exploratory mining, I could hear drilling every day of the week. I am concerned that even underground mining will lead to further noise related to blasting and tremors on and near my property.

18.     Besides noise pollution, I saw lots of truck traffic and dust during this time, especially near the Kawishiwi Summer Homes (approximately a mile and a half from our cabin). Previously, the roads near us were used primarily for people to go into the wilderness to hike, hunt, fish, pick berries, and access the BWCAW. Traffic was light and consisted mostly of cars, personal trucks and outfitters vans towing canoe trailers, plus regular Outward Bound vehicles.

19.     There is an exploratory site about a mile and a quarter from our cabin, which I believe was capped, but has no marker or pole to identify the site. We have heard there is another exploratory site, left by INCO—a predecessor of Twin Metals—in the 1960's, further down Spruce Road that has been leaking for years. When exploratory mining results in permanent pollution, I get worried about the pollution full scale sulfide ore body mining would leave us with. The proposed holding pond concerns me greatly. It seems to me that the mining industry does not have a great track record as far as breaches go. I worry this leakage or spill would drain into the surrounding water, including the Kawishiwi River and on into the BWCAW. We currently swim in the clean, beautiful Kawishiwi River.

20.     Starting when we bought the cabin in 2007, we put time, energy, and money toward Northeastern Minnesotans for Wilderness, Save the Boundary Waters, WaterLegacy, and other organizations involved in protecting the BWCAW, trying to save our precious wilderness from the pollution mining has the probability to cause.

21.     It is my hope that our daughter can someday bring her children here to show them the beauty she was privileged to grow up in. I also hope visitors from around the world will continue to be able to have a pristine wilderness experience in and around the BWCAW.

Dated: 12/15/2022                    Signed: _Betsy LePlatt_
                                             Betsy LePlatt