**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) ) | Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) | |
| and | ) ) | |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) | |
| Defendant-Intervenor-Applicants. | ) ) | |

**<u>DECLARATION OF CARLA ARNESON</u>**

**Declaration of Carla Arneson**

Carla Arneson declares under penalty of perjury that the foregoing is true and correct:

1.      I am a member of Friends of the Boundary Waters Wilderness ("Friends"). For many years I have been a supporter of the Friends' work to protect the Boundary Waters Canoe Area Wilderness ("BWCAW"). I submit this declaration in support of the Friends' participation in the case of *Twin Metals Minnesota, LLC & Franconia Minerals (US) LLC v. United States of America, et al.*, Case No. 1:22-cv-02506.

2.      I and the Friends will be harmed if Twin Metals prevails in its litigation against the United States and recommences its mining activities near the BWCAW.

3.      I reside at 1177 Ring Rock Road, Ely, MN 55731. My house is on the east shore of White Iron Lake. I bought the lot and had my cabin built on it around 1990. I have lived there full-time since retiring around 2007.

   a. My cabin on White Iron Lake is about 4-5 miles from the location ofTwin Metals' drilling sites at issue and its proposed underground mine and processing facility. However, my cabin is directly in the downstream path of where surface runoff from the Twin Metals mine would flow. Specifically, Twin Metals has advertised that its proposed mine entrance would be on the eastern shore of Birch Lake. Water from Birch Lake in part flows north through the South Kawishiwi River and directly into White Iron Lake. Living so close to the proposed mining site, it has been easy for me to visit the proposed mining site and I have done so several times. I also plan to regularly return to the areas around Twin Metals' proposed mining site. Part of the reason I have regularly returned to that area is to see what the effects of Twin Metals' exploratory mines have been.

4.      I also live on White Iron Lake because it is close to the BWCAW. I have a great interest in the BWCAW and maintaining its wilderness character. My home is just a few miles by water from the BWCAW. From my home, one would canoe north from White Iron Lake into Garden Lake, Fall Lake, and then Pipestone Bay, which is in the BWCAW. In addition, South Farm Lake is downstream of my cabin, within the White Iron Lake chain, and it is within the BWCAW. Entry point 31 to the BWCAW is on South Farm Lake.

   a. I have regularly canoed and visited the BWCAW. Specifically, I have canoed through Fall Lake, Pipestone Bay, Jackfish Bay, Basswood Lake, and La LaCroix, all of which are downstream of Twin Metals mine, and through which pollution from such mine would flow.

b. I hope to canoe more in the future and to return to these lakes and others, as well as the BWCAW in order to enjoy the pristine wilderness. As Twin Metals' Birch Lake sites are only a few miles from my cabin, it is easy for me to visit the area. I visit Birch Lake with friends, and there is a group of people with whom I would be able to canoe to lakes in the BWCAW downstream of Twin Metals' leases.

5.    I have a great interest in maintaining the wilderness character of the Rainy River watershed and the BWCAW.

a. My White Iron Lake cabin is within the same Rainy River Watershed as Twin Metals' mining site and is just a few miles downstream of the proposed mine site.

b. I also own a small bunkhouse on Big Lake, northwest of Ely. My bunkhouse is on a point on Big Lake and is accessible only by water. There is a BWCAW campsite on Big Lake and that lake also has access to two BWCAW entry points.

c. Like White Iron Lake and the Twin Metals mining sites, Big Lake is also in the Rainy River Watershed.

d. I have maintained my Big Lake bunkhouse in a way that allows it to blend into the wilderness environment as much as possible.

e. I decided to build a cabin on White Iron Lake due to the high water quality, wilderness, and quiet afforded by the place. My desire for these surroundings increased throughout my life. My great uncle owned a resort on the Whitefish chain of lakes near Brainerd, Minnesota (well south of the BWCAW). At the time, the Whitefish chain was relatively undeveloped, but over the years, it has become much more developed with larger homes and businesses lining the lakeshore. I yearned for an undeveloped, pristine wilderness area, and I found that in the northwoods around White Iron Lake due to its proximity to the BWCAW.

f. I enjoy living on White Iron Lake because the nature here has not been overcome by humans and development, as compared to other parts of the state.

g. I also enjoy photography in the area around my cabin and the BWCAW. This is another recreational activity which I enjoy due to the wilderness character of the area. I plan to continue this activity in the future, both on the lakes and in the area around my cabin and in the BWCAW.

6.    I am very concerned that copper-nickel sulfide mining, like Twin Metals' mine at issue, would not only threaten my property but also the water, the wilderness, the animals and birds, and the health of my neighbors and their children.

a.  White Iron Lake is downstream of the proposed Twin Metals mining sites, and downstream of the land subject to Twin Metals' now-cancelled leases.

b.  Both White Iron Lake and Birch Lake and the South Kawishiwi River, where Twin Metals has been exploring, are in the same Rainy River Watershed. This area around Twin Metals' leasing sites and the BWCAW contains numerous interconnected lakes, rivers and streams. Flowing water and a large amount of groundwater is part of the landscape. It is my understanding that the entire area is classified as a sole-source aquifer.

c.  Surface pollution from the Twin Metals mine would flow through White Iron Lake and past my property.

d.  In addition, any groundwater pollution from the Twin Metals mine would have a negative impact on the water and soil quality around my cabin.

e.  Both surface water and groundwater pollution from a Twin Metals mine would include sulfuric acid runoff from sulfide mining, which occurs when water and air come in contact with sulfide ore and waste rock from the mining operations, as well as leached heavy metals. These would degrade the water and pollute the area. I also understand that leached heavy metals can have long-term detrimental health effects, particularly in children.

7.    I have already seen some of the effects of sulfide exploratory mining.

a.  On the Spruce Road, near the South Kawishiwi River, there was a sump pit for wastewater from exploratory drilling. When walking through the area, I noticed that the pit was extraordinarily polluted. The pit was smelly and discolored and had an oily film on the surface of water in the pit. I called the Minnesota Department of Natural Resources to report the pit, and I was told that a cleanup was ordered.

b.  I have also seen drill holes from the exploratory mining in the area. At the time, the drill holes I saw did not appear to be capped and sealed correctly. Some of the drill holes were oozing material from the pipe end.

c.  I also have seen historical exploratory drill holes in the area that are broken pipes and are not capped at all.

       d.   The pollution I already have seen from exploratory drilling makes me concerned about ongoing pollution that would occur from a full-scale mine.

8.     I am also concerned about the detrimental impact a Twin Metals mine would have on my property values. In the past, when Twin Metals conducted active drilling operations, property values declined and there was a decreased interest by potential buyers. The presence of even a proposed mining site, or land on which mining could occur is a force that has decreased the value of my property. Twin Metals has detailed proposals on its website for the site of its mine and processing plant on the east shore of Birch Lake, which is just a few miles upstream of my cabin.

9.     Demand for property in the area is largely driven by its wilderness character. People buy cabins and property here to be close to nature. The expectation of a Twin Metals mine has caused property values to drop, including my own, as described above.

10.    Given my commitment to maintaining the wilderness character of the area, I have become an advocate to stop sulfide mining near the BWCAW. I have written opinion pieces for Minnpost.com, the Timberjay (the local newspaper for northern St. Louis County, MN), and the Duluth Reader. I have also attended several government listening sessions regarding sulfide mining, including in Ely and Duluth.

11.    I am also concerned that if Twin Metals prevails in its campaign to sulfide-ore mine the Duluth Complex (the area that Twin Metals wants to mine), the government will be unable or incapable of stopping additional sulfide mines in the area, because the first mine will set a precedent about the types of measures that must be taken to mine. I am also concerned that even though Twin Metals has reported that it wants to mine underground, in the long term, Twin Metals will also desire an open pit-type mine. This is because, I understand, the first 1,000 feet of low-grade metal ore under the ground has the same metal content as the next 1,000 feet. There is no reason, I believe, to have confidence that in the future Twin Metals would not seek to mine this surface ore as well in an open pit mine.

12.    I am concerned that my elected officials do not have a full understanding of the differences between taconite mining, which has occurred traditionally in the Iron Range, to the southwest of the Twin Metals mine, and sulfide mining. Even in an underground mine, when the sulfide-rich rock is exposed to water, it leaches sulfuric acid and heavy metals into the surrounding groundwater.

13.    Twin Metals' activities have already caused light and sound pollution in the areas downstream of the mine, and I am concerned about its negative impact on the wildlife. I am concerned about continued and even worse light and sound pollution should Twin Metal prevail in this action.

14.     I have a strong interest in maintaining the surface and ground water quality around my cabin and bunkhouse, and in preventing further decreases to the value of my cabin and bunkhouse.

15.     This is why I and the Friends have a strong interest in Twin Metals' suit against the United States. We need to save these natural lands for good of the State, the environment, and our children.


Dated: _12/16/22_                     Signed: _Carla Arneson_

                                              Carla Arneson