**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) ) | Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) | |
| and | ) ) | |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) | |
| Defendant-Intervenor-Applicants. | ) ) | |

**<u>DECLARATION OF CHRISTOPHER KNOPF</u>**

## Declaration of Christopher Knopf

CHRISTOPHER KNOPF declares under penalty of perjury that the foregoing is true and correct:

1. I am the Executive Director of the Friends of the Boundary Waters Wilderness ("Friends").

2. As the Friends' Executive Director, I have responsibility for overall management, policy, and direction of the Friends. I also help to foster a community dialogue regarding issues impacting the Boundary Waters Canoe Area Wilderness ("BWCAW" or "Boundary Waters"). All of my work focuses on the BWCAW and the Superior-Quetico ecosystem, which includes the Superior National Forest and Quetico Provincial Park.

3. I provide this declaration in support of the Friends' standing in the case of *Twin Metals Minnesota, LLC & Franconia Minerals (US) LLC v. United States of America, et al.*

## Background of the BWCAW

4. The BWCAW is approximately 1.1 million acres of roadless, remote wilderness land located in the northern third of the Superior National Forest in northern Minnesota.

5. The BWCAW contains approximately 1,000 pristine interconnected lakes, rivers, and streams, which have extremely high water quality. The land in the BWCAW is extremely rugged, including many cliffs, towering rock formations, and rocky water shores.

1

6. The United States Forest Service has written that the Superior National Forest, of which the BWCAW is its northern-third, is the only large-scale protected sub-boreal forest in the continental United States, and it contains 20% of the National Forest System's fresh water supply.

7. Together with Voyageurs National Park to the west and Canada's Quetico Provincial Park, the BWCAW comprises an international network of land set aside for conservation. The northern border of the BWCAW is about 150 miles long and is part of the international border between the United States and Canada.

    a. Quetico Provincial Park ("Quetico"), immediately to the north of the BWCAW, itself contains more than 600 lakes and an additional approximately one million acres of wilderness. Quetico and the Superior National Forest together were the first trans-international border protected areas in the world, having now been protected for more than 100 years beginning in 1909.

    b. Voyageurs National Park, to the west of the BWCAW, was established by Congress in 1975. Like the BWCAW, Voyageurs National Park provides world-renowned canoeing and recreational opportunities in a protected park setting. Voyageurs National Park rewards some 240,000 visitors every year with extraordinary wilderness experiences.

8. As a result of its natural beauty and recreational opportunities, the BWCAW is the most heavily visited wilderness area in the United States, with more than 150,000 visitors each year. These visits are supported by numerous outfitters,

CASE 1:22-cv-02506-CKC    Document 19-3    Filed 12/22/22    Page 3 of 17

2

guides, lodges, and resorts, which provide equipment, food, logistical and other assistance for visitors.

9. Travel and entry into the BWCAW is controlled and managed in order to maintain and protect the wilderness ecology and character of the BWCAW.

   a. Visitors to the BWCAW must obtain an entry permit from the United States Forest Service ("USFS"). Individual groups may include no more than nine people. Entry into the BWCAW is restricted to particular entry locations, and the USFS imposes daily limits on the number of groups that may enter at each particular entry point, in order to limit the number of people traveling in the BWCAW at any one time. Camping is restricted to designated campsites.

   b. Motorized boats generally are not permitted in the BWCAW, except on a small number of larger lakes. As a result, visitors to the BWCAW generally use canoes for travel.

   c. Travel into Canada from the BWCAW is permitted only with a remote area border crossing permit.

10. Visitors to the BWCAW generally enter the wilderness by canoe. The waters of the BWCAW are connected overland by portages, many of which are historic in nature, having been used first by Native Americans and later by French, English, and American fur trappers and traders. These portages make the BWCAW an ideal location for travel by canoe, so much that the BWCAW is commonly referred to as "canoe country." Visitors staying overnight carry all gear in a canoe and over portages,

Case 1:22-cv-02205-CKC Document 19-3 Filed 12/22/22 Page 4 of 17

3

canoeing to remote, designated campsites sometimes many miles from their point of entrance. Travel beyond established portages and hiking trails in many areas often is nearly impossible due to forest density.

11.     This emphasis on maintaining the area's natural, wilderness character has garnered accolades. According to the National Geographic Society, the BWCAW is one of the top 50 places to see in the world in your lifetime and was placed in the category of "Paradise Found." *See* National Geographic Traveler, 50 Places of a Lifetime (1999). The BWCAW is also one of the areas with the darkest skies in the Eastern United States. The BWCAW is one of only 12 places in the United States where one can go over 15 minutes without hearing another human-made sound.

12.     A large portion of the BWCAW and Quetico, and all of Voyageurs National Park, are in the Rainy River watershed. Water in the Rainy River watershed generally flows west and north through the BWCAW and west to Voyageurs, into the Rainy River (a border river between the United States and Canada), and ultimately into Hudson Bay.

13.     As a protected wilderness area, the BWCAW is home to many iconic and protected animal species. The BWCAW area is host to over 100 species of migratory birds and a myriad of plant species. The BWCAW is home to the greatest number of gray wolves outside of Alaska. Several BWCAW resident species have become iconic for the State of Minnesota, including the loon, walleye, and moose. Three species in the BWCAW, the gray wolf, the lynx, and the long-eared bat, are listed as threatened or endangered.

4

14. The BWCAW offers exceptional wilderness recreational experiences. These include long-distance canoeing, hiking, photography, fishing, dog sledding, and ice fishing. The BWCAW provides unique opportunities for solitude, wilderness and ecological study, and personal growth.

15. The BWCAW provides transformative experiences for thousands of children every year who visit from camps, on expeditions, and through character-development programs. These children are imbued with a life-long respect for nature, living things, and undeveloped wilderness.

**Background of the Friends.**

16. Friends is a Minnesota nonprofit corporation founded in 1976. Friends' mission is to "protect the Boundary Waters and to connect people of all backgrounds to the wilderness, so that this and future generations benefit from this special place."

17. Friends is composed of a broad array of over 4,500 members who share a belief in maintaining the wilderness character of the BWCAW. Friends is a national organization with members from nearly all fifty states. Approximately half of the Friends' members reside in the State of Minnesota. The other half reside in other states and countries.

18. Friends' members include many businesses that support the BWCAW, such as outfitters, guides, and canoe rental companies, as well as academics whose careers depend on the wilderness character of the BWCAW, and many visitors and persons who have been touched by the BWCAW.

19. Friends' members include frequent visitors to the BWCAW. For many of Friends' members, visiting the BWCAW is their most treasured family memory.

20. Friends' members also include owners of property in or near the Superior National Forest who acquired their property in order to live close to the BWCAW. Their ability to enjoy their property is driven by maintenance of the area's natural attributes.

21. Friends' members also include academics and teachers whose careers involve the BWCAW. These include biologists and ecologists, political scientists, and teachers of environmental studies and forest management.

22. Friends' members enjoy the BWCAW for its recreational and wilderness value. They participate in a wide variety of pursuits there, including wilderness travel, canoeing, birdwatching, wildlife viewing, photography, fishing, and spiritual advancement. Friends' members also study the BWCAW in a wide array of areas, including ecology, hydrology, geology, and history. These pursuits depend on a wilderness environment free of human impact.

23. Friends and its members have an interest in maintaining the water, air, and wilderness quality of the BWCAW, Quetico, and Voyaguers National Park. Friends has an interest in protecting the property rights of its members, and its members' ability to enjoy the BWCAW, Quetico, and Voyageurs National Park, to learn, study, and educate in it, and to enjoy the wilderness in its most natural state. Attendant to these interests is Friends' interests in protecting the BWCAW, Quetico, and Voyageurs National Park from light, sound, and water pollution and other impacts from human development.

Case 1:22-cv-02599-CRC   Document 19-3   Filed 12/22/22   Page 7 of 17

6

**Friends' Legal Defense of the BWCAW.**

24. Friends was founded in 1976 initially as an all-volunteer group to advocate for legislation protecting the Boundary Waters because at the time, the land was not being managed as a wilderness area. Rather, even though the Wilderness Act of 1964 included the Boundary Waters as an original unit of the National Wilderness Preservation System, the Wilderness Act singled out the Boundary Waters to allow logging and motorized travel to continue.

25. As a result of Friends' efforts, in 1978, the Boundary Waters Canoe Area Wilderness Act was passed by Congress and signed by the President, giving the area increased wilderness protections. The area was officially renamed the Boundary Waters Canoe Area Wilderness or BWCAW. President Carter expanded the size of the BWCAW to approximately 1.1 million acres.

26. From 1978 to 1984, Friends partnered with a large number of organizations and played a central role in defending the 1978 BWCAW Act against legal challenges in the United States District Court for the District of Minnesota, the United States Court of Appeals for the 8th Circuit, and the United States Supreme Court. As a result of the Friends' and partners' efforts, courts upheld the 1978 BWCAW Act.

Case 1:22-cv-05200-CKC Document 18-3 Filed 12/22/22 Page 8 of 17

27. Since its founding, the Friends has defended the BWCAW from attempts to roll back these wilderness protections.

  a. In June 1988, Friends filed a lawsuit in federal court over the Minnesota Air National Guard's flights above the BWCAW. Friends argued that the training flights disrupted the wilderness character of the Boundary

Waters. In November 1989, the lawsuit was settled, and the flight area's northern boundary was redrawn south of the BWCAW. This was the first time that the military altered flight plans due to wilderness concerns.

b.  Starting in 1986, Friends challenged a USFS Forest Plan for the Superior National Forest. The Friends took issue with numerous aspects of the Forest Plan that were inconsistent with the wilderness designation, including the presence of truck portages, the non-destruction of two dams within the BWCAW, a road remaining over the Isabella River, and several other issues.

c.  In 1989, Friends, the Sierra Club, The Wilderness Society, Defenders of Wildlife, Wilderness Watch, Wilderness Inquiry, MPIRG, and the Izaak Walton League filed suit in the United States District Court for the District of Minnesota to stop the use of motorized portages within the BWCAW in which motorized vehicles transported canoes across portages. The United States Court of Appeals for the 8th Circuit ordered the motorized portages to remain closed as being in violation of the 1978 BWCAW Act. The Supreme Court declined to hear the case.

Case 1:22-cv-02206-CKC   Document 19-3   Filed 12/22/22   Page 9 of 17

d.  In 1995, Friends and its partners again challenged a USFS Forest Plan because it permitted more motorboat usage within the BWCAW than was permitted in the BWCAW Act. The United States Court of Appeals for the 8th Circuit agreed with the Friends.

e. In January 2003, Friends and its partner organizations filed a lawsuit to prevent the USFS's plan to triple the number of entry permits on some BWCAW lakes. Friends prevailed at the United States Court of Appeals for the 8th Circuit.

28. In accordance with Friends' mission to advocate for the permanent protection of the BWCAW and to connect people of all backgrounds with this priceless wilderness, Friends takes action when activities outside but nearby the BWCAW would impact the wilderness character of the BWCAW.

a. For instance, in March 2005, Friends sued the USFS to prevent a large timber sale from clear-cut deforestation on the South Kawishiwi River, on the border of the BWCAW. *Sierra Club Northstar Chapter and Friends of the Boundary Waters Wilderness v. Bosworth et al.*, No. 05-667-JNE/SRN (D. Minn.).

b. In August 2006, Friends sued the USFS challenging an updated Forest Plan for the Superior National Forest. *Friends of the Boundary Waters Wilderness et al. v. Bosworth*, No. 06-cv-3334-PJS/RLE (D. Minn.).

c. In 2007, Friends sued the USFS challenging the adequacy of the USFS Environmental Impact Statement for the Echo Trial Project, which included clear cutting of forest and road building in a corridor that separates areas of the BWCAW. *Sierra Club Northstar Chapter et al. v. Kimbell*, et al., No. 07-cv-03160-ADM-RLE (D. Minn.).

Case 1:22-cv-02200-CRC    Document 18-3    Filed 12/22/22    Page 10 of 17

d. In 2010, Friends sued AT&T in Minnesota state court to prevent the construction of a 450-foot cell phone tower that would be visible from the BWCAW and that could have been built elsewhere.

**The Friends' Legal and Regulatory Defense of the BWCAW Against Sulfide-Ore Mining.**

29. For the last decade, Friends has taken a strong stand against proposed copper-sulfide mining in the areas that would impact the BWCAW and Quetico-Superior ecosystem.

a. Friends founded Mining Truth together with Conservation Minnesota and the Minnesota Center for Environmental Advocacy to raise awareness of sulfide-ore mining in the BWCAW and Superior National Forest. Friends and its partners developed the Mining Truth Report, which provided accurate information on sulfide-ore mining, including environmental damage, financial assurance for damage, taxpayer liability, and perpetual water treatment needs. Mining Truth published its report in order to provide unbiased, sourced facts regarding sulfide-ore mining in Minnesota.

b. Mining Truth delivered 12,000 petitions to then-Minnesota Governor Mark Dayton, demanding that no sulfide-ore mining occur, unless the Minnesota waters could be *guaranteed* safe.

c. Friends also filed public comments with the Minnesota Department of Natural Resources ("Minnesota DNR") critical of the deficient

10

Environmental Impact Statement prepared for the proposed PolyMet copper-sulfide mine, which is located near the proposed Twin Metals copper-sulfide mine. Friends and its partner organizations organized thousands of individual citizens to submit public comments concerning the devastating environmental impact of the proposed PolyMet copper-sulfide mine.

d. Friends submitted written comments to the Minnesota DNR arguing that the agency's administrative regulations governing copper-sulfide mining do not adequately protect the BWCAW from pollution, impairment, or destruction by nonferrous metallic mineral mining in the watersheds that flow into the BWCAW.

e. Friends submitted oral and written comments to both the U.S. Department of Interior's Bureau of Land Management and the U.S. Department of Agriculture's U.S. Forest Service advocating for a twenty-year mineral withdrawal of more than 225,000 acres of the Superior National Forest in the BWCAW's watershed.

f. Friends submitted oral and written comments to the U.S. Army Corps of Engineers ("Corps") arguing that the Corps should rescind and not reissue a Section 404 federal wetlands destruction permit to PolyMet as such a permit would not adequately protect the Fond du Lac Band of Lake Superior Chippewa's downstream water quality standards. Friends also

Case 1:22-cv-02506-CRC    Document 19-3    Filed 12/22/22    Page 12 of 17

11

filed a federal lawsuit in the U.S. District Court for the District of

Minnesota challenging the Corps' Section 404 permit issuance to PolyMet.

    g. Over the last four years, Friends has vigorously and successfully

challenged permits issued by Minnesota DNR and Minnesota Pollution

Control Agency for the proposed PolyMet copper-sulfide mine.

**The Friends' Programs Connecting People to and Stewarding the Wilderness.**

30. Since 2002, Friends has operated the Thomas Flint Canoe Trip Program—a

part of Friends' No Boundaries to the Boundary Waters educational program—which

connects high-school-age students from diverse and underrepresented communities to

the BWCAW through multi-day wilderness canoes trips. Through the Thomas Flint

Canoe Trip Program, Friends provides transformative wilderness canoe trip to

approximately 50-80 students each year.

31. Since 2010, Friends has supported a volunteer program in which

volunteers clear portages, clean campsites, and engage in other stewardship activities in

the BWCAW working with Superior National Forest rangers. Since its inception, these

volunteers have devoted over 5,000 days in the field.

**The Friends' Acquisition and Conservation of Land at the Edge of the BWCAW through its Edge of the Wilderness Fund.**

32. Friends established the Edge of the Wilderness Fund almost 40 years ago

to identify and purchase prime conservation properties adjacent to the BWCAW.

33. The goal of the Edge of the Wilderness Fund is to preserve the health of

the BWCAW ecosystem and expand public access to lands surrounding that wilderness.

34.     In April 2022, Friends acquired the Sawbill Trail Conservation Property. This 35-acre property in Cook County includes a mature forest of white pines, red pines, and birch, and is surrounded by federally owned land. This property is part of a landscape that provides wildlife habitat for moose, wolves, black bear, and other iconic Northwoods species. The Friends intends to convey this property to the Superior National Forest when federal officials are in a position for this acquisition.

35.     In June and November 2022, Friends acquired two parcels that comprise the Snowbank Lake Conservation Property. A large and imposing lake, Snowbank Lake straddles the BWCAW boundary and is situated east of Ely at the end of the Fernberg Trail. This 80-acre property is in Lake County and includes 3,500 feet of undeveloped lakeshore in addition to a boreal forest that provides wildlife habitat for moose, wolves, Canada lynx, bald eagle, northern goshawk and other iconic BWCAW species. Friends' purchase has protected shoreline habitat, maintained wildlife corridors, and prevented forest fragmentation. Friends also seeks to add at least one tent site on the property to be used as a destination and staging area for wilderness canoe trips through our No Boundaries to the Boundary Waters Program.

**An Introduction to the Risks of Sulfide-ore Mining Near the BWCAW.**

Case 1:22-cv-02206-CRC   Document 19-3   Filed 12/15/22   Page 14 of 17

36.     To Friends' knowledge, sulfide-ore mining has never been conducted without permanent ecological damage. Sulfide-ore mining can result in acid mine drainage and heavy metals, sulfides, and sulfates leaching into the surface water and groundwater supply.

13

37. When sulfide ore bodies and rocks are exposed to air, oxidation and hydrolysis by air and water, respectively, create sulfuric acid. This decreases water pH and leaches heavy metals such as nickel, copper, zinc, lead, and cadmium from the rock. Due to this risk, sulfide-ore mining has been conducted in the United States generally only in the southwest, which is vastly drier than the Superior National Forest.

38. These pollutants can enter the water supply by runoff from mine discharge, through wastewater treatment, leakage, and concentrate spills.

39. Twin Metals' cancelled leases overlay a rock formation known as the Duluth Complex. The Duluth Complex is sulfide-ore. This is distinct from the Iron Range of Minnesota, which is generally located to the west and contains significant amounts of iron ore but does not contain sulfide in the rock formations.

40. The waters of the BWCAW, Quetico, and Voyaguers National Park are at risk from acid mine drainage from sulfide-ore mining. Most of these protected areas have only a thin overlay of soil, over metamorphic and igneous bedrock. As a result, these lands have little capacity to neutralize acidic runoff. In addition, water in the Rainy River watershed also flows through bedrock fractures, making the area especially susceptible to contamination from acid mine drainage.

41. The Twin Metals cancelled mineral leases are upstream of the BWCAW in the Rainy River watershed. Surface waters from the exploratory mining locations on Birch Lake and the South Kawishiwi River flow north through White Iron Lake, Farm Lake and other lakes, into Pipestone Bay and Jackfish Bay, into Basswood Lake and lakes and waters westward, including Lac LaCroix.

14

42. Since the BWCAW consists of a vast network of interconnected lakes, rivers, streams, and the groundwater underneath them, surface water and groundwater pollution would exact a terrible toll on the BWCAW and its natural inhabitants. Heavy metals, sulfuric acid, sulfides, and sulfates would permeate into the ecosystem of the BWCAW.

43. The Twin Metals proposed copper-sulfide mine would also result in light and noise pollution, which would impact native animals in the area. A full-scale mining operation would include an underground mine, a processing facility, and a tailing storage facility. These facilities would be connected by utility corridors of roads, rail lines, power lines, natural gas lines, and tailings and concentrate lines, and water lines. All of these facilities would necessarily require clear cutting portions of existing boreal forest.

44. These corridors would introduce a large amount of additional human traffic, which would impact native animals and plants.

45. In addition, a Twin Metals copper-sulfide mine would necessarily increase burdens on Minnesota citizens and landowners stemming from the increased human footprint, such as increased expenses for road maintenance and increased demand on the water supply.

Case 1:22-cv-02506-GHC    Document 19-3    Filed 12/22/22    Page 16 of 17

46. All of these impacts would negatively impact the wilderness character of the BWCAW, Quetico, and Voyageurs National Park.

47. In addition, the presence of the Twin Metals mine would reduce demand for property and decrease property values in the area of the mine.

15

48. The presence of the Twin Metals mine also would degrade the public's perception of the BWCAW as an untrammeled wilderness suitable for recreational activity.

49. Sulfide-ore mining in the Rainy River watershed damages the interests of Friends and its members. The Friends and its members have been harmed by exploratory mining by Twin Metals and its predecessors and will be harmed if sulfide-ore mining occurs in the same watershed as the BWCAW.

Dated: 12/18/2022        Signed: *Christopher D. Knopf*

Christopher Knopf