**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants,<br><br>and<br><br>PIRAGIS NORTHWOODS COMPANY, *et al.*,<br><br>Defendant-Intervenor-Applicants. | Case No. 1:22-cv-2506-CRC |

**DECLARATION OF DEBORAH HUSKINS**

**Declaration of Deborah Huskins**

Deborah Huskins declares under penalty of perjury that the foregoing is true and correct:

1.      Since 1992, I have been a member of the Friends of the Boundary Waters Wilderness ("Friends").

2.      My family and I have attended many Friends meetings and events throughout the years. Additionally, starting in 2020, I became a member of Friends' Policy Committee; I was elected as a member of Friends' Board of Directors in 2021.

3.      I submit this declaration in support of the Friends' participation in the case of *Twin Metals Minnesota, LLC & Franconia Minerals (US) LLC v. United States of America, et al.*, Case No. 1:22-cv-02506.

4.      I was 4 1/2 years old when I took my first trip into the Boundary Waters Canoe Area Wilderness ("BWCAW" or "Boundary Waters") in the mid-1950's. My father loved the Boundary Waters and northern Minnesota: he, and his father before him, went camping in various places in the years before I was born. As I grew up, our nearly annual summer camping trip in the Boundary Waters was a highlight of the year. My parents prepared for months, and we all looked forward to the trip with great anticipation. We still tell stories of those wonderful trips, and the appreciation we developed for this very special part of the world. My dad dreamed of one day owning land near the Boundary Waters. He lived to see his dream fulfilled, as we built a family cabin in the South Kawishiwi River area in the early 1980s. Mom loved being at the cabin, often spending weeks walking and hiking in the area, alone or entertaining visitors. In her final years, she yearned to be there more often, and when she wasn't there, she was imagining what it would be like to be there at that specific moment. I spend time there at least six to eight times a year, thankfully for longer periods each time. Three generations of our family (so far) treasure this wonderful spot, where we feel close to the wilderness, close to the land, and close to Dad and Mom. It's almost a spiritual connection.

5.      The BWCAW is priceless — it is a unique wilderness, for which Minnesota is internationally known. People live nearby, others come to visit, and still others come from all over the world to experience this special place. We are stewards of this amazing place and must do all we can to protect it.

Case 1:22-cv-02506-CRC    Document 19-4    Filed 12/22/22    Page 2 of 5

6.      The BWCAW is critical to Minnesota's quality of life and economy. Although I am now retired, in my professional capacity, my colleagues and I regularly considered what attracts employees and residents to the Twin Cities and Greater Minnesota. We came to appreciate that the BWCAW is a significant attractor of workforce talent and businesses to Minnesota. Beyond its (priceless) intrinsic value as

pristine wilderness, the BWCAW is essential to the long-term health of Minnesota's economy and workforce.

7.      Sulfide mining is very risky. Mining the sulfur-bearing rock that also holds the copper and nickel sought by Twin Metals/Franconia Metals (hereafter "Twin Metals") will expose that rock to air and water. When sulfur interacts with air and water, it creates sulfuric acid — there are hundreds of pages of information filed in the PolyMet and previous Twin Metals proceedings that describe the processes and effects in great detail. If that acidified water seeps or flows into marshes, creeks, rivers and lakes, it will kill both plant and animal species, leach dangerous heavy metals from the rock, and devastate the watershed. Once it happens, it can't be undone. The risk is simply too great — we must not allow the *possibility* of acid mine drainage or a spill. We must protect this wilderness.

8.      I have a strong interest in maintaining the wilderness character of the BWCAW and protecting its watershed from the risks of sulfide mining. My family cabin on the South Kawishiwi River is within walking distance from Twin Metals' leased land, and less than a 30-minute canoe paddle away from Twin Metals' proposed processing plant and tailings basin on the shore of Birch Lake. The direct and personal stake I and my family have in the decision of this court is apparent when you consider that Twin Metals' exploration and testing will be occurring directly under or adjacent to the property my family owns. The ore sought is under our land, and while the vertical drilling may not start on our land, the underground exploration and excavation will expand under our property, at varying depths. We will undoubtedly be affected by the noise of dynamiting, excavating, and drilling underground. Our cabin is likely to shake. Fissures will develop in uncontrollable directions, possibly contaminating or draining our well water. The dust from excavation and storage of waste rock that undoubtedly will be airborne will directly affect our health. Not only will the additional dust bring particulate to our lungs, but also the rock contains asbestos and mercury, both of which are known carcinogens and health hazards that could be present in the particulate. I am gravely concerned that the toxic particulate generated by Twin Metals' mining activity will endanger our lives, requiring us to wear masks or sophisticated ventilator breathing apparatuses when we are at our cabin.

9.      My family and I have been actively speaking out against sulfide mining in the BWCAW watershed for many years, as well as in opposition to development of the PolyMet mine in the Lake Superior watershed. For example, in October 2014, I wrote to Ronald Wieland, Division of Ecological and Water Resources, at the Minnesota Department of Natural Resources, regarding the Northshore Mining Proposal Environmental Assessment worksheet. I explained my concerns and requested a full Environmental Impact Statement be prepared. In November 2015, I submitted comments on the Twin Metals' Hydrogeologic Study Environmental Assessment to Brenda Halther, Forest Supervisor for the Superior National Forest, urging No Action on the EA.

CASE 0:16-cv-03042-SRN Document 18-1 Filed 11/22/16 Page 3 of 5

10. In these comments, I specifically addressed concerns about Twin Metals' plans to conduct extensive, additional, drilling in the South Kawishiwi area. I stated: "Both Twin Metals and the Forest Service acknowledge that Twin Metals entire hydrogeologic project calls for 400 wells in a concentrated area in the South Kawishiwi River area. The water features are all interconnected, including the ground water, the surface water, and wetlands, and damage to any part of this area. Wildlife, noise, and flora, as well as water do not stop conveniently at jurisdictional boundaries or property lines. Twin Metals' proposal must be evaluated by looking at the potential effects of the entire project, not just the portion of the project over which the Forest Service has direct jurisdiction. There is not adequate information and analysis of the permanent effects of drilling 400 additional wells on the groundwater, the interplay of surface water and underground water, and the underground structure of bedrock and fissures through which water flows." We feared that our well, and those of others nearby, would be affected by drilling, and the additional fissures and cracks caused by the drilling. No one knows where or how the underground water will flow, and we are concerned that contaminants or acidification, or both, will enter our well and affect our water.

11. In the summer of 2012, we began to notice changes in the well water coming into our cabin. For decades, we have enjoyed the clean, clear, delightful taste of the water from our well. However, starting in 2012, the water has contained sediment never before encountered, and the taste is not what it once was. It has tested positive for enteric bacteria several times since, and at levels consistent with contamination, despite chlorine treatments. It is my belief that the drilling conducted in the vicinity in recent years has already altered the groundwater flows and bedrock, and that we are experiencing some of the direct results. We never had issues with the quality of our water before Twin Metals started its exploratory mining, and now bottled water is our primary source of drinking water.

12. We continue to be very concerned that any sulfuric acid/acid mine drainage onto the surface, or into any part of this connected water system, will flow uncontrollably throughout the entire system, doing untold damage until it is far too late to stop, mitigate, or repair.

13. We also have directly experienced the noise pollution of drilling operations. In 2010, Twin Metals conducted drilling in the area around the clock. We could hear it even while indoors if the windows were open. The drilling kept us up all night, drowning out the frogs and the call of the loons and the quiet of the forest.

Case 3:33-cv-05200-CBC Document 13-4 Filed 75/55/55 Page 4 of 2

14. Further exploration, and ultimately, construction of a mine will bring a huge influx of large vehicles and machinery. We expect dust, noise, and traffic will have an enormous effect on daily life.

15. We enjoy visiting Ely, MN, and regularly go to many of its features such as the International Wolf Center and Kawishiwi Falls. We shop in the town at many

enterprises. We know that at least some of these enterprises, which are linked to the attraction of the Boundary Waters, will disappear if there is (predictable) environmental damage and the Boundary Waters no longer draws people to its unique experience.

16. The South Kawishiwi River area, adjacent to Birch Lake, is "ground zero" for Twin Metals' exploration and mining proposals. There's a wonderful federal campground there, with a historic pavilion and great swimming beach. The South Kawishiwi flows right through here, into Birch Lake, then flows back north into the BWCAW, carrying whatever has been leached, drained, or spilled into the Boundary Waters to devastate the lakes and rivers for centuries, if not forever.

17. All those who love the BWCAW, who value this precious jewel of Minnesota, whose businesses in one way or another benefit from having the BWCAW, should agree— the risk is just too great to allow sulfide mining in the watershed. Further exploration, testing, developing and evaluating proposals simply prolong the process and entail costs for all involved, including taxpayers. Let's decide now that sulfide mining in this watershed is just too risky; let's stop further exploration.

18. If Twin Metals succeeds in its lawsuit against the government and commences mining activities again, I am concerned that will negatively impact the value of my property. In the past, when Twin Metals' purported leases were in place, property values declined and neighbors had difficulty finding buyers for their property.

19. Our focus is not just on our property, or our family's enjoyment of this beautiful area. Much more importantly, it is on preserving the Boundary Waters and its environs for generations to come. One accident, or one leaking device, can ruin it for people, animals, fish, and plants for many generations. We raise our voices in opposition.

20. For all of these reasons, I oppose proposed mining projects like the Twin Metals mine anywhere near the BWCAW or in its watershed.

Dated: Dec. 15, 2022    Signed: Deborah Huskins

Deborah Huskins

Case 1:22-cv-02506-CRC    Document 19-4    Filed 12/22/22