# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) | |
| and | ) ) | |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) ) | |
| Defendant-Intervenor-Applicants. | ) ) | |

## DECLARATION OF JACK LIEBO

# Declaration of Jack Liebo

Jack Liebo declares under penalty of perjury that the foregoing is true and correct:

1.     I have been a member of the Friends of the Boundary Waters ("Friends") since 2009.

2.     I submit this declaration in support of the Friends' participation in the case of *Twin Metals Minnesota, LLC & Franconia Minerals (US) LLC v. United States of America, et al.*, Case No. 1:22-cv-02506.

3.     I care deeply about the Boundary Waters Canoe Area Wilderness ("BWCAW" or "Boundary Waters"). In my youth, I was a Cub Scout and a Boy Scout, and my experiences canoeing and camping as a Scout instilled in me a profound love and respect for wilderness and the outdoors.

4.     In 1977, seeking to make a home as close to pristine wilderness as I could possibly find, I purchased property on the shores of the South Kawishiwi River. I chose this location because of its proximity to the BWCAW and Superior National Forest, which I expected the State of Minnesota and the federal government to protect and carefully manage far into the future. My wife, children, and I immediately started enjoying the wilderness of the BWCAW and surrounding environs. We camped on our South Kawishiwi River property in a tent trailer for several years before eventually constructing a year-round cabin, which we completed in 1982.

5.     My family and I have now been making monthly trips to the South Kawishiwi River to immerse ourselves in the wilderness of the BWCAW and surrounding region for approximately 40 years. We make these trips year-round, in all four seasons, and plan to continue making them as far into the future as we can. In the winter, we cross-country ski and enjoy the incomparable solitude and peace of the area. In the temperate seasons, we ride mountain bikes, canoe, kayak, and fish.

6.     My wife and I raised our three children at our cabin. Its value to our lives is immeasurable. We have always aspired for it to be a legacy to future generations of our family.

Case 1:22-cv-02506-CRC    Document 19-5    Filed 12/22/22    Page 2 of 4

7.     While our South Kawishiwi River cabin is a legacy to my family, the BWCAW is a legacy to all Minnesotans—indeed, to all Americans—past, present, and future. The BWCAW is priceless. It is a unique wilderness and beacon to nature-lovers from around the country and around the world. We are stewards of this awesome place and must do everything we can to protect it.

8.      Sulfide mining is extremely hazardous. Mining the sulfur-bearing rock that also holds the copper and nickel sought by Twin Metals/Franconia Metals (hereafter "Twin Metals"), will expose that rock to air and water and generate sulfuric acid. That acidified water may then seep into marshes, creeks, rivers and lakes. If that happens, it will devastate the watershed - leaching dangerous heavy metals from the rock and killing plant and animal species. Once that happens, it can't be undone. The risks and costs of sulfide mining are just far too high - it should never be permitted in a water-based region like northern Minnesota. We must protect this unique wilderness from sulfide mining.

9.      I have a strong interest in maintaining the wilderness character of the BWCAW and protecting its watershed from the risks of sulfide mining. My family cabin on the South Kawishiwi River is less than a 10-minute walk away from Twin Metals' leased land, and less than 30-minute canoe ride away from Twin Metals' proposed processing plant on the shore of Birch Lake. In addition, bicycling and hiking are very popular on Spruce Road, the main thoroughfare near my cabin (which also connects my cabin to Twin Metals' leased land nearby), and the other logging roads in the area. These roads are gravel, and in dry weather clouds of dust rise when cars and trucks drive down them, catching bicyclists and hikers in the dust. I fear that mining in the area will cause poisonous minerals to be brought to the surface, where they will mix with the road gravel and render dust clouds toxic to hikers and bicyclists.

10.     I have directly experienced the noise and vibration pollution of Twin Metals' drilling operations.

11.     Ten to twelve years ago, Twin Metals conducted drilling near my cabin around the clock. Twin Metals clear-cut swathes of forest and drove large trucks to the area to drill cores. My family and I could hear and feel the ground vibrate from Twin Metals' drilling. Twin Metals' drilling and the attendant noise and vibration pollution persisted around the clock. It destroyed the wilderness character of the area and with it my family's use and enjoyment of our cabin.

12.     I have no doubt that further exploration and, ultimately, construction of a mine, will bring a huge influx of large vehicles and machinery. The dust, noise, and traffic this causes will have an enormous effect on daily life.

CASE 1:33-cv-03306-CBC    Document 16-2    Filed 13/33/33    Page 3 of 4

13.     I greatly fear that my well, and those of others nearby, will be or may already have been affected by drilling. No one knows where or how the underground water will flow, and I am concerned that contaminants or acidification, or both, will enter our well and affect our water.

14.     I also fear that Twin Metals' drilling has already affected the health of the Kawishiwi River. In the decades before Twin Metals started drilling, leeches were abundant in the shallow waters of the Kawishiwi River near my shoreline; my children

and I used to catch them and admire their sinuous movements together. However, after Twin Metals conducted their drilling operations near my property several years ago, I noticed that these leeches began dying out or disappearing. Today, it is nearly impossible to find any leeches in my area of the Kawishiwi. I fear that this loss of riverine life is an ominous portent of the more significant ecological losses that additional drilling or mining will cause.

15. I am concerned about the negative impact Twin Metals' resumption mining activities would have on my property value. More importantly, I am motivated by the need to preserve the Boundary Waters and its environs for generations to come. The hazards of sulfide mining are so severe that a single accident can ruin the ecosystem—and the value of the area's pristine wilderness—for generations to come. For all of these reasons and more, I submit this declaration.

Dated: 12/19/2022        Signed: _____

Jack Liebo