**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| UNITED STATES OF AMERICA, *et al.*, | ) ) | Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) |  |
| and | ) ) |  |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) |  |
| Defendant-Intervenor-Applicants. | ) ) |  |

**<u>DECLARATION OF JONATHAN ENGEL</u>**

# Declaration of Jonathan Engel

Jonathan Engel declares under penalty of perjury as follows:

1. I currently reside in Minneapolis, Minnesota. I am a member and proud supporter of the Friends of the Boundary Waters Wilderness ("Friends") and all of the work it does to protect the Boundary Waters Canoe Area Wilderness ("BWCAW").

2. For close to a century, my family has spent summers vacationing at the family cabin along the Kawishiwi River. For me, the quiet simplicity of being there is my favorite thing about it. But, over the last twelve years or so, our use and enjoyment of the cabin has been negatively impacted by exploratory mining activities occurring on lands subject to Twin Metals' mining leases. Increased noise, light and traffic, as well as the addition of new roads has altered the peaceful, quiet, simple nature of our visits to the cabin and left lasting changes on the surrounding landscape. For these reasons, I submit this declaration in support of the Friends' participation in the case of *Twin Metals Minnesota, LLC & Franconia Minerals (US) LLC v. United States of America, et al.*, Case No. 1:22-cv-02506..

3. Hand-built by my great-grandfather in in the 1920's, the family cabin is located on the east side of the Kawishiwi River, upstream of the Highway 1 Bridge. My great-grandfather was an avid fisherman and outdoorsman and chose the location due to its access to the area we now know as the BWCAW. From the cabin's vantage point, located on top of a hill overlooking the Kawishiwi, we are afforded views of the river and surrounding wilderness.

4. My great-grandfather built the cabin using local logs from the area and, while the cabin can currently be accessed using Bridge Road, at the time of its construction, there was no road access and building materials had to be floated in by raft from the National Forest Service campground.

5. Today the cabin is shared between the families of my great-grandfather's four children and these families serve as the representatives for the Corporate Board that owns the cabin, its one acre of land, and the additional acreage surrounding the cabin that is held in conservancy.

Case 1:22-cv-02506-CRC     Document 19-6     Filed 12/22/22     Page 2 of 4

6. Since my great-grandfather built the cabin nearly 100 years ago, with no electricity or potable water, it has been used continuously. And, to this day, the cabin remains much the same with no electricity and only a simple sand point well used for cooking. It is peaceful, quiet and simple.

7. About twelve years ago, however, we began to notice the impacts of exploratory drilling associated with Twin Metals' leases both at our cabin and in the surrounding areas we regularly frequent for hiking, biking and fishing, including Birch Lake, the Kawishiwi River (upstream from Outward Bound), Nickel Lake, Cobalt Creek

and Nickel Creek. There was a dramatic increase in noise and light in these areas, as well as increased vehicle and pedestrian traffic.

8. There was a lot of forestry activity to clear the area and the addition of many new roads, as well as "improvements" – widening – to the existing roads and trails. There was dramatic road building and widening in the area around Birch Lake. Spruce Road, once a two-rut track in the woods, is now a finished road capable of handling increased traffic and heavy trucks, and a formerly swampy snowmobile trail near Nickel Lake, where I was once chased by a moose while biking, is now a wide gravel road. The swampy bog has been filled in. All of this occurred to support the mining activity.

9. Our family regularly explores the woods and lakes around the Kawishiwi River by hiking and mountain biking, but our family explorations have become less secluded and more dangerous with the addition of new roads and the improvements to already existing roads and trails. These additions and improvements have not only provided access for mining vehicles, but they have also led to increased access for hunters and we now share space with many grouse hunters who are able to drive their trucks into the area.

10. These changes to the wilderness area surrounding the cabin have not been the only impacts resulting from the exploratory mining, though. We have felt the effects of mining activities on our daily routines at the cabin itself. At the height of the exploratory mining efforts, we could hear truck activity throughout the day and would often see large trucks coming to the river to pump out water for use in mining activities.

11. In addition to the increased vehicular traffic and its associated noise, there was also a dramatic increase in noise and light pollution resulting directly from the exploratory mining activities themselves.

12. These exploratory mining activities spanned four to five years, and while the activity wasn't always continuous within that timeframe, often starting up and then going quiet for a summer, there was a two-year period where we could hear the noise of mining activities continuously during the summer.

Case 1:22-cv-02020-CKK Document 3-0 Filed 12/23/22 Page 3 of 4

13. At any given time during this four-to-five-year timeframe, there were two to three active drilling sites, each generating their own noise and light. The noise from these sites was significant with lots of disruptive generator noise at night and audible noise during the day as well. All of the noise being generated marred the beauty of cool nights on the dock or the porch and disrupted the family tradition of quiet time after lunch, an hour in which all of the kids take naps, and the adults relax. The light emanating from these sites at night was similar to the glow from a well-lit softball field on the horizon and our evening stargazing was often hampered by this unnatural light.

14. In addition to the increased noise, light and traffic that we experienced with the exploratory mining activities, and which I suspect would be even worse with full-scale mining activities, it is my understanding that there has never been a successful sulfide-ore mine from a pollution stand-point.

15. One of my earliest memories of the family cabin is of playing in the water of the Kawishiwi River with my cousins, while my grandmother sunbathed on the dock. When my grandmother got too hot, she would come into the water and teach us to swim by stepping further and further back into deeper water while we dog-paddled after her. I would like future generations to have the opportunity to create similar memories, but the pollution that would result from a sulfide-ore mine like the one proposed by Twin Metals would threaten the lakes and rivers of the BWCAW, including the Kawishiwi River.

16. Pollution from mining activities will likely also contaminate groundwater in the area and because of this we have put off installing a full well at the cabin. Installation of a full well would have cost more than $10,000; a cost not worth incurring when the water from the well is likely to be contaminated and not safe for consumption or use.

17. For nearly a century, longer than I believe Twin Metals' mine is even projected to be in operation, our family cabin has stood on its hill overlooking the Kawishiwi River. For me, the quiet simplicity of being there has been my favorite thing about it. No electricity, no distractions. Since my great-grandfather built it, my family has been coming to this cabin, building memories and traditions. It is a place we will continue to visit, but we have already seen and felt the effects of exploratory mining and I am afraid the effects of actual mining activities will be significantly worse and be felt for generations to come. This is why I have come to support the participation of the Friends as an intervening party in Twin Metals" suit against the federal government seeking to revive the canceled leases.

Dated: 12/16/2022                     Signed:

Jonathan Engel

Case 1:22-cv-02506-CRC     Document 19-6     Filed 12/22/22     Page 4 of 4