**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) | |
| and | ) ) | |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) | |
| Defendant-Intervenor-Applicants. | ) ) | |

**DECLARATION OF ROBERT TAMMEN**

**Declaration of Robert Tammen**

Robert "Bob" Tammen declares under penalty of perjury that the foregoing is true and correct:

1.  I am a member of the Friends of the Boundary Waters Wilderness ("Friends").

2.  I have attended Friends' meetings and events throughout the years.

3.  I submit this declaration in support of the Friends' participation in the case of *Twin Metals Minnesota, LLC & Franconia Minerals (US) LLC v. United States of America, et al.*, Case No. 1:22-cv-02506.

4.  I am an electrician by trade and started working in the mining industry in the late 1960s. From 1969 to 1972, I served an electrical apprenticeship at U.S. Steel's Minntac plant. I then started working for contractors that worked at several other Minnesota mines. In this capacity, I helped to double the size of the Minntac plant and helped to build the Hibbing Taconite plant in the mid-1970s.

5.  When then-owner Reserve Mining was forced to stop its decades' long practice of dumping tailings directly into Lake Superior, around 1978 to 1980, I helped modify the plant to pump the tailings into the milepost 7 tailings basin.

6.  When I was unable to find work in the mining industry, my Master Electrician license allowed me to find work throughout Minnesota and the states surrounding it. I would return to work on the Iron Range when there was available work.

7.  Even before I started working in the mining industry, my wife, Pat, and I always enjoyed the great outdoors. We both especially love fishing and canoeing. We have been going into the Boundary Waters Canoe Area Wilderness ("BWCAW") since the mid-to-late 1960s and we have rarely missed a year since.

Case 1:22-cv-02506-CJC   Document 18-1   Filed 12/15/22   Page 2 of 7

1

8. When I was a young miner at Minntac, I would work from midnight until eight in the morning and I would have my forty-hour workweek completed by Thursday morning. We would have our backpacks packed and ready and off we would go into the BWCAW for long weekend overnight trips. We spent much time in canoes and in tents enjoying the BWCAW.

9. Around this same timeframe, in 1972 or 1973, we also purchased undeveloped property on the South Kawishiwi River located at 760 Halfway Road in Ely. We chose this location because of its proximity to the BWCAW and the Superior National Forest.

10. I retired from the electrical trade in 2004. From that time onward, I have focused my efforts and energy on clean water issues. I am especially concerned about the impacts that the mining industry—and, in particular, the copper-sulfide mining industry—has, and could have, on degrading Minnesota's clean water.

11. Copper-sulfide mining is very risky. Mining the sulfur-bearing rock that also holds the copper and nickel sought by Twin Metals/Franconia Metals ("Twin Metals") will expose that rock to air and water. When sulfur interacts with air and water, it creates sulfuric acid. If that acidified water seeps or flows into marshes, creeks, rivers, and lakes, it will kill both plant and animal species, leach dangerous heavy metals from the rock, and devastate the BWCAW watershed. Once it happens, it cannot be undone. The risk is simply too great—we must not allow the *possibility* of acid mine drainage or a spill. We must protect this wilderness.

12. Copper-sulfide mining is also dangerous because when you put sulfate into water it releases nitrogen, phosphorus, and mercury, which can have major consequences for the water-rich ecosystem of the BWCAW's watershed.

CASE 1:33-cv-02509-RGBC    Document 105    Filed 12/22/22    Page 3 of 7

13. Northern Minnesota, and specifically the BWCAW watershed, is a water-saturated ecosystem such that everything is connected. Any contamination in one place can be easily transported by waterflow and by dust from mining operations.

14. I look to my own experience in the mining industry and the water pollution it can cause and regularly check conductivity—the degree to which water conducts electricity—downstream of Minnesota's six still-operating taconite plants. My water samples have demonstrated degraded public waters and heightened conductivity downstream of all six of those taconite plants. Heightened conductivity negatively impacts aquatic fauna and flora, which serve as the foundation of our food chain.

15. I try to be an honest witness and regularly speak to audiences curious about expected water quality impacts from proposed mining projects, such as Twin Metals.

16. If we cannot prevent taconite mining from degrading Minnesota's public waters, it is a near certainty that Twin Metals' copper-sulfide mine—an even more polluting type of mining—would likewise pollute the pristine water in the BWCAW watershed.

17. At this stage in my life, health issues prevent my wife and I from taking overnight trips into the BWCAW. We still take several daytrips into the BWCAW per summer, and we enjoy foraging for blueberries and fishing.

18. We still use and enjoy our property on the South Kawishiwi River. The property has a nice clearing where we park our RV and enjoy the view of, and access to, the river where we still canoe and fish. We travel to and stay at our property on the South Kawishiwi River every couple of weeks while the roads are passable.

19. Over the last decade, our use and enjoyment of our property on the South Kawishiwi River has been negatively impacted by exploratory mining activities occurring on

Case 1:22-cv-03205-CRC Document 18-1 Filed 11/23/23 Page 4 of 7

3

lands subject to Twin Metals' mineral leases. Increased noise, light and traffic, as well as the addition of new roads has altered the peaceful, quiet, simple nature of our visits to the property and left lasting changes on the surrounding landscape.

20. Our property on the South Kawishiwi River is within walking distance from where Twin Metals proposes to conduct its mining activities, and less than a 30-minute canoe ride away from Twin Metals' proposed processing plant on the shore of Birch Lake.

21. I have directly experienced the noise and vibration pollution of Twin Metals' drilling operations. Several years ago, Twin Metals conducted exploratory drilling near my property around the clock. Twin Metals clear-cut swathes of forest and drove large trucks to the area to drill cores. My wife and I could hear and feel the ground vibrate from Twin Metals' drilling. Twin Metals' drilling and the attendant noise and vibration pollution destroyed the wilderness character of the area and with it our use and enjoyment of our property.

22. I greatly fear that my neighbors' wells, and those of others nearby, will be or may already have been affected by Twin Metals' exploratory drilling. No one knows where or how the underground water will flow, and I am concerned that contaminants or acidification, or both, will enter these wells and affect our water. In fact, at our annual road meetings, I offer to take conductivity readings of our neighbors' wells. One of these neighbors had very elevated conductivity measurements and a representative from Twin Metals even took a water sample from this well and measured for sulfates and other potential contamination.

Case 1:33-cv-03806-CBC    Document 13-1    Filed 13/33/33    Page 2 of 2

23. The South Kawishiwi River area, adjacent to Birch Lake, is "ground zero" for Twin Metals' exploration and mining proposals. There's a wonderful federal campground there, with a historic pavilion and great swimming beach. The South Kawishiwi flows right through here, into Birch Lake, then flows back north into the BWCAW, carrying whatever has been

4

leached, drained, or spilled into the Boundary Waters to devastate the lakes and rivers for centuries, if not forever.

24. I have no doubt that further exploration and, ultimately, construction of a mine, will bring a huge influx of large vehicles and machinery. The dust, noise, and traffic this causes will have an enormous effect on daily life.

25. If Twin Metals' proposed copper-sulfide mine were to go forward, the wilderness character of the surrounding area would be destroyed and replaced with invasive mining infrastructure, including processing facilities, dry stack tailings, access portals, and the like.

26. As a retired miner, I understand the sheer magnitude of mining infrastructure that would support Twin Metals' copper-sulfide mine and the negative impact it would have on wilderness character of the South Kawishiwi River vicinity, including the BWCAW.

27. When Twin Metals' mineral leases were in place, neighbors near my South Kawishiwi River property who tried to sell their houses and cabins had a difficult time. One neighbor, years ago, had a signed purchase agreement, but when the buyer learned about the proposed mining, they backed out. I am deeply concerned for the value of my property if Twin Metals' proposed copper-sulfide mine were to move forward.

28. Given my wife's background as an elementary school teacher, I think about the world we are leaving for the next generation. We want to leave this world a little cleaner than when we found it and copper-sulfide mining is a risk to that.

Case 1:22-cv-03263-CRC Document 16-1 Filed 05/23/23 Page 6 of 7

29. Our full-time residence in Soudan, Minnesota, is also only about five miles from the Bois Forte Band of Chippewa's Lake Vermilion Indian Reservation. We have been to that reservation many times for events and so we are also acutely aware of environmental issues from

the point of view of the tribes that have treaty rights under the 1854 Treaty. This is another reason why we are so sensitive to water pollution and degradation from the mining industry.

30.     There is no place in the world quite like the BWCAW, and I care deeply about preserving and maintaining the BWCAW's clean, pristine, and untrammeled wilderness character. The BWCAW provided—and still provides—so much enjoyment to my wife and me that we want to ensure that its wilderness characteristic is preserved for generations to come.

31.     Our focus is not just on our property, or our enjoyment of this beautiful area. Much more importantly, it is on preserving the Boundary Waters and its environs for generations to come. One accident, or one leaking device, can ruin it for people, animals, fish, and plants for many generations. We raise our voices in opposition.

Dated: _Dec. 15, 2022_          Signed: _Robert Tammen_

Robert Tammen

6