**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) | |
| and | ) ) | |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) | |
| Defendant-Intervenor-Applicants. | ) ) ) | |

**DECLARATION OF STEPHEN J. JAY, M.D.**

**Declaration of Stephen J. Jay, M.D.**

Stephen J. Jay, M.D., declares under penalty of perjury that the foregoing is true and correct:

1.      I submit this declaration in support of the Friends of the Boundary Waters Wilderness ("Friends") and its participation in the case of *Twin Metals Minnesota, LLC & Franconia Minerals (US) LLC v. United States of America, et al.*, Case No. 1:22-cv-02506.

2.      I have been a member of the Friends since 1994. I have been a passionate supporter of the organization's efforts to protect, preserve and restore the Boundary Waters Canoe Area Wilderness ("BWCAW" or "Boundary Waters") since 1994.

3.      My wife and I have also financially supported the various membership organizations and advocacy groups supportive of the BWCAW for more than 20 years.

4.      I am a Professor Emeritus of Medicine and Public Health and past founding chair of the Department of Public Health at the Indiana University School of Medicine.

5.      I attended Wabash College and graduated from the Indiana University School of Medicine in 1966. I also completed a graduate medical education in medicine and pulmonary medicine at the University of Texas Southwestern Medical School, Parkland Memorial Hospital in Dallas, Texas.

6.      I practiced medicine as an internist and pulmonologist with a specialty in respiratory medicine. As part of my practice and later position as a professor at the Indiana University School of Medicine, I have studied, researched, and taught medical, graduate, and public health students about the public health consequences from air pollution.

7.      My wife and I, our extended families, and friends (about 30 people) have been coming to the Ely/Boundary Waters areas for around seventy years. All told, four generations of our family have enjoyed camping, trekking, canoeing, fishing, relaxing in peace and quiet, and marveling at the remarkably beautiful natural places found there.

8.      We have contributed significantly to the local economy over the seventy years we have been visiting Ely and the Boundary Waters. I estimate that my family has spent millions of dollars in the Ely area from purchases, leases of lands, donations to the local foodbank, and visits to resorts in the area.

9.      My first trip to the BWACW was in the 1950s. I have memories of staying at the Burntside Lodge as a teenager and meeting the famous author and environmentalist, Sigurd Olson. Over the course of the next seventy years, I continued

to visit the Boundary Waters first with my parents, then with my wife and kids, and now I have the pleasure of sharing this unique place with my grandkids.

10.     Around 2006, my wife and I bought a cabin on the South Kawishiwi River. The 80-year-old cabin is located in an area called Endless Waters. The cabin is about ½ to ¾ of a mile from the Voyageur Outward Bound School to the north, adjacent to the Kawishiwi River campground. We bought our cabin to be close to the wilderness and because of its tranquil setting.

11.     I personally travel to our cabin on the South Kawishiwi River 3-4 times a year: usually in the early spring, early fall, and in July and August. The rest of the year, the cabin is frequently used by friends and extended family.

12.     Twin Metals' exploratory and planned mining operations have and will continue to have adverse effects on the South Kawishiwi River area, the BWCAW, and the surrounding areas.

13.     Twin Metals' exploratory and planned mining operations will increase traffic in the area. As mining ramps up in the area, I expect to see an increase in large trucks hauling heavy mining equipment, test drills, and rocks away from drilling sites along Highway 1 and Spruce Road.

14.     Over the last decade, when exploratory mining was being conducted, I've personally seen an increase in the number of mining trucks parked along the end of Spruce Road—a nearby road leading to a number of test drill sites.

15.     Highway 1 and Spruce Road both run near our cabin. Our cabin is located about a ½ mile down the South Kawishiwi River from where Highway 1 crosses the river, so I can hear big trucks and cars as they pass over the bridge. We have heard traffic noise on a quiet day from the dock or beach on our land. The sounds of the noisy diesel trucks disrupt the peace and quiet that we enjoy at our cabin, one of the primary reasons that brought us to this area. As mining traffic increases on Highway 1, I expect an increase in this noise pollution.

16.     Just driving to and from Ely from our cabin, we have observed the increase in large, noisy, diesel trucks hauling rock from nearby mining sites. If Twin Metals proceeds with its exploratory and planned mining operations, the traffic and noise will only get worse—not better.

17.     I'm also concerned with the noise pollution from the proposed and exploratory mining itself. Our cabin is within walking distance of one of Twin Metals' drill sites. From our cabin, I have heard the high-pitched sound of exploratory drilling from Twin Metals' sites. The sound of high-pitched whirring, like a power drill, would come and go over the course of several hours, again disrupting the tranquil environment surrounding us.

18.     In addition to the noise pollution, the additional traffic from mining trucks will have a number of adverse health consequences on the area. More traffic means greater risk of road accidents and increase in anxiety and blood pressure for motorists.

19.     We have concerns that Twin Metals' exploratory and planned mining has and, should Twin Metals prevail in its present lawsuit against the United States, would continue to decrease the land value of our cabin and property. When Twin Metals' mineral leases were in place, neighbors near my South Kawishiwi River property who tried to sell their houses and cabins had a difficult time. One neighbor, years ago, had a signed purchase agreement, but when the buyer learned about the proposed mining, they backed out. I am deeply concerned for the value of my property if Twin Metals' proposed copper-sulfide mine were to move forward

20.     People come to the BWACW and purchase land in the surrounding areas seeking a peaceful, clean, quiet environment to relax and reflect. Sulfide mining, like that of Twin Metals, threatens that setting and discourages prospective buyers seeking a place like our cabin.

21.     Sulfide mining carries with it the risk of major short and long-term health (and public health) concerns.

22.     For one, sulfide mining leads to increased risk of air pollution. I understand that industrial mining operations and test drill sites, like those operated and proposed by Twin Metals, are point sources for diesel exhaust, fine particulate matter ($PM_{2.5}$), CO, $CO_2$, chemical aerosols, and other air pollutants. Mining is also a major source of carbon dioxide emissions. Given that we are in the midst of a climate change crisis, it does not make sense to allow a polluting mine like Twin Metals to proceed.

23.     Based upon my knowledge as an internist and pulmonologist, and my experience in public health issues, these air pollutants increase risk of respiratory diseases such as asthma, chronic obstructive pulmonary disease (COPD), lung and other cancers, and cardiovascular diseases leading to heart attacks, strokes, arrhythmias.

24.     Studies have shown that there is no threshold effect for air pollutants. That is, any increase in air pollutants from Twin Metals' exploratory and planned mining can have an adverse effect on the health of people and wildlife alike.

25.     Sulfide mining also leads to an increased risk of water pollution in the form of acid mine drainage. Acid mine drainage results in toxic heavy metals, chemicals and compounds such as sulfuric acid, lead, arsenic, mercury, cadmium, copper, magnesium, and thallium, contaminating the environment and seeping into the groundwater.

26.     From my review of various medical and public health studies, I understand that toxic chemicals released into the environment as a result of acid mine drainage may adversely impact development of the brain and nervous system in a fetus and young people. Other potential diseases arising from exposure include skin irritation, cancers, and kidney disease.

27.     I have witnessed first-hand the lasting consequences of exploratory drilling on the environment. Near my cabin, off of Spruce Road and Highway 1, there is an abandoned INCO site — a predecessor of Twin Metals — where exploratory drilling was conducted. To this day, acid mine drainage is evident at the site. In the past, we have seen a brownish, red-orange material seeping from the ground in this area. Multiple tests conducted by the Minnesota Pollution Control Agency have tested positive for sulfide since the 1970s, despite remediation efforts.

28.     I have spoken with watershed experts at the Minnesota Department of Natural Resources and understand that the toxic chemicals from the acid mine drainage site go into the ground water and flow to the South Kawishiwi watershed and the BWCAW. Every time my wife and I drive by this area on Spruce Road we're reminded of the ongoing acid mine drainage pollution in our neighborhood.

29.     My wife and I are concerned about the threat that further drilling and acid mine drainage poses to the area.

30.     I am therefore concerned about the public health risks Twin Metals' exploratory and planned mining poses to my family, friends, and neighbors who live in and visit the South Kawishiwi River and BWCAW area.

31.     The BWCAW is one of the most-visited outdoor wilderness areas in the United States. I am worried for the fate of natural places in the South Kawishiwi area and BWCAW if exploratory drilling and mining are allowed to continue on the leased lands.

32.     I am also concerned over the added pressures and disruptions to the South Kawishiwi and BWCAW ecosystems caused by exploratory drilling and mining, including the fate of wildlife, both flora and fauna.

33.     I'm also concerned for the lives of friends and others in the Ely area whose livelihood depend on preservation of these natural places. Many resorts, guides, outfitters, and other retailers make their living in supporting visitors to this pristine wilderness area. Adverse ecosystem and public health effects on the area as a result of the exploratory and proposed mining of Twin Metals are a direct threat to their livelihood.

34.     The proposed expansion of mining operations in the South Kawishiwi area will definitely impact decisions I and my family will make in the coming months

and years — whether to continue to invest our time and treasure in an area that seems to be increasingly and severely threatened by sulfide mining. We have a strong interest in keeping the aesthetic beauty of this area intact. Some people call the BWCAW "God's Country." It is an amazing place that is under threat. For all of these reasons above, I oppose exploratory drilling and proposed mining projects, like Twin Metals, anywhere near the BWCAW.

Dated: Dec 17 2022                    Signed: _Stephen J. Jay M.D._

                                      Stephen J. Jay M.D.