**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) ) | |
| and | ) ) | |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) ) | |
| Defendant-Intervenor-Applicants. | ) ) | |

**<u>DECLARATION OF PABLO TORAL, PH.D.</u>**

## Declaration of Pablo Toral, Ph.D.

Pablo Toral, Ph.D., declares under penalty of perjury that the foregoing is true and correct:

1.      I have been a member of Friends of the Boundary Waters Wilderness ("Friends") since 2014 and am a proud supporter of all of the work the Friends does to protect the Boundary Waters Canoe Area Wilderness ("BWCAW" or "Boundary Waters"). I submit this declaration in support of the Friends' participation in the case of *Twin Metals Minnesota, LLC & Franconia Minerals (US) LLC v. United States of America, et al.*, Case No. 1:22-cv-02506. If Twin Metals' mining leases were revived, I would be professionally harmed by the resulting mining activities in and around the BWCAW.

2.      I am currently a professor in the interdisciplinary programs of International Relations and Environmental Studies at Beloit College in Beloit, Wisconsin, and serve as chair of the Environmental Studies, Law and Justice, and Political Science programs.

3.      I conducted my graduate studies at Florida International University, where I received an M.A. in International Studies in 1999 and a Ph.D. in International Relations in 2003. Prior to attending Florida International University, I attended Universidad Complutense in Madrid, Spain, receiving my Licenciatura in Information Sciences in 1994.

4.      For the past decade, I have been teaching at the Coe College Wilderness Field Station ("Field Station") which offers a unique summer program based on interdisciplinary learning through lecture, discussion and field investigation. This past summer, I spent parts of mid-June through mid-August teaching an Environmental Studies Workshop at the Field Station; I plan to teach the same workshop at the Field Station again next summer. As I discuss in more detail below, it is this coursework and learning experience offered at the Field Station which would be harmed by Twin Metals' mines.

5.      The Field Station, which dates back almost 65 years, was originally operated by the Associated Colleges of the Midwest (ACM) with Coe College taking over sole operation after the 2012 summer program. The mission of the Field Station is to introduce students to applied field research, as well as provide them with a wilderness education and a wilderness experience. And while Coe College took over sole operation of the Field Station over a decade ago, the Field Station continues to draw instructors and students from several different collegiate institutions each year.

6.      The Field Station is currently located about 11 miles northeast of Ely, MN on Low Lake and is less than one mile from the BWCAW. This location places the Field Station 5-10 miles away from the proposed Twin Metals mining sites and from Birch

Lake and the South Kawishiwi River, where exploratory mining has been performed in the past.

7.     With the Boundary Waters only a short hour and a half paddle from the Field Station, nearly every class uses the areas around the Field station, such as White Iron Lake and Farm Lake, and lakes within the BWCAW, such as Fall Lake, Pipestone Bay, Jackfish Bay, Lac La Croix, Basswood Lake, and Basswood River for teaching and research. And all of these lakes lie within the area in which drainage from the Twin Metals mine would pass on its way downstream to the Rainy River.

8.     As I previously mentioned, I have been teaching a course at the Field Station for the past decade and, for about that same amount of time, I have served as one of the Beloit College faculty advisors for the Field Station program. In my experience as a teacher and faculty advisor at the Field Station, I have found the Field Station program to be a successful program and very popular among the students. Each summer the program attracts close to 30 of the strongest students across the consortium; students who will go on to be the scientists of tomorrow.

9.     The Field Station offers students a unique learning experience in a unique learning environment where students can learn right along-side their professors, as they conduct research at the Field Station and in the wilderness surrounding it. The BWCAW brings education to life and because of the pristine nature of the environment, students can do things like drink water directly from the lakes, which simply is not possible elsewhere.

10.     Mining in the BWCAW and areas around the Field Station would negatively impact students and teachers, including me and my students, because pollution from mining activities would make the lakes and waterways of the BWCAW unsafe for use and these lakes and waterways are heavily relied on by every Field Station class.

11.     Each class at the Field Station undertakes its own multi-day canoe trip into the Boundary Waters. My students and I go on research trips into the BWCAW to collect data for about eight days, during that time lake water is used both for drinking and for cooking. If that water were to become contaminated, we would not be able to go on these research trips into the Boundary Waters. As a result, I could not teach my class and the Field Station program itself would suffer because it would not be able to continue in its current format.

12.     There is no substitute for the education students receive at the Field Station. Classes taught at the Field Station, including my classes, cannot be taught successfully in a normal classroom setting because it is impossible to develop such a hands on learning experience on a college campus. At the Field Station, the BWCAW is our subject of study – not books. What students learn in one month at the Field Station

cannot be achieved with an entire year of book or lab work because the learning experience students receive at the Field Station allows the students to be direct participants in the creation of their own education.

13. *Environmental Justice: Race, Class, Power and Sustainability*, the course I teach at the Field Station every year, explores the political economy of the Boundary Waters Canoe Area Wilderness and challenges students to answer the questions "what is wilderness," "who made it," "whose land is it," and "how should we relate to it" by conducting their own field research through participant observation, visual sociology, interviews, oral history and archival research.

14. The goal of my course is largely to introduce students to applied research methods and the success of the course is dependent upon its setting at the Field Station. The area surrounding the Field Station, and the BWCAW, provides my students with the opportunity to collect primary data. This is something that they could not do if the class was taught in an ordinary classroom setting, where they would be forced to rely on secondary sources.

15. Using the lakes and waterways of the BWCAW and surrounding areas, my students and I travel by canoe to conduct our field investigation and gather data. Our canoeing research trip takes us through a chain of lakes that includes Basswood Lake, the Basswood River, Crooked Lake, Iron Lake, and Lac La Croix, all of which are downstream of the proposed Twin Metals mine.

16. While my own personal research focuses on Latin America, where mining has already generated serious pollution that has affected indigenous groups, the Environmental Justice course I teach at the Field Station allows my students to conduct their own study and research of Native Americans and First Nations in the Boundary Waters and Quetico region.

17. Through firsthand accounts, provided during visits to reservations in the area, my students learn the terrifying effects of mining on land, people and animals. They learn how Native Americans have been displaced from their original lands and hear the firsthand accounts of how this process took place. My students also learn that Native Americans and First Nations oppose mining because of the pollution that will CASE 1:16-cv-03042-CRC Document 4 Filed 3/29/16 Page 4 of 5 result from poisoning their traditional food sources, such as wild rice, fish, water mammals, fruit trees, etc.

18. If the Twin Metals mining operation were allowed to move forward, the sulfide pollution that would likely result from such mining activities would prevent us from conducting these research trips through the Boundary Waters that are so vital to this course, because it would not be safe for the students to paddle through these waters any longer.

19. My interests in protecting the BWCAW rest not just with preventing any harm to the teaching and learning opportunities afforded to me and my students by the Boundary Waters, but also in protecting the health and culture of native persons living in the area, as well as preventing the damaging effects mining would have on the recreational value of a unique wilderness like the BWCAW.

20. The very nature of the research I ask my students to undertake each summer at the Field Station, where they research environmental preservation, grassroots environmental law-making, and the role of Ojibway communities and government in wilderness preservation, among other things, makes it abundantly clear that allowing sulfide mining in and around the Boundary Waters will change the wilderness character of the BWCAW, which will do more than just negatively impact me and my students at the Field Station; it will negatively impact all the species relying on that wilderness for survival, including native persons.

21. Ojibway spirituality regards the Earth as our mother and her water as our source of life, and centers on the belief that we have an obligation to protect our mother from harm and to be good stewards. Twin Metals' mine would result in sulfide pollution to the lakes and rivers in and around the BWCAW, as well as the poisoning of traditional food sources relied on by the Native Americans and First Nations studied by students in my class. This is not good stewardship.

22. The sulfide pollution that will inevitably result from any mining operations conducted by Twin Metals in and around the Boundary Waters will make the lakes and rivers in the area unsafe for use by me and my students, not to mention the potential effects it would have on the Native Americans and First Nations that my students learn with (or from.) As a result, I will be harmed if Twin Metals' leases are revived.

Dated: DEC. 16, 2022        Signed: _____

Pablo Toral, Ph.D.