**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) |
| and | ) ) |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) |
| Defendant-Intervenor-Applicants. | ) ) |

**DECLARATION OF SCOTT KOVAROVICS**

I, Scott Kovarovics, hereby declare as follows:

1.    I am the Executive Director of the Izaak Walton League of America, Inc. (the League). I am familiar with the League's mission, purpose, and activities.

2.    Founded in 1922, the League is a national nonprofit organization with more than 42,000 members nationwide. The League has 988 members and 16 chapters in Minnesota. The 119 members of the League's J.W. McCabe chapter, located in Duluth, live in close proximity to the Superior National Forest. The League's mission is to conserve, restore, and promote the sustainable use and enjoyment of our natural resources, including soil, air, woods, waters, and wildlife.

3.    The League was founded by hunters, anglers, conservationists, and others who were concerned about water pollution, wetland drainage, the steep decline of fish and wildlife populations, and sustainable management of the nation's public lands, including National Forests. The League and its members in Minnesota and nationwide have been advocating to conserve and protect land, water, other natural resources, and wilderness values in and around the Superior National Forest since the early 1920s.

4.    In the 1920s, the League advocated to limit roadbuilding in the Superior National Forest. The League was an active participant in a 1923 conference convened by the Forest Service to consider proposals to build two roads through the heart of the Forest. The League's magazine, *Outdoor America*, from that year included the following: "Build the roads, and the wilderness is gone," League president Will Dilg told the conference. "[T]he roads, with the others that are bound to follow, will not only defeat the motorist in his efforts to see the wilderness but will spoil it for the great numbers of canoeists who are flocking from all parts of the country and from foreign countries to enjoy this wonderful region."

1

5.      The League's engagement on issues affecting the Superior National Forest continued in the 1930s and 1940s. The League opposed efforts to develop hydroelectric facilities on lakes in the Forest. The League' efforts resulted in the Shipstead-Newton-Nolan bill, which was signed into law by President Hoover in 1930. The law prohibited flooding of federal lands in the boundary waters between Minnesota and Ontario without Congressional approval. It was also the first time Congress ordered federal land to be retained in its wilderness state, and the law set a precedent for protecting the natural beauty of forest lakes by prohibiting timber harvest within 300 feet of the shoreline.

6.      The League was also directly involved in acquiring private land for the specific purpose of protecting roadless areas within the boundaries of the Superior National Forest from development. Between 1945 and 1949, the Izaak Walton League of America Endowment (incorporated in 1943) raised and spent approximately $90,000 to purchase private lands within the Forest's roadless areas — land that would later be repurchased by the Forest Service. Minnesota members of the League selected the land and negotiated sales. League members even made personal purchases of land that they later donated to the Forest Service. These purchases helped secure the roadless area that would later be protected as part of the Boundary Waters Canoe Area Wilderness (the Boundary Waters).

7.      In the 1960s and 1970s, the League actively worked to establish the Boundary Waters, and for decades since has advocated to conserve and protect the wilderness values of the Boundary Waters. For example, the League sued to prevent mineral exploration in the Boundary Waters, advocated for the Boundary Waters Canoe Area Wilderness Act of 1978, and has worked to address portage or overnight permits for camping, tow boats, and other motorized use, especially snowmobiles, on border of the Boundary Waters. In 2016, the

2

League's McCabe Chapter, located in Duluth, Minnesota, passed a resolution calling for a moratorium on sulfide ore mining in the Rainy River-Hudson Bay Watershed containing the leased land and two other Minnesota watersheds, citing its unacceptable environmental risks.

8.      League members in Minnesota and nationwide have a strong interest in protecting water quality and water resources, including streams and wetlands, and aquatic life, fish, and wildlife. League members also value protecting these resources because they provide the foundation for quality outdoor recreation activities in which many members participate, including fishing, hunting, canoeing, hiking, and camping.

9.      League members in Minnesota actively use the lands and waters in and near the Superior National Forest and the Boundary Waters for outdoor recreation. For example, League members canoe, camp, hike, fish, and hunt in the Boundary Waters and surrounding Superior National Forest. These uses would be adversely affected by the proposed Twin Metals mine and the associated infrastructure that would be built and developed to support the mining operation.

10.      League members rely on the League to represent their interests in issues affecting the Superior National Forest, the Boundary Waters Canoe Area Wilderness, and waters, wildlife, and other natural resources in the region. Members depend on the League for information about federal legislative or administrative actions that could affect these resources and they use a range of tools provided by the League for legislative advocacy and submitting public comments on administrative actions.

11.      The League members in northern Minnesota have been actively engaged on a range of mining proposals, including the proposed Twin Metals mine and the previous improper renewal of the mining company's mineral leases. The League's McCabe Chapter has

3

been directly engaged in issues concerning Twin Metals since at least February 2014. The Chapter and its members have conducted a range of activities, including organizing, hosting, and participating in public meetings and other events designed to educate residents about the potential impacts of mining on natural resources, water quality, and outdoor recreation activities and experiences. The Chapter has routinely shared information about these issues with its members and the interested public in Chapter newsletters, at regular membership meetings, and on its website.

12.    In July 2016, members of the McCabe Chapter and other League members from Minnesota attended two public listening sessions held by the Forest Service on the Twin Metals mineral lease renewal. On behalf of the McCabe Chapter, the president presented oral comments against the renewal, citing threats to the waters flowing from the proposed mining site into the Boundary Waters Canoe Area Wilderness.

13.    In March 2017, McCabe Chapter members and other League members attended a public meeting hosted by the Forest Service and the Bureau of Land Management on the Forest Service's proposal to withdraw lands from mineral leasing in and to analyze the impacts of mining on the watershed (Rainy River) of the Boundary Waters. The McCabe Chapter president and one other member of the chapter provided oral comments at this meeting supporting the Forest Service decision not to renew Twin Metals' leases and to conduct an environmental review of sulfide mining on Forest Service land within the watershed.

14.    In June 2018, the League filed a lawsuit alongside other conservation groups to challenge the government's improper reinstatement of Twin Metals' leases. This built upon the League's long history of working to protect and conserve the Superior National Forest and Boundary Waters on behalf of its members.

15. Later, in May 2020, the League filed another lawsuit related to the Twin Metals mine project. This one challenged the government's decision to issue two hardrock mining lease renewals to Twin Metals and the insufficient environmental review processes that accompanied the renewal.

16. The League and its members support the important federal actions that were taken in 2021 and 2022 to protect the Boundary Waters and the Superior National Forest from the threat of Twin Metals' proposed mine and mineral exploration. These actions include the Forest Service's October 2021 proposal to withdraw 225,000 acres land within the Boundary Waters (Rainy River) watershed from mineral leasing and development, the cancellation of Twin Metals' improperly renewed leases, and the rejection of its mine plan, prospecting permits, and additional lease applications. The McCabe Chapter submitted written comments to the Bureau of Land Management (BLM) in January 2022, fully supporting the USDA Forest Service application to withdraw lands in the Rainy River Watershed from new mineral leasing.

17. In August, 2022, the League joined 13 other national organizations in submitting written comments to the Department of the Interior and USDA Forest Service supporting the Rainy River Watershed mineral leasing withdrawal. Additionally, in July and August 2022, 429 League members and other concerned Americans from approximately 25 states responded to a League action alert and submitted comments supporting the mineral withdrawal.

18. For nearly a decade, members of the McCabe Chapter and other League members in Minnesota have also been actively engaged on other proposals to develop other mines in the state, including cooper-nickel mines. As with the Twin Metals mine, the Chapter has organized, hosted, and participated in public meetings designed to educate the public about

the potential adverse effects of such mining. It also submitted detailed comments on multiple drafts of an Environmental Impact Statement (EIS) concerning an exchange of Superior National Forest lands between the Forest Service and a mining company. With approval from the League's national Executive Board, in 2017, the McCabe Chapter joined a federal lawsuit with the Minnesota Center for Environmental Advocacy and the Center for Biological Diversity opposing the land exchange.

19. If successful, Twin Metals' lawsuit to overturn these important federal actions would harm the League and our members in numerous ways. Pre-mining activities and further mineral exploration, could result in public lands and waters being closed to visitors, would likely increase noise and industrial activities, would deny members access to lands and waters on which they recreate, and adversely affect opportunities for quiet recreation, which is synonymous with the wilderness experience. Development of a mine on the sites subject to the now-cancelled mineral leases and now-rejected mine plan, prospecting permits, and lease applications would also adversely affect outdoor recreational experiences, eliminate access to public lands and waters, and directly threaten water quality, wetlands, and the health of fish and wildlife. If Twin Metals is successful in its challenge, League members' ability to experience the natural wonders and recreational and wilderness values of Superior National Forest and the Boundary Waters would be diminished.

20. As a national organization, the League would be adversely affected by pre-mining and mine development in large part because both would impair and potentially irreparably damage natural resources and wilderness values throughout the region, including in the Boundary Waters and Superior National Forest that the League has worked to protect as part of its core mission. For nearly 100 years, the League has championed conserving the

natural and recreational resources that make the Boundary Waters unique. These resources, including clean water, healthy wetlands, abundant fish and wildlife, and the quiet solitude essential to the wilderness experience, are directly threatened and could be severely damaged by mineral exploration and/or mine development. The League's longstanding efforts to conserve and protect these resources and the unique canoe country wilderness would be directly undermined by such activity.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: 12/14/2022                    By: _____
                                          Scott Kovarovics

7