**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TWIN METALS MINNESOTA LLC & <br> FRANCONIA MINERALS (US) LLC, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> and <br><br> PIRAGIS NORTHWOODS COMPANY, *et al.*, <br><br> Defendant-Intervenor-Applicants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:22-cv-2506-CRC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**<u>DECLARATION OF ALISON C. FLINT</u>**

I, Alison C. Flint, hereby declare as follows:

1.    I am a member and staff member of The Wilderness Society.

2.    I have long-standing personal and professional interests in the Boundary Waters Canoe Area Wilderness (Boundary Waters) and the surrounding Superior National Forest. I was born and raised in Minnesota and took my first Boundary Waters canoe trip when I was five years old. Since that time, I have taken more than two dozen wilderness canoe trips in the Boundary Waters and adjacent Quetico Provincial Park in Ontario, including one this past summer. I intend to return to the Boundary Waters with work colleagues in summer 2023 and with my family in summer 2024, and approximately every-other-year long into the future. I have also hiked, cross-country skied, mountain biked, dog-sledded, picked berries, swam, and camped throughout the Superior National Forest on countless other occasions.

3.    I have worked as an attorney and policy specialist for The Wilderness Society since October 2014. My title currently is Senior Legal Director. In this role, I oversee all of the organization's programmatic legal work covering a range of federal public lands issues. This includes providing legal, policy, and technical expertise to our regional offices, national campaigns, and partner organizations, and engaging in a wide range of federal land management agency planning and decision-making processes – from national policy rulemakings to land and resource management planning to project-level decisions. I also oversee our litigation efforts, including working closely with outside legal counsel on strategy, ensuring coordination with internal and external advocacy campaigns, and tracking and engaging in related agency processes. In this capacity, I am familiar with all aspects of The Wilderness Society's mission and activities as they relate to our work to protect the Boundary Waters and Superior National Forest from the threat of sulfide ore copper mining.

1

4.      Founded in 1935, The Wilderness Society is a national non-profit membership organization with more than one million members and supporters nationwide, including close to 3,000 members and an additional 2,800 supporters in Minnesota. Our mission is to unite people to protect America's wild places. The Wilderness Society has worked since our founding to protect the Boundary Waters and the Superior National Forest. Our founders and founding members include Minnesotans like Ernest Oberholtzer and Sigurd Olson who led early efforts to protect the Boundary Waters from logging, mining, privatization, and motorized use. Both men served on our Governing Council, with Olson serving as its president from 1963-1971.

5.      In close partnership with local activists, The Wilderness Society played an important role in the initial designation of the Boundary Waters Canoe Area Wilderness as a component of the National Wilderness Preservation System in the 1964 Wilderness Act, and later in its protection through the 1978 Boundary Waters Wilderness Act. Wilderness Society Executive Director Howard Zahniser was the principal author of the 1964 Wilderness Act, with Sigurd Olson and others playing central roles as well. During the 1970s, in the lead-up to the 1978 Boundary Waters Wilderness Act, The Wilderness Society had an office and staffer located in Duluth, MN and devoted entirely to the legislative effort to achieve true wilderness protection for the Boundary Waters by eliminating logging, mining, and snowmobiling, and significantly limiting motorboat use.

6.      Protection and expansion of the National Wilderness Preservation System created by the 1964 Wilderness Act – which today contains nearly 112 million acres of federal public land – remains a significant component of The Wilderness Society's advocacy, in service of our goal of conserving 30% of U.S. lands and waters by 2030 to combat the climate and biodiversity crises. As the most visited and one of the most beloved and well-known wilderness

2

areas in the System – and the only significant lakeland Wilderness – protecting the Boundary Waters from the current threat of sulfide ore copper and nickel mining is a priority for The Wilderness Society.

7.    The Wilderness Society helped establish the Campaign to Save the Boundary Waters in 2013 and has been an active member ever since. We also have our own multi-faceted Boundary Waters protection campaign that includes conservation and government relations specialists, communicators, lobbyists, and attorneys who advocate for administrative and legislative protection of the Boundary Waters watershed from sulfide ore mining.

8.    Our administrative work to protect the Boundary Waters and Superior National Forest has focused on halting mining-related approvals and withdrawing Superior National Forest lands within the Boundary Waters watershed from mineral leasing. We led national efforts during the Obama Administration to initiate an administrative withdrawal study process. Throughout the Trump Administration, we actively opposed a series of actions designed to advance a Twin Metals mine, including reinstatement and subsequent renewal of the company's leases, cancellation of the proposed withdrawal prior to completion of the study process, and extension of the company's prospecting permits. This advocacy included filing a series of lawsuits challenging those actions. We have supported efforts by the Biden Administration to restore protections for the Boundary Waters, including initiation of a new proposed administrative withdrawal (e.g., submitting comments in support of the proposal on January 19, 2022 and July 12, 2022), as well as each of the actions that Twin Metals challenges in this lawsuit. We have worked to educate the public about the need for these actions and the threat that sulfide-ore mining poses to the Boundary Waters, including through blog posts, press releases, action alerts, and other means of communication.

3

9.      We also engage on the legislative front, including supporting H.R. 2794, the Boundary Waters Wilderness Protection and Pollution Prevention Act, which would permanently withdraw the watershed from new sulfide-ore mining approvals and passed the House Natural Resources Committee on July 13, 2022. The Wilderness Society has a history of defending against legislative proposals that would threaten the Boundary Waters, including, most recently, Amendment 1193 to the U.S. House of Representatives' Fiscal 2023 National Defense Authorization Act, which would have blocked the proposed administrative withdrawal of the watershed, and Amendment 52 to the House's Fiscal 2023 Appropriations Act, which would have prohibited funds in the Act from being used for the Rainy River Withdrawal Environmental Assessment.

10.      Wilderness Society staff and members regularly visit the Boundary Waters and surrounding Superior National Forest lands to paddle, hunt, fish, harvest wild rice, and enjoy the splendor and solitude of the areas' pristine lakes, rivers, and forests. As Wilderness Society Council Member and Boundary Waters champion Sigurd Olson said, "Wilderness to the people of America is a spiritual necessity, an antidote to the high pressure of modern life, a means of regaining serenity and equilibrium." We have members who live full- or part-time in northeastern Minnesota and regularly enjoy and benefit from the area of the Superior National Forest in and around Twin Metals Minnesota's now cancelled leases and proposed mine site, including picnicking, paddling, fishing, hunting, dogsledding, and harvesting wild rice there. The national forest lands in and around the South Kawishiwi River and Birch Lake provide exceptional recreational opportunities outside the Wilderness. Our members also regularly visit the Boundary Waters Canoe Area Wilderness, including areas adjacent to and most affected by proposed Twin Metals mining activities, including the South Kawishiwi River and Gabbro Lake.

Wilderness Society members, including myself, travelled in that part of the Boundary Waters and adjacent Superior National Forest in summer 2018 – putting in at Ojibway Lake and entering the Wilderness at the North Kawishiwi entry point on August 18, 2018, paddling south along the South Kawishiwi River, visiting Little Gabbro and Gabbro Lakes on August 19 and attempting to bushwhack southwest from Gabbro Lake to an area of exploration activity on now-cancelled Lease 1353 nearest to the Wilderness boundary, and then travelling out of the Wilderness on the South Kawishiwi River and taking out at the Voyageur Outward Bound School on August 20. I subsequently visited this same area of the Boundary Waters on a personal canoe trip with my family in summer 2019.

11.     In August 2021, I, along with numerous partners from the Campaign to Save the Boundary Waters, visited the area of the Superior National Forest in and around the proposed Twin Metals mine site, including traveling by pontoon boat along the shores of Birch Lake and visiting the Voyageur Outward Bound School along Spruce Road. In January 2022, I returned to this area of the Superior National Forest on a dog-sledding trip with my then 8-year-old son.

12.     Our staff and members rely on The Wilderness Society to communicate with and educate them about the threat of sulfide-ore copper mining to the Boundary Waters and Superior National Forest and to represent their interests through our advocacy on the issue. Individuals who may lack the time, skillset, or knowledge to effectively advocate for protection of these important public lands and resources entrust The Wilderness Society's conservation advocacy experts with their donations and support. In return, they expect us to represent their interests in our administrative and legislative advocacy work to protect the Boundary Waters, and in litigation. Our staff and members expect that The Wilderness Society's work will result in

5

concrete protections for the waters, forests, wildlife, and wilderness and recreation values that they cherish and want to preserve for their enjoyment and the enjoyment of future generations.

13.     Wilderness Society staff and members celebrated the series of well-justified and widely supported federal actions in late 2021 and early 2022 to protect the Boundary Waters from the threat of a Twin Metals mine, including the October 2021 initiation of a new proposed administrative withdrawal and 2-year segregation of approximately 225,000 acres in the Boundary Waters watershed, denial of Twin Metals' pending preference right lease and prospecting permit applications in the segregated area, and denial of Twin Metals' proposed mine plan of operations as incomplete, and the January 2022 issuance of a new Solicitor's Opinion and cancellation of Twin Metals' two leases as unlawfully renewed. If successful, Twin Metals' challenge to these actions would harm the interests of The Wilderness Society and its members. Reinstatement of the company's leases, applications, and mine plan is a pre-requisite to development of a mine on the doorstep of the National Wilderness Preservation System's most popular and only significant lakeland Wilderness, which would almost certainly result in irremediable contamination of the Boundary Waters' pristine and interconnected waterbodies, whose low buffering capacity makes them particularly vulnerable to acid mine drainage and methyl mercury pollution through sulfate deposition. Contamination of the Boundary Waters' interconnected lakes, rivers, and marshes would in turn threaten the health and integrity of the plants, fish, and animals that rely on the undisturbed habitat and functioning ecology of the Wilderness – and on the people, including Wilderness Society members, who harvest those resources for sustenance or enjoyment. Development of a mine on the Twin Metals leases would also foul the experience of Wilderness Society members visiting the Boundary Waters. Degraded air quality and industrial noise that would carry into the Wilderness would diminish visitors'

ability to feel a part of nature and experience solitude. And the sights and sounds of industrial activity as visitors travel to and from their entry and exit points would degrade their overall experience and perception of the Wilderness. Indeed, Wilderness Society members in the past stopped using the entry points nearest the Twin Metals leases (S. Kawishiwi and Little Gabbro) after the industrial sights and sounds of earlier exploration activity on the now-cancelled leases degraded their wilderness experience. I and other members of The Wilderness Society observed industrial equipment, locked gates, newly bladed roads, and other evidence of industrial activity when travelling on Superior National Forest lands through the leased area in the summer of 2018.

14.     The development of a Twin Metals mine on the shores of one of the Superior National Forest's most prized non-wilderness recreation destinations – Birch Lake – also poses a threat to our long-standing work to promote sustainable recreation as an important multiple use of our National Forest System lands, and one that is consistent with The Wilderness Society's mission to connect people to the outdoors and ensure all people benefit equitably from public lands. The largely amenity-based economy of northeastern Minnesota is dependent upon the exceptional recreational opportunities provided by the Wilderness and the surrounding Superior National Forest – opportunities that Wilderness Society members routinely enjoy, including paddling, dog sledding, cross-country skiing, hunting, fishing, hiking, and picnicking. Development of the Twin Metals leases and the resulting industrial mining complex would threaten the basis for that economy by displacing and degrading recreation opportunities on the forest.

15.     As a member of The Wilderness Society, I also have deep personal interests in protecting the Boundary Waters from sulfide ore mining, and my recreational and aesthetic

7

interests in the Boundary Waters and the Superior National Forest would be harmed if Twin Metals is successful in having its leases, applications, and/or mine plan reinstated. My mother took me on my first Boundary Waters canoe trip – to Brule Lake – when I was five years old. Subsequent trips throughout my early childhood took me to Sawbill, Alton, Cherokee, and other nearby lakes. I remember seeing my first otter on Malberg, building my first wilderness sandcastle on Frost, and having my first mosquito-induced meltdown on Kiskidinna. Those childhood experiences instilled a sense of adventure and a deep respect for wild places.

16.    By the time I was twelve, I was eager to begin YMCA Camp Widjiwagan's wilderness canoe tripping program. Founded in 1929 and located outside Ely, MN, just a stone's throw from the Boundary Waters on the North Arm of Burntside Lake, "Widji" has brought generations of youth into the Boundary Waters, adjacent Quetico Provincial Park, and other remote wildlands for multi-day and multi-week trips, instilling lifelong leadership and teamwork skills, confidence, environmental ethic, and respect in its campers. My seven summers as a Widji camper were formative – cementing my deep appreciation for the canoe country and piquing my interest in a career advocating for wild places. I later returned to Widji for two summers as wilderness trip staff and solo-led groups of 5 or 6 teenaged girls into the Boundary Waters and Quetico for 2-3-week-long trips. Passing along to those girls the joys and challenges of travelling through the Boundary Waters remains one of the most rewarding experiences in my life.

17.    My experiences at Widjiwagan also taught me critical wilderness travel skills, including proficiency in white water paddling. I first learned that skillset during a day trip to the South Kawishiwi River, nearby the proposed Twin Metals mine site. On the swift and clear waters of the South Kawishiwi, with the July sunshine beating down on our necks, I and other seventeen-year-olds took a crash course in how to navigate a loaded canoe safely through

moving water. I still recall the exhilaration of feeling the canoe peel out across the eddy line into the rapids, and the tenuous control I felt as I navigated the powerful push of the water flowing downstream towards Birch Lake. The quiet of the area was broken only by the sound of water rushing over boulders and our nervous and excited screams as we practiced swamping our canoes in the moving water. Later, we cooled our hot skin and fatigued muscles in the cool waters of the river and prepared to take the lessons learned that day on the South Kawishiwi to the wilderness rivers of Central Ontario. Over the years, the exhilaration, empowerment, and freedom I first felt that day on the South Kawishiwi has stuck with me as I've steered canoes through countless Boundary Waters and Quetico rapids, powerful rivers in the Canadian Arctic, and silty Southwest desert streams.

18.     Although I have lived in Colorado and now Montana for the past 16 years, I have returned to the Boundary Waters and the Superior National Forest as often as possible. My husband and I have taken six canoe trips in the Boundary Waters during that time – most recently this past July with our 9-year-old son, 5-year-old daughter, and our friends and their 5- and 2-year-old sons. This was my son's third Boundary Waters trip and my daughter's second. Introducing my children and my friends' children to the Wilderness that was so formative for me personally and professionally has been one of my greatest joys. On these trips, my children built their first wilderness sandcastle on Frost Lake, were enthralled by watching loons gracefully dive for fish one minute and then clumsily struggle to take off for flight the next, took naps in the bottom of the canoe, trundled across portages, insisted we explore every miniature island we paddled past, hopelessly zigzagged around small lakes while learning to paddle in the stern of a canoe, and marveled at the accomplishment of swimming across a bay to a nearby island brimming with the season's first ripe blueberries. Their sense of wonder at being so far removed

9

from the cars, screens, and hustle and bustle of everyday life was apparent. We intend to return to the Boundary Waters approximately every-other-summer with our children and hope they will also attend Camp Widjiwagan when they are old enough. While I would like to take future trips from entry points near Ely and the area of the Boundary Waters that would be most directly affected by a Twin Metals mine, I am concerned about doing so if the Twin Metals mine proposal advanced because the industrial activity would detract from the experience of introducing my children to the Wilderness.

19.     I also returned to a portion of the Superior National Forest this past winter with my then 8-year-old son for a dogsledding trip at Wintergreen Dogsled Lodge, located on White Iron Lake just miles downstream of the proposed Twin Metals mine site and in the path of pollution that would likely flow from any mine built there. Wintergreen is one of the long-standing world-class businesses that support the economy of northeastern Minnesota. My son and I spent 4 days learning to dogsled through unique black spruce bogs, old growth pine forests, and other special and highly scenic undeveloped areas on the edge of the Boundary Waters. The extreme solitude of the area in winter was particularly striking, with only the happy howls of sled dogs punctuating the stark winter quiet. I plan to return for another dogsledding trip likely in January or February 2025 with my daughter once she is old enough.

20.     Industrial exploration activity and an eventual mine on the Superior National Forest adjacent to the Boundary Waters would tarnish my enjoyment of the area. Driving past mining infrastructure on my way to a Boundary Waters entry point would change my perception of the Wilderness, which I have always known as surrounded by largely undeveloped national forest land. Having the sounds of mine ventilation or heavy machinery or the fugitive dust emissions from a tailings pile or other ground-disturbing activities penetrate the Wilderness

10

would disturb my ability to enjoy the solitude and feel immersed in a natural area. And just the knowledge that mining activity was taking place upstream would make me question whether it is safe to allow my children to swim in and drink from the lakes and rivers. If that were the case, I would, with a heavy heart, spend my limited resources recreating and vacationing in and around other wilderness areas that were not marred by the pollution and impacts of nearby mining. I hope that fear does not come to fruition. I want my children and their children to be able to dip their cups into the cold, clear waters of Basswood Lake, Crooked Lake, and Lac La Croix (all lakes in the path of pollution from a Twin Metals mine) and quench their thirst, as I did. I want them to be able to catch walleye on the South Kawishiwi or try their hand at harvesting wild rice. I want them to escape the hustle and demands of modern life and rejuvenate in the solitude and expanse of Gabbro and Bald Eagle Lakes. In short, I want them to experience the Boundary Waters Canoe Area Wilderness for all Congress meant it to be and all I have known it to be over 35 years of visiting it – a place permanently untouched by industrial activity, pollution, and other impacts of human development.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: December 14, 2022          By:

Alison C. Flint

11