**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> and <br><br> PIRAGIS NORTHWOODS COMPANY, *et al.*, <br><br> Defendant-Intervenor-Applicants. | Case No. 1:22-cv-2506-CRC |

**DECLARATION OF DAVID NOAH GREENWALD**

I, David Noah Greenwald, hereby declare as follows:

1.      I am the Endangered Species Program Director at the Center for Biological Diversity (Center), a plaintiff in this case. In my capacity at the Center, I am familiar with the Center's activities and organizational interests related to the Superior National Forest and the Boundary Waters Canoe Area Wilderness (the Boundary Waters) and the imperiled and endangered species that depend on these areas.

2.      I am also a member of the Center. The Center's members and staff, including myself, rely on the Center to represent our interests in the preservation of imperiled species and habitats such as those in the Superior National Forest and the Boundary Waters affected by Twin Metals Minnesota's mineral leases.

3.      The Center is a nonprofit organization committed to the preservation, protection, and restoration of native species and the ecosystems upon which they depend through science, policy, education, and environmental law. The Center has offices throughout the United States, including in Duluth and Minneapolis, Minnesota, as well as Arizona, the District of Columbia, New Mexico, California, Alaska, Vermont, Florida, Oregon, and Washington. The Center has over 89,000 members.

4.      The Center believes that the welfare of human beings is deeply linked to nature and to the existence in our world of a vast diversity of wild animals and plants. Because diversity has intrinsic value, and because its loss impoverishes society, the Center works to secure a future for all species, great and small, hovering on the brink of extinction through science, law and creative media, with a focus on protecting the lands, waters, and climate that species need to survive. The Center strives to defend its members' and supporters' recreational, aesthetic,

1

scientific and educational interests in protecting and preserving imperiled species and biological diversity for future generations through its numerous organizational programs.

5.        I oversee the Center's Endangered Species Program, which is specifically focused on compiling and analyzing data about species status and recovery, and advocating for endangered species protection. The Program achieves these ends by submitting legal petitions, preparing reports, and filing lawsuits when necessary. We also leverage our supporters' voices to ensure that imperiled species are federally protected. Once species are protected, we work to obtain (or maintain) adequate amounts of critical habitat for them and generally advocate for sound conservation policy. Our work also involves watch-dogging Congress and government agencies, and using creative media to keep the Center's members informed and engaged on important species conservation issues. The Center's Endangered Species Program has been more successful than all other U.S. conservation groups combined in achieving first-time protection (i.e., listing) under the Endangered Species Act (ESA) for imperiled plant and animal species.

6.        To that end, the Center systematically and ambitiously applies biological data, legal expertise, and the ESA's citizen-petition process to obtain legally binding protections for imperiled animals, plants, and their habitat. The Center has achieved ESA protection for hundreds of species as a result of its groundbreaking petitions, lawsuits, policy advocacy, and outreach to media. The Center employs a full-time staff of dozens of prominent environmental lawyers and scientists who work exclusively on its campaigns to save species and the places they need to survive. Additionally, the Center disseminates scientific and educational information in its various publications, including Endangered Earth Online, a weekly e-newsletter, as well as periodic reports detailing the current threats to imperiled species and biodiversity as well as the success stories of recovered and recovering species.

7.      Once species are federally listed, the Center also works to ensure the ESA's protections are properly implemented to ensure the future recovery of listed species. The Center is actively involved in species and habitat protection issues throughout the United States and across the world, including protecting plant and animal species that are or will be significantly and negatively affected by habitat loss and destruction.

8.      The Center has worked to list and protect wildlife species that reside within the Superior National Forest and the Boundary Waters, including the gray wolf, Canada lynx, and northern long-eared bat. The Center has also petitioned to list Minnesota's moose population under the ESA.

9.      I am aware that the Center submitted comments in 2013 and 2015 concerning Twin Metals' proposed hydrogeologic study and application for a special use permit on the Superior National Forest.

10.      I am aware that the Center joined a coalition of conservation organizations in 2017 and 2018 to submit comments on the proposed Northern Minnesota Federal Minerals Withdrawal on the Superior National Forest. Our comments explained that due to the unique, sensitive, and irreplaceable resources of the Boundary Waters, and the severe, irreversible, and inherent risks posed by sulfide-ore copper mining just upstream of the Boundary Waters, this watershed must be permanently protected from mining.  The Center also joined a coalition in 2022 in submitting comments on the Forest Service's environmental assessment for the agency's application for a 20-year mineral withdrawal of the Rainy River watershed.

11.      The Center and its staff and members support the cancellation of Twin Metals' improperly reinstated and renewed leases and the other recent federal actions, including the

rejection of its mine plan, prospecting permits, and additional lease applications, that will protect the Superior National Forest and the Boundary Waters.

12.     The Center has staff and members who regularly recreate within, use, and enjoy the Superior National Forest and Boundary Waters Canoe Area Wilderness.

13.     While I reside in Portland, Oregon, I was born and raised in Minnesota, and return annually to visit family that still reside in Minnesota. I first visited the Boundary Waters when I was in the sixth grade on a three-week canoe trip. It was my first wilderness experience and had a profound impact on my life, including a lifelong interest in the natural world and my current work to protect endangered species. I returned to the Boundary Waters in 2015 with my 13 year old son and a group of old friends for a four day camping trip. In July 2019, I returned to the Boundary Waters with my wife, and we entered the Boundary Waters Canoe Area Wilderness at Kelly Lake for a day of paddling.  In February 2023, I plan to return to visit the Sax-Zim bog in northeastern Minnesota, and to ski into the Boundary Waters. I truly love this place and would be deeply harmed should the Twin Metals Mine be allowed to damage this precious jewel.

14.     The Center and its staff and members' interests in recreating within, using, and enjoying the Superior National Forest and Boundary Waters would be harmed if Twin Metals is successful in its challenge to overturn the cancellation of its mineral leases and the rejection of its mine plan, prospecting permits, and lease applications, all of which are located within the Superior National Forest, just upstream of the Boundary Waters.

15.     The reinstatement of Twin Metal's mineral leases, mine plan, prospecting permits, and lease applications and the corresponding mineral exploration, mine development, and mine operation activities would undermine the Center's work to protect gray wolves, Canada

lynx, moose, and other species that depend on this area for their continued existence and eventual recovery.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 15, 2022.

David Noah Greenwald, M.S.