**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) | |
| and | ) ) | |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) | |
| Defendant-Intervenor-Applicants. | ) ) | |

**<u>DECLARATION OF JOHN IPSEN</u>**

I, John Ipsen, hereby declare as follows:

1.      I am a current resident of Bayfield, Wisconsin, and was previously a longtime resident of Duluth, Minnesota. My wife and I own a cabin on Snowbank Lake, twenty miles east of Ely and one mile from the edge of the Boundary Waters Canoe Area Wilderness (Boundary Waters or BWCA).

2.      I am a member of The Wilderness Society (having been a joint member with my wife since 2002) and of the Duluth-based W.J. McCabe Chapter of the Izaak Walton League of America (having a family membership since 2014).

3.      Founded in 1935, The Wilderness Society is a national, non-profit membership organization whose mission is to unite people to protect America's wild places. It has led the effort to permanently protect nearly 112 million acres of wilderness and ensure sound management of our shared national lands. The Wilderness Society has more than one million members and supporters, including close to 3,000 members and an additional 2,800 supporters in Minnesota, and has long worked to protect the Boundary Waters, including advocating for permanent protection of the Boundary Waters watershed from the threat of sulfide-ore copper mining and working to inform the public about threats to the Boundary Waters. Members of The Wilderness Society, including myself, regularly visit the Boundary Waters and surrounding Superior National Forest lands to paddle, hunt, fish, harvest wild rice, and enjoy the splendor of the area's pristine lakes, rivers, and forests.

4.      I grew up in upstate New York where my parents owned a cabin in the southern Adirondack Park. This park has the only constitutionally protected wilderness in the United States. I learned to swim, canoe, fish, explore the woods, and appreciate the great outdoors under my parents' guidance there.

1

5.      It was natural that after I moved to Minnesota in 1976, I would gravitate to the Boundary Waters as a source of recreation and inspiration. My first trip was a winter camping trip to the Boundary Waters' Eagle Mountain, Minnesota's highest point, in the late 1970s. Next was a trip to Snowbank Lake in the early 1980s with a friend who was bowhunting for bear. As the years have gone on there have been a great many canoe trips taken with my wife, my family, our friends, and solo trips to all ends of the Boundary Waters, to my enduring pleasure. We have hiked the Kekekabic and Border Route trails. I have boated, hiked, trail-run, cross-country skied and snowshoed, dog-sledded, fished, botanized, enjoyed, and photographed the wildlife, harvested wild rice, viewed pictographs with amazement, and studied fungi growing up after the Pagami Creek fire.

6.      Snowbank Lake has become a second home to us, as my wife and I purchased a small cabin on a US Forest Service permit site on Snowbank Lake in 2002. Our labors have turned a solid old cabin into an attractive place to stay and it often serves our family as a base for our forays into the Boundary Waters. We will enjoy our cabin as long as we are able and hope to pass it on to our children. The threat of a mining zone to appear on the edge of the Boundary Waters concerns me, as it would detract both from our enjoyment of the cabin and from the value of the property.

7.      For about 10 years I volunteered for the Forest Service, doing solo and group trips to clean and maintain campsites in the Boundary Waters.

8.      My undergraduate degree is in Biological Sciences, primarily specializing in botany. I went on to obtain a PhD in Pharmacognosy, the study of medicines from natural sources. Ultimately, I went on to study medicine and became certified as a Family Practice physician. I worked in Duluth for 23 years before taking a position in Odanah, WI, where I

worked for the Bad River Tribe of Chippewa (an Ojibwe tribe) for 4 years. The Ojibwe tribes of the Lake Superior Basin are parties to the 1854 treaty with the United States, and it gives them usufructuary rights in the territory they ceded. I am concerned that the presence of copper sulfide ore mining in the Superior National Forest and in the watershed of the Boundary Waters will harm habitat in the area, degrade their hunting, fishing, and gathering opportunities, and harm the health of the Ojibwe.

9.    After working for the Bad River Tribe and prior to my retirement in 2021, I spent a year working for the VA clinic in Rice Lake, WI. Veterans suffering from the effects of combat find solace and healing in the Boundary Waters. Their experience in the BWCA will be degraded if copper nickel sulfide mining comes to watershed of the wilderness.

10.    Our cabin is northeast, in the direction of the prevailing winds, of Twin Metals' proposed mine, now-cancelled preference right leases, and the lands covered by its now-rejected prospecting permit and preference right lease applications. If mining is allowed to proceed, I am concerned that a plume of air pollution from mining activities will extend to Snowbank Lake and that the fine particulates and asbestos-like fibers in the air will increase my own and my family's risk for respiratory and cardiovascular disease. Current scientific literature has emphasized that for these pollutants, lower thresholds than those now in use by the EPA are associated with increased risk of cardiorespiratory diseases. I am concerned that if a Twin Metals mine proceeds, and I were to continue recreating outdoors freely at our cabin or in the nearby BWCA, I could see my health threatened and my life shortened by exposure to the airborne pollutants (not to mention those coming from any offsite power generation sources). I would expect to spend days either indoors or wearing a fine particulate facemask when the winds come out of the southwest. I would also feel constrained to avoid trips in areas of the BWCA whenever they were downwind

3

from active mining operations. This would seriously degrade my enjoyment of our cabin and the BWCA. We would have to consider selling our cabin under those circumstances.

11.     Water pollution will diminish my enjoyment of the area. Based on the science and environmental review documents I have read, I have little doubt that sulfide-ore mining in the watershed of the Boundary Waters will result in acid mine drainage that will harm the water quality of the watershed. Since I drink the water from the lakes I travel through, I would stop using the lakes in the BWCA that are downstream from the mines. It is my understanding that the mining pollution could be expected to persist hundreds of years after any mine has closed.

12.     When interest in copper-nickel sulfide ore mining in Northern Minnesota's Duluth Complex broke into the news approximately ten years ago, my first reaction was that if it could be done safely, it should be allowed to proceed. As I became more informed and developed a greater depth of understanding of the geology and hydrology of the area and the worldwide track record of sulfide-ore mining and acid mine drainage, I became convinced that current technology does not provide a safe way to mine this deposit. I have written numerous times to the Forest Service and legislators about this and have attended public meetings put on by the Forest Service. As a Family Physician, I have great concerns about the health effects of this kind of mining and have contributed to journal articles and letters to the editor to speak out against this toxic industry being allowed to exploit the Superior National Forest and potentially pollute the Boundary Waters. In February 2018, I traveled with a group of physicians at my own expense to Washington DC to voice my concerns to legislators and officials at the Forest Service and Bureau of Land Management (BLM) regarding the inevitable degradation of water, air, and human health that would be caused by the Twin Metals Mine Project. I also went to the Forest Service headquarters in Duluth in April 2018 bearing these same concerns. I watched with

4

dismay while the Trump Administration systematically dismantled well-reasoned and widely supported protections for the watershed. When the agencies initiated a new environmental study process in October 2021 to protect the BWCA watershed from mining activity, I weighed in with supportive comments.

13.    The Boundary Waters is, much like our cabin, a second home for me. It is where I feel most in tune with the earth, where I return over and over again for outstanding experiences in the natural world, where I can immerse myself in the beauty and solitude of the place.

14.    I have traveled widely in the Boundary Waters and also to the Quetico Provincial Park north of Moose Lake in Ontario, Canada. Among my favorite places to visit in the Boundary Waters have been Gabbro Lake and surrounding waters (the South Kawishiwi River and Eagle Lake, and smaller lakes to the north). One of my favorite trips took me on a solo journey from Little Gabbro (entry point 33) through Gabbro to Eagle, then north through Turtle and Clearwater Lakes to the backcountry of Rock Island Lake, then on to Lakes Two and One, and back to the beginning of the loop via the Kawishiwi River. This area of the Boundary Waters is closest to Twin Metals' now-cancelled leases, and is likely to be the most heavily impacted by proposed mining activity. One major campsite cleanup trip followed a similar route in the area and included the campsites on Turtle, Clearwater, Pietro, and Gull Lakes. With a larger group of volunteers, a cleanup of the campsites on Gabbro and Eagle Lakes was accomplished. Yet another cleanup trip brought me in on the South Kawishiwi (entry point 32) north to Clear Lake. On this occasion the noise from a drilling rig stationed along Spruce Road invaded the quiet and left me with a less than wilderness experience, causing me to realize that noise pollution would be yet another way mining on the edge of the Boundary Waters would degrade my enjoyment of the adjacent forest and wilderness.

15.    After that trip and because of Twin Metals' exploration activities along Spruce Road, I avoided these entry points for multiple years. The Gabbro Lake and South Kawishiwi area had been one of my favorite places in the Boundary Waters, but unfortunately the Twin Metals leases are adjacent to these very same areas. Thanks to the cancellation of those leases, I have renewed confidence I will not be disturbed by nearby mining activities there, and so this fall I returned for another trip to Gabbro Lake via the Little Gabbro entry.

16.    I believe mining activities are incompatible with the forest and detract from the quality of my wilderness experiences in the adjacent Boundary Waters. It is not just water and air pollution, but also the noise pollution and the presence of an industrial mining zone along the access route to this portion of the BWCA close to the now-cancelled leases that have deterred me from going to this area in recent years – and would deter me again should cancellation of the leases be overturned and mining activities allowed to proceed. When I think about mining related operations occurring on the Twin Metals leases, I imagine the noise of drilling and heavy equipment operations near the South Kawishiwi River, interrupting the quiet around my campfire in the evening. I would no longer be able to experience the solitude that I have sought and enjoyed in the Boundary Waters. It would make me leave the area to find another place free of the noise of industry.

17.    I have also harvested wild rice along the shores of the South Kawishiwi River for a number of years and am concerned about the negative effects of sulfide mine drainage on the survival of wild rice in the area, and heavy metals contamination of any rice I harvest there. In fact, I have harvested wild rice most every year – most recently in 2021 – in the area just downriver from the Twin Metals leases. Should mining proceed there, I would stop harvesting rice in this location.

18.     I have seen the evidence of exploratory mining and bulk sampling operations along Spruce Road (that provides access to the South Kawishiwi River and Little Gabbro Lake entry points). The INCO bulk sampling site from the late 1970s (now owned by Franconia Minerals, a wholly-owned subsidiary of Twin Metals, which is in turn a wholly owned subsidiary of Antofagasta, a Chilean mining conglomerate) shows the long-lasting effects of sulfide ore mining and acid mine drainage. The site is sharply demarcated from the surrounding forest, and grows only lichen, stunted jackpine, and a single other plant species. There is orange-colored water draining from the site (as is typical of acid mine drainage), heading towards the South Kawishiwi. The Minnesota Pollution Control Agency has been aware of this for decades and has not stopped the pollution. I have also seen and heard Twin Metals' exploratory and other mining operations along Spruce Road, with associated heavy equipment, and they are a detriment to the adjacent Boundary Waters and detract from my wilderness experience of entering the Boundary Waters here.

19.     I was very pleased to see the Biden Administration take a series of thoughtful actions – including cancellation of Twin Metals' unlawfully renewed leases and denial of its preference right lease and prospecting permit applications – to protect the Boundary Waters and the Superior National Forest from the virtual certainty of water, air, and noise pollution, the creation of an unattractive mining zone, and untoward effects on fish, wildlife, and the local residents and visitors associated with the proposed Twin Metals mine. The Forest Service's recent draft environmental assessment of a proposed withdrawal of the watershed from new mineral leasing and permitting accurately documents the actual costs to human health, to the environment, and to the vibrant local economy that is largely based on the attractiveness of the pristine Boundary Waters (the most visited wilderness in the nation). If Twin Metals is

successful in overturning those actions and mining operations move forward, I will be harmed directly (as I have been in the past) by disruptions that prevent me from enjoying a part of the Boundary Waters I hold dear.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated:  December 15, 2022          By:  John Ipsen

John Ipsen

8