**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> and <br><br> PIRAGIS NORTHWOODS COMPANY, *et al.*, <br><br> Defendant-Intervenor-Applicants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Case No. 1:22-cv-2506-CRC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF JON NELSON**

I, Jon Nelson, hereby declare as follows:

1.      I am a resident of Duluth, Minnesota.

2.      I am a member of the Izaak Walton League of America, W. J. McCabe Chapter, and The Wilderness Society.

3.      I have a long-standing interest in the protection and preservation of the lands and waters of the Boundary Waters Canoe Area Wilderness (the Boundary Waters) and the Superior National Forest.  I currently serve as a co-chair on the Board of Directors for Northeastern Minnesotans for Wilderness, and have served on the board of the Friends of the Boundary Waters.  For much of the past 30 years, I have worked on many issues affecting the Boundary Waters and the surrounding area including issues concerning permit quotas, invasive species, Forest Service management plans, and motorized access such as truck portages.  Concerning issues related to the Twin Metals leases and mining in the Boundary Waters, I have advocated publicly against the development of Twin Metals leases by providing testimony at hearings in Duluth, Minnesota and Virginia and submitting written comments to the U.S. Forest Service about its proposal to withdraw the Rainy River Watershed from mining, and I have provided interviews to inform the public about these issues.

4.      I have taken numerous personal trips in summer and winter to explore and enjoy the wilderness of the Boundary Waters and the Superior National Forest.  My first trip was in 1976 and I have made regular trips into all areas of the Boundary Waters. I have used entry points 32 and 33 and the national forest lands near the area of Twin Metal's leases to explore the wilderness, hike, fish, hunt grouse, and dog-sled.  I also have friends who live on White Iron Lake, and have paddled, fished, and hunted around that area, including Garden Lake.

1

5.    In summer, I paddle the Boundary Waters by canoe, typically for four-day trips. I travel with family and friends. During my trips, I spend time viewing wildlife—watching for signs of moose, eagles and loons, otters, deer, grouse, and other forms of life—and observing the natural scenery of the wilderness around me. I swim and drink the water from the lakes and streams. I love to stargaze at night. I value the solitude and quiet—the opportunity to get away from the noise of daily life—that I experience in the Boundary Waters. I try to take one or two trips each summer into the wilderness. A few years ago, my wife and I invested in a new Kevlar canoe; we have been paddling it in the Boundary Waters as frequently as we are able.

6.    I enjoy fishing and hunting in the Boundary Waters and the surrounding national forest lands. I enjoy eating the fresh fish I catch. In 1995, I joined three friends for a successful moose hunt in the Boundary Waters. In Minnesota, moose hunting regulations used a lottery system to permit a once-in-a-lifetime opportunity to hunt moose, whether successful or not. My hunt was off the Gunflint Trail on Horseshoe Lake. I returned to this area of the Boundary Waters in 2022 on a four-day canoe trip with my daughter.

7.    In winter, my trips to the Boundary Waters are mostly to ski and to ice fish. I usually take a winter trip to the wilderness once every other year or so. I have a friend that runs a dog-sled outfitter, and we have traveled by dogsled around White Iron Lake. In winter, the Boundary Waters has far fewer visitors, and again I enjoy the solitude and quiet that I find while I am there.

8.    In 1980, I became a wilderness guide for Wilderness Inquiry. Wilderness Inquiry's mission is to connect people of all abilities to the natural world and to one another through sharing outdoor adventures together. From 1980 to 1984, I would lead five to seven trips a year; through 1993, I continued to lead trips but on a more occasional basis. I would lead

mixed groups of people of all ages, genders, backgrounds, and abilities on canoe trips in summer, and on winter dog sled trips, into the Boundary Waters from the Ely area. A typical trip would last five to seven days, and we typically traveled all but one day of a trip. Each day, we would spend time setting up and taking down camp and cooking breakfasts and dinners. We would fish and hike as well as do a lot of paddling. We would spend time exploring the natural history of the Boundary Waters, observing the plants, trees, and wildlife around us. The main goal of these trips was to see and experience a true wilderness area. In my experience, the Boundary Waters is the most accessible area for people with mobility issues to access and experience wilderness because travel is possible primarily by canoe. These trips affirmed for me how the process of wilderness travel has a tremendous and profound effect on people. A unique bond would form as we traveled together through the Boundary Waters, and the participants would focus on the wonders of the wilderness rather than the differences among them. I have spent my career working with people with disabilities, and the Boundary Waters has been an important inspiration for my work. While I no longer lead Wilderness Inquiry trips, my avocation for sharing the beauty of the Boundary Waters wilderness with people with disabilities has continued to inspire me in my vocation.

9.     In 2018, I took a trip with my wife and friends on the South Kawishiwi River, near entry points 32 and 33 and the Twin Metals leases. The Boundary Waters looks different depending on which entry point you use to access it; you see and experience different types of terrain, like rock outcroppings, forests, and bodies of water. The South Kawishwi River is a unique part of the Boundary Waters. There are tremendous old white pines and distinct features tied to the river setting that you do not find elsewhere. It is one of the bigger rivers in the Boundary Waters that you can paddle, and it presents different opportunities for fishing, hunting,

3

and wildlife viewing than what you find paddling the lakes. We spent three days paddling, camping, fishing, and viewing loons, eagles, and grouse. This was also the first paddling trip for my then-new puppy. I enjoyed teaching my puppy to stay in the canoe while we were paddling and watching him chase our paddles as they went into the water. I enjoy paddling the South Kawishiwi River and using the nearby entry points, and I plan to do so again in the future.

10. As we were driving to the entry point (entry point 32) for the South Kawishiwi, I heard a noise and saw a sign for Twin Metals' mining operations. The driveway into the lease area is only a short distance from the entry point parking lot, so I decided to go take a look. At the time, Twin Metals was conducting hydrological and groundwater testing and monitoring on its leases. It was so disappointing to me to see the amount of heavy equipment Twin Metals was using for its testing, and all the noise generated by its activities. It really struck me how much closer Twin Metals' operations are to the Boundary Waters than I expected.

11. The South Kawishiwi and entry points 32 and 33 are popular areas as they are nice quick and convenient access points to the Boundary Waters. As such, the Boundary Waters around these entry points is already very fragile from use. I worry about how any additional stresses caused by Twin Metals operations on its leases, including increased noise, traffic, dust, destruction of the landscape, and pollution, may harm the Boundary Waters, and potentially ruin it. When I plan trips to the Boundary Waters, I always ask the people I am traveling with what they would like to see and experience, for example, what kind of terrain they want to travel through and how far they want to portage our canoes. I worry about how future activities, including the potential for further mineral exploration and development and operation of a mine on the Twin Metals leases would affect the way I, and the people I travel with, experience and enjoy the Boundary Waters. I personally would not want a wilderness experience right next to a

4

mining complex. Regrettably, if Twin Metals were allowed to resume conducting mining and mineral exploration activities in the area, I will have to find other places than the Ely area to go visit the wilderness. I fear the impact of mining on the quiet of the wilderness with the noise coming from a mine and further mineral exploration. I worry about being able to swim and drink the water, or even eating the fish I catch, because of mining pollution. I am concerned the night sky will be washed-out by lights from a mine. I know the noise, dust, and lights of a mining operation will change animal behavior in a large area around a mining operation. All of these things will change the wilderness and ruin the experience for me. While I do have other choices for entry points, having to avoid this area would significantly reduce the great variety of Boundary Waters landscapes accessible to me now, which I value.

12.    This past summer I had planned and obtained permits for two Boundary Waters trips in the Ely area, and downstream from Twin Metals proposed mine, but I unfortunately had to cancel them for health reasons. I plan to obtain entry permits to complete those trips in 2023 and continue returning to the Boundary Waters for years into the future.

13.    The Boundary Waters is a one-of-a-kind water-based wilderness, and I fear the loss of it caused by mining right along its edge. My understanding is that current science does not know enough about the movement of underground water, and how contaminated groundwater can travel and spread pollution from one area to another. I am worried that mining operations and activities on Twin Metals' leases could release pollution, waste materials, and other contaminants into the groundwater ruining the lakes and rivers that I enjoy. If a mine is developed on Twin Metals' leases, I am concerned about the waste materials that will be generated, and the indefinite need for monitoring and mitigation of those stored wastes. I am worried about who will be held responsible for continuing this forever monitoring and

mitigation. I am gravely concerned about an accident similar to the 2014 Mount Polley mine disaster in which the tailings pond failed and spilled millions of cubic meters of toxics into the surrounding environment. I am also worried about all the other possible sources of pollution from Twin Metals' work on its leases and prospecting permits as it may not take a massive spill from a waste-storage facility to pollute the Boundary Waters and damage it forever. I am afraid of the pollution risk to the watershed of the wilderness, including what I believe to be the most iconic fishing lakes in the Boundary Waters, Basswood, Crooked, and Lac La Croix lakes. If pollution from Twin Metals' mining operations is released into the Boundary Waters, I believe it would change the ecosystem forever, ruining the fishing, hunting, and canoe-camping that has been such an important part of my life.

14.    From what I have observed during my travels in the Boundary Waters, it is a very sensitive ecosystem. So many little things can change how the ecosystem and the wildlife, plant life, and aquatic resources it supports function. For example, the smell of wolf urine will change the behavior of white-tailed deer. Changes in temperature have caused moose to leave the region. We used to have a moose-hunting season, but now it is extremely rare to see moose in the Boundary Waters. Even the act of paddling along the lakes and rivers can impact the environment of the wilderness. My observations have helped me understand that it takes very little to upset the delicate balance of the Boundary Waters' ecosystem. I am worried that the introduction of noise, equipment and lights, dust and pollution, and other impacts from Twin Metals' mining operations and mineral exploration would disrupt this balance and have huge negative consequences that we do not yet understand.

15.    I strongly support the federal actions taken in 2021 and 2022 that will protect the Superior National Forest and the Boundary Waters. These include the cancellation of Twin

6

Metals' improperly renewed leases, the rejection of its mine plan, and the rejection of its additional lease applications and prospecting permits.

16.    If Twin Metals is successful in its lawsuit to overturn these decisions, I am concerned about the potential impact upon the communities of Ely and Duluth from Twin Metals' operations on its leases. The Boundary Waters is one of the most visited wilderness areas, and both Ely and Duluth have developed wilderness travel-based economies around it. I have many friends who moved to Ely because of its unique setting so close to the Boundary Waters and have opened businesses, like outfitter-guides and restaurants, to support wilderness travel experiences. I am worried about the impact on the economies of these areas and the livelihoods of my friends if Twin Metals is successful in its lawsuit to overturn the federal actions that protect the area and proceeds to develop a mine and resume mineral exploration activities. It scares me to think of what could be lost in exchange for the pursuit of the short-term profits of a mine.

17.    I have shared my love of the Boundary Waters with my children. One of my daughters now takes groups of friends to the wilderness to introduce them to the wonders of canoe-camping. I cannot imagine the possibility that my children and grandchildren may not have the Boundary Waters as a place to go to enjoy the wilderness. The prospect of a Twin Metals mine and the associated operations and mineral exploration leases raises that possibility.

18.    I believe the Boundary Waters is a national treasure. The possible creation of an industrial mining complex, with its threats of pollution, its destruction of the forest landscape, the noise, dirt, dust, and traffic, right on the edge of the Boundary Waters terrifies me and makes all of the issues I have worked on in the past to protect this wilderness pale in comparison. It

7

would destroy my favorite place in the world and what drew me to live in northeastern Minnesota.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: __12/16/22__                    By: _____
                                              Jon Nelson

8