**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) ) | Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) | |
| and | ) ) | |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) | |
| Defendant-Intervenor-Applicants. | ) ) | |

**DECLARATION OF COLLETTE ADKINS**

I, Collette Adkins, hereby declare as follows:

1. I am a resident of Minneapolis, Minnesota. I have lived in Minnesota for my entire life.

2. I have been a member of the Center for Biological Diversity since 2010. As a member of the Center, I receive its weekly electronic newsletter, quarterly newsletter and other communications.

3. I am also a senior attorney for the Center for Biological Diversity. In that capacity, I have worked to protect rare wildlife found in northeastern Minnesota. For example, I have worked – through litigation and other advocacy – to maintain federal protections for gray wolves under the Endangered Species Act, and I have sought federal protections for moose through the formal petition process. I have also worked to protect Canada lynx and their habitats from threats in northeastern Minnesota.

4. I have a strong personal interest in and connection to the Boundary Waters Canoe Area Wilderness. Since my grade school years, I have taken annual trips to the Boundary Waters almost every summer. I usually enter the Boundary Waters through entry points near the Ely area. My favorite – and most often frequented – entry point is Lake One, near the Kawishiwi River. I visit the Boundary Waters to seek solitude in a pristine area with minimal presence of people. I particularly enjoy wildlife watching, and I treasure the times I've heard or seen wolves, moose, eagles and other wildlife. I typically go to the Boundary Waters with family, and we travel to campsites by canoe. We enjoy swimming, canoeing, photography, wildlife watching, stargazing, berry picking, sitting in silence by a campfire and more. One of our favorite activities is swimming in the rapids where the Kawishiwi River enters Lake One. I like taking a swim in the crystal-clear water and then lounging on the warm rocks in the sun or taking a hike in the

1

forest looking for wildlife and picking berries. The peacefulness and beauty of this pristine area is what attracts me.

5.    I regularly camp at the Forest Service's South Kawishwi campground, located along the South Kawishwi River and close to Twin Metals' proposed mine, its now-cancelled leases, and its now-rejected prospecting permit and lease applications. I have camped there more than six times, including two summers ago, and will continue to do so most summers going forward. My family and I really enjoy swimming in the Kawishiwi River and hiking in the surrounding forest. We value the area's clean water, especially because my children and I go swimming in the waterways. I have entered the Boundary Waters through the South Kawishiwi entry point, and I plan to do so again.

6.    Most recently, in the summer and fall of 2022, I took three trips to the Boundary Waters. For two of those trips, I entered at Lake One and travelled to my favorite spot where the Kawishiwi River enters Lake One. I will return to the Boundary Waters again next summer. The night before I enter the wilderness, I hope to camp at the South Kawishiwi River campground.

7.    If I find out that the Twin Metals operations will impact the South Kawishiwi area and the Boundary Waters, I may need to switch my vacation plans to another area, as my primary reason for recreating in this area is because of the opportunity for quietness and solitude, as well as swimming in waterways with clean water. I worry that I would hear ugly sounds from their operations or experience polluted waterways or that wildlife would avoid the area. I feel sad and frustrated that one of my most treasured wild places could be degraded in this way.

8.    In addition, I plan to find a quiet rental cabin near Ely or Isabella where we can snowshoe, hike, and wildlife watch. Past years I often stayed at the Snowshoe Country Lodge, about 15 miles southeast of the leases. On one of these trips, my family was lucky enough to see

a wolf on our drive along Highway 1 to Ely. This visit brought us near the area leased by Twin Metals. Last winter, we stayed at a different cabin northwest of the leases, and we did multiple day hikes in forests outside Ely. During our trip this winter we will again go snowshoeing, hiking and wildlife watching in the general area of the leases. We plan drive along Highway 1 looking for wildlife, and we may stop along the way for a hike or snowshoe.

9.      With respect to both my summer trips to the Boundary Waters and my winter trips to nearby cabins, I'm worried that any operations from Twin Metals could disturb wildlife and reduce our chances of being able to see animals in the area. I'm also concerned that we might hear noises and experience increased truck traffic along Highway 1, which would diminish my experience. Again, I go to this area precisely because I want to escape noises associated with people and experience wildlife and the tranquility of wild areas.

10.      As a member of the Center for Biological Diversity, I rely on the organization to represent my interests in opposing Twin Metal's operations that may harm this area. I am glad that the Center has opposed this harmful project and brought litigation to try to stop it.

11.      I am pleased with the federal actions that will protect the South Kawishiwi area and the Boundary Waters, including the cancellation of Twin Metals' unlawfully reinstated and renewed leases, the rejection of its mine plan of operations, and the denial of its prospecting permit and lease applications. These actions will protect these areas from water, air, and noise pollution that would diminish my ability to experience the area and threaten fish and wildlife. It is my understanding that if Twin Metals is successful in overturning these actions, mining, mineral exploration, and other industrial activity will move forward. I am concerned that industrial activities—including if the mine is developed—may cause increased noise and traffic in and around the leased lands, disturbance to wildlife and loss of habitat, and water quality

3

degradation. These operations harm me because of my longstanding interests in the quiet and solitude of the surrounding area. I would either be forced to avoid one of my favorite wild places or I would need to experience the degradation. Either of these options would injure my aesthetic, recreational, and other interests in this special area.

12.      In summary, I regularly go to the South Kawishiwi River area and the Boundary Waters for wildlife watching, swimming, hiking, canoeing, snowshoeing and other outdoor activities. I have concrete plans to return to this area this winter and this summer. But I am concerned that Twin Metal's activities may degrade the area. I'm specifically concerned about increased noise and traffic, displacement of wildlife, and the possibility of water pollution. I would be devasted if Twin Metal's operations did anything to degrade this precious area.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: 12/16/2022                          By: _____
                                                          Collette Adkins

4