**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) |
| Defendants, | ) ) |
| and | ) ) |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) |
| Defendant-Intervenor-Applicants. | ) ) ) ) |

Case No. 1:22-cv-2506-CRC

**DECLARATION OF STEVEN L. KOSCHAK**

I, Steven L. Koschak, declare as follows:

1.      I reside with my wife, Mary Jane Koschak, at 12007 River Point Road, Ely, Minnesota 55731, in Lake County.

2.      I am a member of Northeastern Minnesotans for Wilderness, since shortly after its inception, and my wife and I were one of the five founding couples of Sustainable Ely and the Campaign to Save the Boundary Waters.

3.      Northeastern Minnesotans for Wilderness ("NMW") was formed in 1996 to continue the local tradition of working to protect our wild places, particularly the Boundary Waters Wilderness, against ever increasing public and commercial pressures so that the natural features and processes that exist in the area will remain intact for future generations.  NMW's mission is to protect and preserve wilderness and wild places, to advocate for the protection of the Boundary Waters Canoe Area Wilderness ("BWCAW") and the enhancement of its wilderness aspect, and to foster education about the value of wilderness and wild places. NMW has more than 400,000 supporters across Minnesota and the United States.  NMW's supporters enjoy, appreciate, and benefit from the natural resources in the Superior National Forest, especially the waters, lands, plant communities and wildlife in the BWCAW, and have had a long-standing interest in lynx, moose, wolf, and forest conservation, both in the BWCAW and across the Superior National Forest.  The interests of NMW and its supporters in the protection of, use of, and enjoyment of the BWCAW and its watershed would be harmed if cancelled mineral leases and denied applications for mineral leases and prospecting permit extensions previously held by Twin Metals Minnesota and its wholly-owned subsidiary, Franconia Minerals were to be restored.

1

4.      My wife and I own and operate River Point Resort & Outfitting Company at the same address. Our facility is located on the peninsula where the South Kawishiwi River flows into the northern end of Birch Lake. We are four miles by water from the Boundary Waters Canoe Area Wilderness.

5.      River Point Resort & Outfitting Company is a tourism and hospitality business that has been in operation since 1944. It was started by Frances and Frank Koschak and has been owned and operated continually by the Koschak family since that time. River Point Resort offers lodging in the form of sixteen housekeeping cabins, villas, and chalets, along with auxiliary recreational opportunities such as swimming, boating, kayaking and canoeing, guided fishing, hiking and other family activities. We accommodate approximately 2,000 housekeeping guests per season, which runs from mid-May through September.

6.      River Point Outfitting Company outfits trips in the Boundary Waters Canoe Area Wilderness (BWCA), as a complement to our resort accommodations. Our outfitting business includes more than 75 canoes and kayaks, and we outfit approximately 700 people travelling in the BWCA in the course of a given summer. We offer both partial and complete outfitting services, which can include meals, routing, maps and permits, and transportation to any of the approximately 30 entry points to the BWCA in the Ely area.

7.      Our property consists of 32.39 acres, with one mile of shoreline, in the heart of the Superior National Forest. Prior to construction of the resort, this land had been unoccupied and undeveloped since the time of the Laurel Indians, who lived here about 500 years before the Common Era. The land includes a significant archeological site that was discovered in 1982, the first discovery of a site occupied by the Laurel Indians in the United States. An archeological covenant with the U.S. Forest Service protects this site on the south shoreline.

8.      Until 2002, the land that we now own was part of the Superior National Forest, and we leased it from the U.S. Forest Service. Our business was considered an exemplary model of a private/public partnership with the Forest Service, and government dignitaries flew in several times to see the property and speak with us about the partnership. We were able to purchase the land through a land exchange in 2002. I believe that a primary reason why we have maintained such a positive relationship with the Forest Service is that we have always considered ourselves to be stewards of the land and have taken great care not to impact the water, air, or forest on and around this property—both before and after we received title.

9.      Our property is in a beautiful, secluded location deep in the forest with our own private road, River Point Road, which leads directly to the River Point property off state highway #1.  River Point Road, which is 1.3 miles long is buffered from all sounds that are unnatural by the abundant tree cover, thus, providing our guests a feeling of seclusion, peace, and quiet as they enter the facility.  River Point Resort & Outfitting Company is sited on its own private peninsula with no other roads, bounded on the east and west by the South Kawishiwi River. Birch Lake joins the river at the south shore of the property.  Twin Metals Minnesota has stated it will construct a hydrogeological testing site directly across highway #1 from our entrance road and beautiful signage.  The highway is just a two-lane road.  The site will be directly in the midst of a majestic stand of white pine trees causing more destruction of the wilderness and impacting the quiet, scenic, and prestigious entrance and signage to our resort and canoe outfitting businesses.  The setting will be ruined.

10.     Birch Lake is twenty miles long, and about ninety percent of the shoreline is in federal ownership. Birch Lake is the only lake in the area outside of the BWCA where the Forest Service maintains boat-in, wilderness-style campsites, which provide unique camping

3

opportunities for our guests and other visitors to the area. Birch Lake is home to two federal campgrounds, 17 dispersed campsites, a private campground, one additional resort, and two houseboat businesses. Birch Lake is similar to the large lakes found within the BWCA, and provides a wilderness-type experience to people who are unable to make a trip into the BWCA.

11.     The BWCA lies five river miles to the northeast east of our resort property, and is accessible from our property by canoe through Entry Point 32 (South Kawishiwi River). The South Kawishiwi River flows southeast out of the BWCA for five miles, at which point it meets Birch Lake, takes a sharp turn to the northwest on the west side of our property, and flows through White Iron and Farm Lakes. It is also possible to access the BWCA through Farm Lake by that route. Finally, the river continues to flow north through Garden Lake and Fall Lake where it re-enters the BWCA.  This route into the BWCA is the most direct route to Basswood Lake and the Canadian border from River Point Resort and Outfitting Company. From our location in the headwaters of the Rainy River (BWCA) watershed, there are literally hundreds of miles of paddling (and other boating) opportunities both upstream and downstream.

12.     People come to River Point Resort and Outfitting Company because of our location on the edge of the BWCA, the incredible natural beauty, the clean air, the quiet, and the wilderness setting. People come for the peace and tranquility of a place where they are completely buffered from the noise, sights, and stress of urban life. The property is all about nature, and that is what people come here for. We provide them with the comforts of home (but without TVs!), in a place where they can escape the chaos and craziness of their daily lives. People come here simply to sit on their screened porch or on the lakeshore, look at the river, the lake, and forest, and listen to the sounds of nature. Our guests come seeking equilibrium and spirituality as only a sojourn in a wild area can provide.

13.    My wife and I experienced negative impacts from mining-related activity for more than ten years. One negative impact was from the noise of drilling, seismic testing, and heavy equipment operation. Twin Metals Minnesota (Antofagasta Chile) began drilling in the area in approximately 2006. A group of summer home owners adjacent to our property were coerced into a road-use agreement with the understanding that the mining company would cease exploratory drilling in their neighborhood in the summer months. However, the mining company did not negotiate with River Point Resort and Outfitting Company.

14.    We were subjected to drilling noise throughout the fall, winter and spring seasons of every year for many years. The noise occurred so frequently and for so long that we did not document specific dates and times. The noise repeatedly was loud and constant enough that we did not open our windows. Even so, the drilling noise was audible indoors. The auditory pollution was incomprehensible and unbearable. Whether it was because the birds were no longer around or because we could not hear them over the drilling noise, we did not hear the usual springtime sounds of birds on our property from 2006 through 2013. We did not realize how completely the birdsong had been missing during that time until the spring of 2014, after Twin Metals ceased their exploratory drilling. However, to the best of my knowledge, hydrogeological exploration by Twin Metals occurred on federal lands and also on some state lands within the wilderness following the cessation of the exploratory drilling phase by Twin Metals.  Along with the drilling for the hydrogeological wells, other "down the hole" environmental drill hole assessments were ongoing. Furthermore, the noise resulting from capping of some 10-year old exploration drill holes by Twin Metals occurred then, occurred in the fall of 2016, has happened since, and will happen again soon, if the leases, prospecting permits, and applications for more leases and prospecting permits are restored to Twin Metals.

5

15.     When exploratory drilling occurred, the noise was constant—day and night. In addition to drilling noise, we heard screeching and banging when drills were being changed, and heavy truck and bulldozer activity, including use of bulldozers to push boulders out of drilling locations. The drilling activity was sometimes close enough to us, that we could hear the voices of the workers across the river and lake. We felt captive in our home, as we did not want to be outside to bear the full brunt of the noise. The whole point of living where we do is lost when we cannot be outside and cannot hear the peace and quiet of natural sounds like wind in the trees and birdsongs.

16.     To understand what the sound of constant drilling and heavy equipment is like, if you have never lived through it, try this for a few months or so:  put your Kitchen-Aid mixer on the counter, plug it in, throw rocks into the steel pot, and leave it running with the blades hitting the side of the pot 24 hours a day, seven days a week, for months on end. Occasionally turn the mixer off, bang on it with a hammer, and restart it minutes later, without notice. That is what it sounded like to us, even when the drilling sites were miles away.

17.     The constant barrage of sound wore on us, causing us mental and emotional stress and anxiety. The noise added a layer of stress that we would not otherwise experience. This became especially clear to us in 2014 when the noise stopped; the relief from the cessation, coupled with anxiety from not knowing when the noise would restart, made us realize how much of a burden it was, personally. In addition, we experienced stress from living with the worry of losing our business, and consequently our home, due to decline in our reservations and customers caused by the nearly incessant noises from the Twin Metals lease sites across the lake and river. We still live under a constant dark cloud of stress over us every day, from worrying that the leases will be restored and the mining noises and other effects on us and on our businesses will

6

resume. Now, with the mining companies' new lawsuit, we are stressed and worried about this yet again.

18.     In 2013, Twin Metals continued drilling into the summer guest season. This noise in the heart of our busy season was a significant disruption for our guests, and negatively affected the quality of their experience. Not surprisingly, guests at our resort do not want the sound of drill rigs and heavy equipment impacting their vacation, and they are shocked and unhappy when the peaceful, natural surroundings and sounds, like wind in the trees and waves lapping the shore, are drowned out by industrial noise. Likewise, guests who canoed/camped within the Boundary Waters were impacted by the noise and their wilderness experience was lacking the peace and serenity that they were seeking and should have had on their adventure. Resort guests and canoe outfitting guests complained about the noise, resulting in many questions about the situation, creating loss of employer and staff time on other vital tasks and additional stress on everyone. The noise associated with the mineral exploration harmed my wife, Jane, and I emotionally and mentally, and it denigrated the perception of peace and quiet which are the mainstays of why our businesses have been successful these past 46 years and why guests choose to vacation at our wilderness edge resort location, and within the Boundary Waters.  The long-term effects of mineral exploration and the threat of a looming mine across the river has had a negative affect financially and has harmed the reputation of River Point Resort & Outfitting Company.

19.     Although the agreement with Birch Lake summer home owners limited drilling in our vicinity in the summer, the company drilled in other locations during that time. In the summer of 2009 or 2010, we had a guest whom we had outfitted for a BWCA trip who came back reporting that her trip had been ruined by drilling noise. This was in the Gabbro Lake

7

(Entry Point 33) area in the BWCA.  We will lose more outfitting customers if the mining leases are restored, as the mining noises, including drilling, heavy equipment, and other noise, will resume.

20.    Prior to mineral exploration activities we did not hear any similar noises. We rarely, if ever, heard even the sound of a distant motor vehicle on State Highway 1, and rarely did a lone plane fly overhead on its way to Ely's airport.

21.    The ability to hear the sounds of nature has an importance beyond being an ingredient in relaxation or vacationing—it is important to having a good quality of life year round, and also to being able to participate in and enjoy the fall deer hunt. In early November of 2011 or 2012, about ten relatives and friends joined me at River Point for our annual deer hunting week. At that time, Twin Metals had as many as eleven drill rigs operating at one time. I was in my deer stand trying to listen for the sound of a deer walking in the woods and realized that I could not hear the sounds of the forest over the drilling. At that point I quit hunting on my property because of the noise. None of the people who had come were able to hunt here because the noise made it impossible to use their hearing—one of the critical senses needed when hunting. In addition to engaging in an annual family and friends event, being in the forest at this time of the year is a special event, in and of itself. The color changes have occurred, the forest is still, and the experience of just "being" amidst the beauty and serenity of the quiet of nature is therapeutic and restful. We had been robbed of the anticipated hunt and the forest experience due to the incessant drilling noise from Twin Metals.  I expect I will not be able to hunt on my property again if the leases are restored.  A lost deer season or seasons hunting with my family on the land I love cannot be "unlost" or replaced.

8

22.     The mining company has also used aerial sonar for exploration, flying a large helicopter at low altitude, just above the tree tops. The helicopter would traverse very slowly, covering the entire area by sections and working in a grid. Once it had covered the area moving back and forth in two directions, it would move to transects in the other two directions, covering the same area. The helicopter would pass over our property many times – perhaps fifty times in one day. The noise was so loud that we would have to shout to be heard. This occurred during the summer when we had guests who were very disturbed by the noise and what felt like an invasion. This went on at least twice a week during the summer of either 2011 or 2012. I could see that the helicopter was also flying close to the edge of the BWCA, and am certain that the noise affected the wilderness area.  Since the mining company submitted a mine plan of operations in 2019 it has been clear that most of that proposed mine's major industrial equipment and facilities, including the ore processing mill, loading areas, exhaust systems, would be located along the shores of Birch Lake and the Kawishiwi River a half mile from our home and our businesses. If the leases were to be restored, I expect that drilling and helicopter operation will start back up and that many other mine pre-construction activities would resume on the leases and on the many prospecting permit areas that Twin Metals and other mining companies hold in the surrounding area. River Point is located at "ground zero" for the Twin Metals exploratory and mining operations. And, as such our property is on the front line of being negatively impacted and ultimately destroyed by all the aspects of trying to turn a beautiful recreational area into a destructive and toxic mining district within a watershed that flows directly into the iconic Boundary Water Canoe Area Wilderness.

23.     I submitted complaints about the helicopter noise, first to the Federal Aviation Administration who said there was nothing they could do, and then to our congressional

9

delegation. After speaking with then-Senator Franken, the helicopter flights stopped. Shortly after that, three men in a boat spent a day right off our property's shoreline performing seismic testing along the entire boundary. Some of the men in the boat trained binoculars on the shore repeatedly. This activity, both the seismic testing and the use of binoculars, troubled our resort guests as it invaded their privacy. I believe that the mining company was doing this to make a point and that it was an act of harassment.

24.     Even prior to 2006, we were impacted by the noise of Franconia drilling at the Birch Lake site, four or five miles down the lake. Franconia anchored a barge in the middle of the lake but noise travels a long way over water.  The noise funneled down the lake so we heard it at our property but the entire lake was also affected by this relentless auditory pollution for an entire summer. The drilling noise was loud enough that I know it impacted the campsites around the lake. Our guests asked us about it all summer long, taking time away from our work and creating an anguishing situation for us, as we had no idea how long it would continue. I went on a tour of the Franconia drilling operation and experienced the deafening noise in the immediate vicinity. I have some experience with sound abatement in the construction of buildings and noticed that there was no attempt at sound abatement at the Franconia operation. I also saw that the drilling barge flew both an American and a pirate flag which I felt was a statement of the mining company's attitude toward neighbors on the lake and the forest environment.

25.     In addition, the mineral lease activity also affected our air quality at River Point. When the wind was right, we got the smells of diesel exhaust from heavy equipment rather than fresh air scented with the smell of pines, water, and forest.  After a long lull in prior years, this spring there has been diesel equipment on and around the lease sites, and I worry we and our guests will be smelling diesel again.

10

26.    In the area where drilling for mineral exploration was being done, I am no longer able to access parts of the Superior National Forest where I used to go. Friends and neighbors who have hunted in the area for years have had to go elsewhere. The area is more fragmented than ever as a result of roads that have been put in for mineral exploration and then gated, so that what used to be an open track is now a gated road. Mining activity has made this portion of the Superior National Forest less accessible to recreational users. This has always been a well-loved area devoted to recreational pursuits but the mining company's mineral exploration has essentially privatized public land dedicating it to the use of a Canadian mining company owned by a bigger Chilean mining company.

27.    Furthermore, I believe that our well water has been affected by the exploration activity. Kinetico tests our water and in the last couple years the amount of iron in the water has increased dramatically. During that same time, we noticed that the water and bathtubs in some of the accommodations were turning brown. We have one well that has always had very pure water—the water has never needed treatment. The water in that well was particularly affected and we worried through the summer of 2014 that we would lose that well. However, the drilling stopped that year, and the water cleared up through the summer and has remained clear. Water from another of our wells, however, got substantially worse than the well mentioned above, experiencing an increase in hardness that included a 40-fold increase in iron content between 2006 and 2014. We have had to replace many, many shower heads, faucets, and other fixtures as a result of the corrosion from this water. My wife broke out in a rash after showering which continued with use of that water. Even the silverware in our housekeeping cabins began to tarnish and rust and we incurred costs in staff time and money to have to staff scrub each piece of silverware each time housekeeping occurred to remove corrosion. We had to install a second,

11

larger water softener, and began to go through eight bags (300 pounds) of salt per day and still our guests complained about the water's taste and color.  We had to install under the kitchen sink reverse osmosis systems in each of our 16 housekeeping accommodations and in our residence, at a cost of roughly $200 each. I attribute the deterioration of water quality in our one well to the drilling by the mining company and its contractors of hundreds of holes, some thousands of feet deep.  Our wells are able to draw water because they intercept fractures and fissures in the bedrock and it is my conviction that some of the fractures transport water from across and beneath the South Kawishiwi River and Birch Lake where the drilling has been occurring.

28.    During the same time frame we noticed one year that when the ice receded from the shoreline in the spring the entire shoreline was covered by reddish-brown, clay-like silt, which is something we have never seen here before. It just happened one year, which I believe was 2013, and though it has not happened since if the leases are restored or reinstated I'm concerned it will happen again.

29.    During the drilling, I also saw Twin Metals water tanker trucks filling their tanks frequently, night and day, with water from the Kawishiwi River and Birch Lake, for use in drilling. No monitoring was done and to my knowledge they did not keep track of how much water they were using. I have been told that they were permitted to use up to 10,000 gallons per day with their permit but I have not been able to obtain any information about how much water they are actually using. With as many times that we witnessed Twin Metals trucks at the South Kawishiwi River on a daily basis drawing down water we strongly suspect that Twin Metals took much more than 10,000 gallons per day no matter what their records may show.  We had three years of drought—2011, 2012 and 2013—when the lake and river levels were very low.  In the dead of winter about a few years ago, I, along with my wife were snow shoeing on the South

12

Kawishiwi River and witnessed a water pumping station set up across the river from River Point on the private property of John Chelesnik, a neighbor on the east shore of the river from River Point. The tanker trucks backed up to their fill station and there were long hoses leading directly into the waterway, drawing down the waters of the South Kawishiwi River, and probably not documented. I called the Planning and Zoning Division of Lake County to report an inappropriate use of private property. To my knowledge, the Planning Department did nothing. I also suspect that Mr. Chelesnik received compensation for this travesty. If the leases are restored I expect there will be more tanker trucks filling up water from the Kawishiwi River and Birch Lake to be used with drilling and other mining company activities on the leases. I am aware that if the mineral leases were to be restored Twin Metals would likely get another permit for withdrawal of lake water, and that if a mine were built it would likely be given larger volumes of water to withdraw, and I do not believe that this is a sustainable use of water.

30.     With the advent of climate change generated events including the severe drought the North Country and the BWCA experienced in the summer of 2021 and the resulting Greenwood Forest fire, a huge fire located less than 20 miles from River Point which burned for approximately two months, it is inconceivable that the drawing down of Birch Lake for the possible operation of drill rigs and/or active mining should even be considered, much less allowed. Forest fighting airplanes routinely landed on Birch Lake and scooped up water to douse the Greenwood Fire. We do not know what the future may bring but wasting precious water on mining activity of any kind is not wise when the next fire disaster may occur in any given season. Water is more precious than these minerals for many reasons including the ever-increasing climate change crisis as the number of adverse weather-related events increase exponentially.

13

31.     Twin Metals had heavy equipment on the leases and surrounding areas and had said they will continue to drill hydrogeological wells.  This means we and our guests will again at some point experience the sounds, sights, and smells of drilling and heavy equipment. This will once again damage our peace of mind, quality of life, the experience and satisfaction of our guests, and our business' financial health, value, reputation, and future. One can only look to other mining sites to hear what the auditory pollution and extreme noise that would occur during the construction phase of a sulfide ore copper mine a half mile from our property much less the noise and other negative impacts of a full-fledged mine.

32.     I am aware of the Twin Metals mine plans including the planned location of underground mines and surface facilities. I am aware of the amount of surface activity required to construct a mine of the size that is planned. There is no possibility that we would be able to continue operating our two businesses here if a mine was built in this area. To take the present wilderness, recreational district of the Superior National Forest and turn it into a mining district would be the end of River Point Resort & Outfitting Co., as we now know it, our home, and our way of life. The location simply would no longer offer the setting that our guests come here for. This would destroy the life we have created and the dreams and the legacy we wish to pass onto our son. Our life's work and investment will be destroyed. This would devastate us, certainly, but would also destroy the refuge for the thousands of our resort and paddling guests that we serve every spring, summer and fall, along with Superior National Forest visitors who use Birch Lake, the Kawishiwi River, or the pristine Boundary Waters wilderness area adjacent to River Point.

33.     Land values plummeted after the drilling noise began, and the constant threat of a sulfide-ore copper mine has depreciated property values. After June 2016 when the Forest Service issued a press release saying it probably would not consent to renewal of Twin Metals

14

leases we made significant time and money investments in our resort and canoe outfitting businesses in reliance on the Forest Service's statements and the later denial and cancellation of Twin Metals' leases by the Bureau of Land Management. We had a brand new website built which cost about $13,700, not including 4.5 months of continuous labor on it by my wife. As a professional, her hourly wage would be in excess of $100/hour. We bought more than $15,000 worth of new outboard motors, among other new purchases. We gutted, reroofed, re-sided, and redid the entire inside and outside of a large three-bedroom vacation home cabin at the great expense of approximately $60,000+. Had we known that the mineral leases were to be reinstated, as they were in 2018 by a "stroke of a pen," we never would have invested in our property as we did. Since the leases were again cancelled in 2022, we regained hope that maybe this time the threat of a sulfide ore, copper mining district would be thwarted. Therefore, we invested in $20,000 worth of new kevlar canoes and more new motors. We have spent large sums of money on landscaping the property with new shrubs, bushes, plantings, mulch, and reseeding. We also invested in the additional staff time and wages to maintain all of the property over the summer season. We have purchased high end Bosch dishwashers for several accommodations along with other new furnishings, including high end log dressers for six bedrooms. Moving forward through the years we continue to carry with us the dark "shadow of uncertainty" and concern that the leases might be restored once again and what all that would mean for us, our home, our businesses, and our investments. It is this "shadow of uncertainty" that creates mental, emotional, and physical anxiety like none other.

34.     If the leases are restored, Twin Metals has made clear it intends to develop a mine and would resume "project development" activities. This means we and our guests will again experience the sounds, sights, and smells of drilling and heavy equipment. This will damage our

15

peace of mind, quality of life, and finances, as well as the experience and satisfaction of our guests, and our business' health, value, reputation, and future.  If the mine does go in, we would be forced to close our businesses and likely attempt to sell our property and move as all we have created would be destroyed in the path of a mining district. To Twin Metals or another mining player we would simply be collateral damage.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 12/21/2022

Steven L. Koschak