**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) | |
| and | ) ) | |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) ) | |
| Defendant-Intervenor-Applicants. | ) ) | |

**DECLARATION OF AMY FREEMAN**

I, Amy Freeman, declare as follows:

1.    I am a longtime supporter of Northeastern Minnesotans for Wilderness (NMW).  I have provided significant financial support, as well as many volunteer hours to this organization and have attended and helped organize numerous NMW events. I was a member of NMW until September 2021, when NMW members voted in a special meeting of the members to change NMW's bylaws, to provide that NMW would have no members,  My husband Dave and I are northeastern Minnesota residents, and we support NMW because we share its love for and mission to protect wilderness, particularly the Boundary Waters Canoe Area Wilderness ("Boundary Waters").

2.    My husband Dave and I generally split our time between the wilderness edge communities of Ely and Grand Marais, Minnesota.  We are explorers and travel often, including in the Boundary Waters, and though we seldom have a stationary residence, we maintain a P.O. Box in Grand Marais, Minnesota:  P.O. Box 1454, Grand Marais, MN 55604. We expect to be back in Ely, Grand Marais, and the Boundary Waters for guiding and wilderness travel in the summer of 2023.

3.    My husband and I have participated in several major adventure advocacy projects with NMW during the last five years.  In 2014, we spent 101 days paddling and sailing from Ely, Minnesota, to Washington, D.C., to help NMW raise awareness about Twin Metals and other sulfide-ore copper mines being proposed within the Boundary Waters

1

watershed.  Then, between September 23, 2015 and September 23, 2016, my husband and I spent 366 days in the Boundary Waters.  Called "A Year in the Wilderness," we took on this project to help NMW advocate for the Boundary Waters.  More recently, we spent the end of 2016 and much of 2017 writing our book, even as we returned to our jobs as wilderness guides. In June 2018 we arrived in Washington, D.C., as part of the Pedal to D.C.  Pedal to D.C. was a two month, 2,000-mile book tour, from the edge of the Boundary Waters to Washington, D.C., to promote our book, A Year in the Wilderness: Bearing Witness in the Boundary Waters.  We traveled by bicycle and towing a canoe, stopping in towns and cities along the way to spread the word about the Boundary Waters, what an incredible place it is, and how it is threatened by mining companies seeking to turn its headwaters into an industrial sulfide-ore copper mining district.

4.      My husband and I also frequently participate in a wide variety of recreational activities in the Superior National Forest and Boundary Waters.  These activities include canoeing, kayaking, camping, hiking, swimming, cross-country skiing, snowshoeing, dogsledding, fishing, and wildlife photography.  My accumulated time spent in the Boundary Waters over the past 20 years amounts to two or three years.  Much of that time has been spent guiding canoe trips, kayak day-trips and dogsled trips.  I have paddled on the South Kawishiwi River, Birch Lake, the White Iron chain of lakes, Fall Lake, Newton Lake, Basswood Lake, and on the border lakes including but not limited to Lac La Croix, and Iron and Crooked Lakes on numerous occasions, and I will paddle

2

on many of them again this year and in coming years.  These include the waters that would be in the path  of pollution if the Twin Metals mine is built.

5.      I first visited the Boundary Waters more than 20 years ago, going on canoe camping trips with my family.  I started working in the region for Hungry Jack Outfitters on the edge of the Wilderness in 2002.  I guided kayak trips on Lake Superior, in the Boundary Waters, and in the Superior National Forest from 2003 to 2007 for Superior Coastal Sports; from 2007 to 2009 for Lutsen Resort; and from 2013 to 2014 for North Shore Expeditions.  I have guided canoe trips in the Boundary Waters for Boundary Waters Guide Service from 2013 to 2015.  I began guiding dogsledding trips for Wintergreen Dogsled Lodge in 2006, and I continued to guide dogsledding trips regularly for Wintergreen Dogsled Lodge until 2021. Wintergreen Dogsled Lodge is located directly downstream and only a few miles away from the mine that Twin Metals proposed.  Twin Metals recently purchased land in the Kawishiwi Triangle, which contains many of the trails where I often took participants dogsledding.

6.      The Twin Metals mine is being proposed by Chilean copper mining company Antofagasta, and its subsidiaries, Twin Metals Minnesota and Franconia Minerals. The companies had the only two federal mineral leases in the Boundary Waters watershed. The leases covered four low-grade but large sulfide-ore copper-nickel deposits. The leases were cancelled in 2016 after the Forest Service declined to consent to renewal, reinstated by the Bureau of Land Management and the Department of Interior in 2018, and cancelled again in 2021. The reinstatement of the federal mineral leases in 2018 led

3

the mining companies to resume on-the-ground mining project development activities, such as drilling and drill site preparation, road work, and the posting of signs on gates and along forest roads that prohibit people from accessing public lands beyond the signs. Drilling and road work produces distinct industrial sounds that stand out in the hearing of people paddling and camping along nearby waters and public lands. The noise interferes with and in fact ruins the atmosphere and experience of being in and traveling through the public lands and waters in and on the edge of the Boundary Waters. If the leases were to be reinstated again, it would vastly increase interest in and likelihood of sulfide-ore copper mines being developed in the Boundary Waters watershed.

7.    My livelihood and way of life are directly linked to the Superior National Forest and the Boundary Waters. The essential qualities of this wilderness—pristine waters that are free of industrial contaminants, abundant wildlife, night skies that are free of light pollution, and the quiet of the deep wilderness—are necessary for my livelihood. My husband's and my interests would be harmed by reinstatement of the leases and renewed preparations for sulfide-ore copper mining in the watershed of the Boundary Waters.

8.    My husband and I own and operate Freemans Explore LLC, through which we guide canoe trips in the Boundary Waters. Our business supports numerous outfitters and other local businesses that would also be hurt by the resuscitation of the Twin Metals mine project. Our business relies on the silence, healthy ecosystem and pristine waters that the Twin Metals mine would jeopardize, and on the public's perception of

the Boundary Waters as "the last great, pure experience," as the Ely Chamber of Commerce has described it.

9.      My husband and I have harvested wild rice in the Boundary Waters.  We eat wild rice several times a week when we can, and also give it away as gifts to friends and family.  It has deep significance for us.  We have paddled through large stands of wild rice on Basswood Lake, which is downstream from the proposed Twin Metals mine.  It is a place we plan to try harvesting wild rice in the future, and I know there are other local people that rice on Basswood Lake as well as Garden Lake, which are both directly downstream from Twin Metals.  Wild rice is very sensitive to changes in water chemistry and we are deeply concerned that the wild rice beds downstream from Twin Metals would be degraded or disappear because of pollutants, chiefly sulfates, that are produced in significant concentrations by the sulfide-ore copper-nickel ore that Twin Metals would expose and mine.

10.     My interests and those of my family and business would be harmed by the reinstatement of the federal mineral leases.  I support and count on NMW to advance my interests and protect the Boundary Waters and its watershed from harm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:   12/19/22                    _____
                                               Amy Freeman

5