**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) ) | |
| and | ) ) | |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) ) | |
| Defendant-Intervenor-Applicants. | ) ) | |

**<u>DECLARATION OF CLARE AUGUST HANSEN SHIRLEY</u>**

I, Clare August Hansen Shirley, declare as follows:

1.      I reside at 4620 Sawbill Trail, Tofte, Minnesota, which is located in the Superior National Forest (the "Forest") on the edge of the edge of the Boundary Waters Canoe Area Wilderness (the "Boundary Waters").

2.      I co-own and operate Sawbill Canoe Outfitters, Inc. ("Sawbill"), which does business out of the same address.

3.      My grandparents, Frank and Mary Alice Hansen, founded Sawbill in 1957. Sawbill was originally based out of a one-room cabin at Sawbill Lodge, prior to the 1964 Wilderness Act and subsequent closing of Sawbill Lodge. Since moving into its own building, the business has grown along with the popularity of the Boundary Waters. My parents, Bill and Cindy Hansen, bought Sawbill in 1985. In January of 2016, my husband, Dan Shirley, and I purchased Sawbill from my parents, and we currently live on site year- round. I was raised at Sawbill, and Sawbill has supported my family, including my grandparents, parents, husband, siblings and children, for over 60 years.

4.      Sawbill is unique in that it is located extremely remotely, surrounded by state and federal lands. We rely on our remote location, specific knowledge of the area, and the pristine nature of the Boundary Waters in order to provide outfitting services to those entering the wilderness. We rent canoes and other equipment for the purpose of non- motorized recreational trips into the Boundary Waters. We operate a store and outfitting shop to cater to our customers, in addition to issuing Boundary Waters entry permits. We are also the concessionaire for three USFS campgrounds, one of which is located on-site. Our customers rely on our services and campground both before and after their trips. Many customers also choose to stay on-site at the campground and do day-trips into the Boundary Waters. Sawbill relies exclusively on visitors to

the Boundary Waters to sustain its customer base. On average, Sawbill employs 15 full time employees from May to October.

5.      Our customers include two basic groups, those who take overnight trips into the Boundary Waters, and those who stay in the campground and day trip into the Boundary Waters. Our customers come from all over the world to access the wilderness. The summer of 2016 alone we had multiple groups from France, the Netherlands, Austria, Germany, and Canada. Visitors from Finland last summer found the Boundary Waters when searching the internet for a pristine wilderness area. One couple from Germany has made 20 trips into the Boundary Waters in the last 30 years. Our U.S. customers come from as far as New York or California. We serve several Boy Scout troops from Texas and North Carolina. These travelers join countless customers from Minnesota, Wisconsin, Michigan, Iowa, Nebraska and elsewhere. Boy Scout troops, college classes, and church groups all use the Boundary Waters to train young people in orienteering and navigation, Leave No Trace principles, wildlife photography, biology, etc. Exposure to a largely uninterrupted ecosystem and pristine natural area is the main draw for many of these types of groups.

6.      The majority of our customers regularly swim in the unpolluted water of the Boundary Waters. As far as I know, every single one of our customers drinks from the lakes in the Boundary Waters; no one carries in water. Most customers drink water without any treatment, some boil the water, and a minority will use some form of water filter. I myself drink water straight out of the lakes, and the Boundary Waters is the only place in the world that I would do that.

7.      We outfit overnight campers for a minimum of three days, two nights. On average, our customers spend about five or six days in the wilderness at a time. We typically

3

serve the Sawbill, Kawishiwi, Baker, Homer, Hog Creek, Isabella Lake, and Brule Lake entry points, but also deliver customers to entry points in the Ely area, including Lake One and Isabella Lake, with some regularity. Campers sometimes begin their trip in the Ely area or Gunflint Trail and end at Sawbill, or vice-versa. Thus, some of our clientele is concentrated in the Sawbill Lake area, but many of our customers range out into the Eastern and Western areas of the Boundary Waters. Due to the nature of the quota system for entry permits, Sawbill relies on being able to serve customers that enter, exit, or travel through all areas of the Boundary Waters.

8.      When customers return from wilderness trips, we inevitably hear stories of fishing. Spring small-mouth bass fishing, mid-summer walleye, and late-fall lake trout are always topics of conversation. Many of our customers are keen to fish, and we often send them out with supplies to cook and eat the fish they catch. Being able to eat what you catch is of great importance to many of our fishermen and women. People who cannot eat the fish they catch in polluted waters elsewhere are excited to "live off the land" for a night or two in the Boundary Waters.

9.      We also often hear about wildlife encounters and the beauty and solitude of nature.  Customers are frequently enchanted by the loons calling and are thrilled by seeing moose.  The dark nights with starry skies, and exceptional quietude of the Boundary Waters, are other important aspects we often hear about.

10.      Across the board, our customers tell us that they are drawn to the Boundary Waters due to its pristine waters, quiet solitude, and abundance of wildlife. Our customers value the ability to get out into the undisturbed ecosystem and reconnect with the natural world. Because of the ease of accessibility and excellent reputation of the Boundary Waters, it attracts visitors from all walks of life with a broad range of interests in the wilderness.

11.     Living year-round in the heart of the Superior National Forest, every aspect of my professional and personal life revolves around our remote location and access to nature. Professionally, I left my career as an attorney in Missoula, Montana, and my husband left his career as a chemist, in order to run Sawbill. We rely exclusively on the success of Sawbill to sustain ourselves and our young children. From May through October, Sawbill is open to the public and we work seven days a week to help customers access the wilderness. We also maintain several social media accounts, including Facebook and Instagram, as well as our own website, www.sawbill.com, both personally and professionally for the outfitters. We often use photographs and stories from our time spent in the Forest on these online platforms. Our customers interact virtually with us and enjoy the frequent glimpses into the Forest throughout the year.

12.     Running a business that provides outfitting services to visitors to the wilderness would be greatly impacted and harmed by the U.S. Department of the Interior and the Bureau of Land Management ("BLM") reinstatement of Antofagasta-Twin Metals' canceled leases, preference right lease applications, and prospecting permits, as well as by allowing exploration and/or mining in locations under and on the edge of Birch Lake and the Kawishiwi River, just upstream from where those waters flow into the Boundary Waters. It is my understanding that restoring those mineral interests would allow resumption of exploration and other mining-related work on those federal lands.

13.     All of Sawbill Canoe Outfitters' business is outfitting people to take trips into the Boundary Waters. For the operation of our business and our livelihoods my family and I, as well as our employees, rely entirely on visitors coming to the Boundary Waters. Therefore, we have a number of interests tied to maintaining the Boundary Waters' purity and its ecosystem. These

interests include maintaining its wilderness character, aspect, and soundscape; maintaining species diversity; protecting and improving the quality of water in the roughly 1,175 lakes and 1,200 miles of stream and river within the Boundary Waters, and elsewhere on the Superior National Forest; promoting non- motorized recreation; and protecting the aesthetics experienced by visitors to the Boundary Waters as they enter and depart the wilderness.

14.    Currently, the Boundary Waters remains one of the only places in the world in which a visitor can get away from civilization and enjoy the pristine, natural sights and sounds of the wilderness of the Boundary Waters. Visitors see the virtually untouched lakes, shorelines and forests without signs of modernization or human impact and can view the stars and Northern Lights without light pollution. They hear the water, the wind, and the sounds of nature without motors, factories, or other noise pollution. They smell the clean air free of smog and air pollution. They drink, swim, and fish in the pure waters. Maintaining this environment is critical to the survival of the Boundary Waters as a pure wilderness experience. Disruptions such as mineral exploration, mining and other industrial activities in the immediate vicinity of the Boundary Waters would negatively impact the experience of those visiting the wilderness.

15.    Maintaining species diversity, including proper lynx management, so that our customers can see and photograph wildlife is of great importance to the Boundary Waters, to the continued success of Sawbill, and to our personal enjoyment of the Boundary Waters. The wildlife in the Boundary Waters is one of the reasons people visit the Boundary Waters. Thus, it is also essential to our interests that habitat fragmentation and loss of forest habitat be prevented.

16.    Drinking water straight from the wilderness lakes is vital to the use and enjoyment of the Boundary Waters by us and our customers, and to the reputation of the Boundary Waters as a pristine wilderness destination. In addition, fish thrive in the pure lakes

and rivers. Loss of the exceptional water quality in the Boundary Waters and the Forest would negatively affect the experience of visitors to the Boundary Waters, potentially making it a less desirable area to visit, and our business and our personal lives would suffer.

17.    Our business is tied directly to non-motorized recreational use of the Forest and the Boundary Waters. Reducing road infrastructure by decommissioning unneeded roads on the edge of the Boundary Waters supports our interests, as does identification and maintenance of non-motorized trails for hikers, snowshoers, and cross-country skiers. Primitive recreational opportunities are the backbone of our business. Mineral exploration or mining would result in an increase in roads, traffic and the accompanying noise and disruption.

18.    Overall, the unique aesthetics of the Boundary Waters are what make the Boundary Waters such a desirable destination. Changes due to mineral exploration and/or mining such as those noted above would result in the loss of the wilderness experience in the Boundary Waters and would take a grave toll on the area. The loss of the wilderness experience in *any part* of the Boundary Waters would affect the *entire* Boundary Waters. First, because pollution in one part of the Boundary Waters will eventually spread to other areas of the Boundary Waters through the lakes and rivers. Second, because of the harm to the Boundary Waters' reputation.

19.    Currently, the Boundary Waters as a whole has a collective worldwide reputation as a pristine wilderness area. We have customers every year from all walks of life and from all parts of the world. The Boundary Waters has good word of mouth and is often a "bucket list" trip. If any part of the Boundary Waters starts to become polluted or visitors can no longer experience the pure wilderness as they do now, the reputation of the Boundary Waters as a whole will suffer.  People will start to assume that the Boundary Waters is no longer the pure wilderness area it once was, and visitors will stop coming.  I saw an example of this a number of

7

years ago after fires destroyed a part of the Boundary Waters.  I heard from potential visitors that they chose not to go to the Boundary Waters that summer because of the fire damage.  In reality, there were large areas of the Boundary Waters that were not affected by the fires. Similarly, if even a portion of the Boundary Waters becomes polluted or spoiled, people will start to believe that all of the Boundary Waters is polluted and spoiled and will no longer visit, thus negatively impacting our business as well as our personal enjoyment and use of the area.

20.     The reinstatement of mineral leases, lease applications and the mine plan, as well as prospecting permits and applications for extension of prospecting permits, would advance mineral exploration and mining project development and construction on and around the leases in the lands adjacent to the Boundary Waters, any and all of which will have a negative impact on our business that could make it difficult to continue to operate as we do, employ as many people as we employ, make a profit, and make a living.  My husband and I plan to spend the rest of our working careers continuing running Sawbill and continuing its success without altering the nature of the business.  If after over 60 years, Sawbill is no longer a viable business, my family's and my employees' livelihoods will be lost.

21.     A decline in or the loss of our business at Sawbill Outfitters would also have a wider impact than just the businesses and people who live in or near the Boundary Waters. Sawbill tries to do business with local companies and companies on the north shore for our supplies and needs, so if we went out of business, there would be a ripple affect going out into further communities and businesses.

22.     Having lived near the Boundary Waters most of my life, I have had the opportunity to observe how very little the Boundary Waters has changed over the years. Natural changes such as fires, beaver dams, or blow-downs of trees do occur, but regulations and

8

legislation have done a good job limiting human and outside impact. The Boundary Waters has remained a rare, pure, pristine wilderness experience, which is what draws people to visit and experience the Boundary Waters and surrounding areas. If that experience can no longer be had, people will stop visiting.

23.     Sawbill depends entirely upon visitors to the Boundary Waters, and a reduction in visitors greatly affects our ability to support ourselves and continue running our business. Our lives are inextricably tied to the wilderness in which we live, and we have a vested interest in keeping the Boundary Waters the pure, pristine, rare place it is.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: December 16, 2022

Clare August Hansen Shirley