**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) Case No. 1:22-cv-2506-CRC ) |
| Defendants, | ) ) |
| and | ) ) |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) ) |
| Defendant-Intervenor-Applicants. | ) ) |

**DECLARATION OF DAVID FREEMAN**

I, David Freeman, declare as follows:

1.      My wife Amy and I generally split our time between the wilderness edge communities of Ely and Grand Marais, Minnesota.  We are explorers and wilderness guides, and we travel often, including in the Boundary Waters Canoe Area Wilderness ("Boundary Waters").  Though we seldom have a stationary residence, we maintain a P.O. Box in Grand Marais, Minnesota:  P.O. Box 1454, Grand Marais, MN 55604. We expect to be back in Ely, Grand Marais, and the Boundary Waters for guiding and wilderness travel in the summer of 2023.

2.      My wife and I have participated in several major adventure advocacy projects in support of efforts over the last eight years to protect the Boundary Waters from threats to convert the natural watershed and upstream into an industrial copper mining district.  In 2014, we spent 101 days paddling and sailing from Ely, Minnesota, to Washington, D.C., to help raise awareness about sulfide-ore copper mines being proposed within the Boundary Waters watershed.  Then, between September 23, 2015 and September 23, 2016, my wife and I spent 366 days in the Boundary Waters.  Called "A Year in the Wilderness," we took on this project to help advocate for the protection of the Boundary Waters and its upper watershed.  More recently, we spent the end of 2016 and much of 2017 writing our book, A Year in the Wilderness:  Bearing Witness in the Boundary Waters.  In 2018 we traveled by bicycle and towing a canoe, as part of "Pedal to D.C."  Pedal to D.C. was a two month, 2,000-mile book tour, from the edge

of the Boundary Waters to Washington, D.C., to promote our new book. Along the way we stopped in towns and cities, giving talks and showing movies to spread the word about the Boundary Waters, what an incredible place it is, and how it is threatened by mining companies seeking to turn its headwaters into an industrial sulfide-ore copper mining district. We arrived in Washington, D.C. in June 2018.

3.      I first visited the Boundary Waters Canoe Area Wilderness more than 25 years ago, and since that first visit, I have spent in aggregate several years of my life in the Boundary Waters, much of that time as a wilderness guide, guiding canoe trips and dogsled trips. I started working for Sawbill Canoe Outfitters on the edge of the Wilderness in 1993. After graduating from college in 1999 I began guiding dogsledding trips for Wintergreen Dogsled Lodge on White Iron Lake, and I continued to guide dogsledding trips regularly for Wintergreen Dogsled Lodge until 2021. Wintergreen Dogsled Lodge is located directly downstream, and only a few miles away from the proposed Twin Metals Mine. In fact, Twin Metals recently purchased land in the Kawishiwi Triangle, which is on the edge of the Boundary Waters and contains many of the trails where I have so often taken participants dogsledding.

4.      The Twin Metals mine is being proposed by Chilean copper mining company Antofagasta, and its subsidiaries, Twin Metals Minnesota and Franconia Minerals. The companies had the only two federal mineral leases in the Boundary Waters watershed. The leases covered four low-grade but large sulfide-ore copper-nickel deposits. The leases were cancelled in 2016 after the Forest Service declined to consent to renewal, reinstated by the Bureau of Land Management and the Department of Interior in 2018,

and cancelled again in 2021. The reinstatement of the federal mineral leases in 2018 led

the mining companies to resume on-the-ground mining project development activities,

such as drilling and drill site preparation, road work, and the posting of signs on gates and

along forest roads that prohibit people from accessing public lands beyond the signs.

Drilling and road work produces distinct industrial sounds that stand out in the hearing of

people paddling and camping along nearby waters and public lands.  The noise interferes

with and in fact ruins the atmosphere and experience of being in and traveling through

the public lands and waters in and on the edge of the Boundary Waters.  If the leases lease

applications again were to be reinstated, it would likely resurrect the Twin Metals project

and vastly increase interest in and likelihood of sulfide-ore copper mines being developed

in the Boundary Waters watershed. The resulting noise, heavy vehicle traffic, and pre-

mining development activities would harm both the reputation and the condition of the

Boundary Waters as high-quality wilderness offering high-quality wilderness

experiences.  The upstream watershed of and lands adjacent to the Boundary Waters, such

as the Kawishiwi Triangle and Birch Lake and White Iron Lake, would suffer the same

harm to reputation and condition as a high-quality, natural environment offering excellent

natural and near-wilderness canoeing and dogsledding opportunities.

5.      My wife and I own and operate Freemans Explore LLC.  Proceeds from the sales

of our book pass through Freemans Explore, and it is through Freemans Explore that we

hold our Boundary Waters Canoe Area Wilderness guiding license.  Damage to the

Boundary Waters' reputation or condition, or both, would lead to significant reductions

in the public's interest both in our book and in canoeing and dogsledding trips in the

Boundary Waters and nearby upstream areas of its watershed. These changes would harm Freemans Explore, our income, our quality of life, and our way of life.  Our business supports numerous outfitters and other local businesses which would also be hurt by the resuscitation of the Twin Metals mine project.  As an example, I have guided more than a dozen canoe trips through Gabbro Lake and/or the South Kawishiwi River, an area which I love, and which is just over the Wilderness boundary from the mine site proposed by Twin Metals. And at other times, both as guide and on personal trips, I have paddled on Bald Eagle, Gabbro, and Little Gabbro Lakes just to the north of where the Twin Metals mine would be built.  I have paddled the Kawishiwi River, Birch Lake, the White Iron chain of lakes, Fall Lake, Newton Lake, Basswood Lake, and the border lakes including Lac La Croix, Iron Lake, Crooked Lake, and others, on numerous occasions, and I will paddle on many of them again in coming years.  These are among the waters that would be in the path of pollution if the Twin Metals sulfide-ore copper mine is developed.  Our business relies on the silence and pristine water that the Twin Metals mine would jeopardize.

6.      Fishing is a very popular aspect of Boundary Waters canoe trips, and it is a regular and highly anticipated activity among many of our guided trip customers. The "shore lunch" of freshly caught and breaded fish fillets fried or grilled over the campfire is the essence of a successful Boundary Waters trip for many of our clients and has significance for us, as well.  Fish bioaccumulate methyl-mercury from the aquatic food web, and the methylation of mercury is fueled by additions of even small amounts of sulfate to the naturally low-sulfate, high wetland landscape of the Boundary Waters and its upstream

waters.  We are deeply concerned that sulfate, which is produced in significant concentrations by the sulfide-ore copper-nickel ore that Twin Metals would expose and mine, would be released as pollution from Twin Metals' mining and pre-mining development activities, and that it would lead to significant increases in methyl-mercury in the aquatic food web, including in the sport fish and people who eat the fish.  Water quality, safety of fish caught in the Boundary Waters and its watershed, and thus Boundary Waters fishing and our business of guiding canoe trips, would be harmed if the Twin Metals leases and project were reinstated.

7.     I am also the one of the founders, and the current Executive Director, of The Wilderness Classroom, which is a non-profit organization that primarily works with elementary and middle school children.  Its mission is to instill a life-long appreciation of the natural world while improving basic skills like reading, critical thinking and communication by highlighting the joy of discovery.  The Wilderness Classroom reaches tens of thousands of students and teachers each year and a significant amount of its programming has involved the Boundary Waters over the last 17 years.  I am confident that the skills and Wilderness appreciation that I gained in the Boundary Waters as a teen and young adult were what led me to conceive of and help start The Wilderness Classroom in 2000, which formally received non-profit status in 2002.

8.     My wife's and my livelihood, our businesses, and our way of life are linked to the wilderness of the Superior National Forest and the Boundary Waters.  The essential qualities of this wilderness – pristine waters that are free of industrial contaminants, abundant wildlife, night skies that are free of light pollution, and the quiet of the deep

wilderness – are necessary for my livelihood. The interests of my family and our businesses, particularly Freemans Explore, would be harmed by the reinstatement of the federal mineral leases, the Twin Metals project, and renewed preparations for conversion of the watershed upstream from the Boundary Waters into a sulfide-ore copper mining area.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: ___12/21/2022___                    _____

                                          David Freeman