**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) ) | Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) | |
| and | ) ) | |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) | |
| Defendant-Intervenor-Applicants. | ) ) ) | |

**DECLARATION OF ERIK RANSOM PACKARD**

I, Erik Ransom Packard, declare as follows:

1.      My residence is at 397 15th St., Farmington, Minnesota 55024.

2.      I am a supporter of Northeastern Minnesotans for Wilderness.  Northeastern Minnesotans for Wilderness ("NMW") was formed in 1996 to represent the interests of local northeastern Minnesota residents in the protection of our wild places, particularly the Boundary Waters Canoe Area Wilderness ("Boundary Waters"), from exploitation, pollution, and other types of damage to the wilderness' character.

3.      NMW is the founder of, and is the lead organization in, the Campaign to Save the Boundary Waters (the "Campaign").  NMW and the Campaign seek to permanently protect the Boundary Waters and Voyageurs National Park by keeping sulfide-ore copper mining out of the watershed.  The Campaign draws support from residents and property owners in Northeastern Minnesota and throughout the state, and from many other states; faith organizations; local, regional, and national environmental organizations; Northeastern Minnesota resorts and outfitting businesses; regional, national, and international businesses; hunting and fishing conservation organizations; military veterans; youth organizations; individuals from across the state, nation, and the world who vacation in or near the Boundary Waters and/or Voyageurs National Park; local, state, and national elected leaders; and more.  In 2015, I founded Veterans for the Boundary Waters, a group within the Campaign to Save the Boundary Waters.

4.      The Superior National Forest is where I have been enjoying the vast wilderness since I was a baby. My parents, also outdoorspeople and avid wilderness travelers, brought me as an infant to the forest, and since then I have shared my passion with my family, my friends and those I've served in combat with. Most frequently I hike and explore, hunt and fish, as well as connect with myself in the quiet solitude and pristine waters of the unfettered wilderness.

5.      I have participated in activities within the Superior National Forest in a professional and a personal nature. I was involved with a professional video campaign for Sportsmen For The Boundary Waters, a likeminded organization focused on protecting the Superior National Forest's Boundary Waters. As part of my healing from my war, I participated in a veterans' dog sled expedition with Voyageurs Outward Bound, a wilderness school located on the Kawishiwi River where it meets the northeast arm of Birch Lake, just off Spruce Road, in Ely, MN. In my personal life I visit the forest at least twice each quarter with my family to hike, explore, visit the communities and connect with my wife and children. With regular frequency, through all seasons I travel to the Superior National Forest alone or with a companion to hunt, hike, fish and look forward, with great anticipation, to camping within the forest and Boundary Waters. Through my exploration and recreational use of the Superior National Forest I have also enjoyed Birch Lake. In exploring the shorelines and wilderness with Voyageurs Outward Bound, I also enjoyed swimming in the lake and was touched by the raw beauty and pure waters.

6.      In November 2017, because I wanted to share a place that has great significance to me, and because I felt my wife, who had just returned from a month of doing hurricane relief in Florida, needed some time to unwind, I took her to Voyageur Outward Bound.  She spent a great deal of time grooming and caring for the sled dogs there.  She and I enjoyed the peace and beauty, and also spent time in Ely.

7.      In addition to protecting the Boundary Waters for my personal use, I also care about preserving the forest landscape, so that it provides habitat for diverse species and complex chains of life within the forest.  Building the proposed Twin Metals mine would run counter to proper management of lynx critical habitat within the Forest, and that habitat would be difficult, if not impossible, to return to its original state once destroyed.  The mine would cause

fragmentation and loss of forest habitat on the edge of the Boundary Waters, which would harm moose and other species. Sulfide-ore copper mining pollution would occur and continue for decades or centuries, degrading pristine and essential water quality in Birch Lake and the Kawishiwi River, which flow and would carry that pollution into the Boundary Waters.

8.      Twin Metals' plans call for developing a sulfide-ore copper mining district including a processing mill, tailings piles, and other mine infrastructure on the shores of Birch Lake. During the build-up to mining, during mine development and construction, and during the decades a mine would operate, industrial noise pollution would carry over water and through the forest into the Boundary Waters, damaging primitive wilderness recreational opportunities. Considering the long views, and how well sound is known to carry across water, there is no part of Birch Lake or its shoreline where the longstanding uses of fishing, boating, swimming, and peaceful enjoyment of nature in a scenic wilderness-like setting would be left unspoiled, if prospecting permits and federal leases granting the right to mine are reinstated for Twin Metals.

9.      I plan to continue my personal and professional relationship with the Superior National Forest, the surrounding communities, and Boundary Waters through activities including hiking, camping, canoeing, skiing, snowshoeing, skijoring, fishing, hunting, dog sledding and watching wildlife. I also plan to photograph the wilderness, and I would like to teach courses in and about the Boundary Waters including history, outdoor survival, foraging and how to interact with the wilderness without having a lasting impact.

10.      In addition to my long history of camping and enjoying wilderness with my family and friends, I have 3 significant experiences within the Boundary Waters and Superior National Forest that highlight the unique and special qualities of this incomparable treasure.

11.     After my last tour in Iraq I came home suffering from undiagnosed PTSD, depression and anxiety. After struggling with it for years I attempted suicide, and although treatment through the VA made me not want to die, it didn't make me want to live. I found out about a dog sledding trip in the Boundary Waters, a lifelong dream, and decided to go. On that trip I lost and found many things. I smelled the cold crisp air and found that devoid of all human sound, I could hear the sounds of the wilderness. I could hear the quiet. I could feel the poison of war starting to leave my body and the spark of life reignite within me. Next to the snow capped trees I heard similar stories and feelings from the other veterans on the trip with me. Within the Boundary Waters I started to want to live again.

12.     My first time grouse hunting was in the Superior National Forest and Boundary Waters. Walking through the forest with new friends I learned about a new adventure that I could take on. I felt adrenaline again, but in a way that wasn't traumatizing. Through this experience I met people who were very different from me, who didn't have the same war experiences as I did, yet we had a common connection. We connected over the wilderness. The quiet and remote ecosystems connected by clean water that provided the habitats unharmed by humans. The game and non-game ecosystem brought us to the crisp air and vast wilderness framed in shades of orange, red and yellow. During this trip to the Boundary Waters I felt relaxed and I was able to hold a weapon again. Feeling relaxed, in control, safe and holding a weapon was something I never thought would happen again. I know the peaceful nature of the wilderness, the lack of human influence was a major piece of this victory in my recovery and aided in the strengthening of new friendships.

13.     In recent years I have had the opportunity to share the Boundary Waters with my family. During our trip we went on a simple trail hike to a moose viewing area.  While we did

not see any moose it was still a grand experience and one that brought my family closer together. Once in the forest, my wife and children seemed to lose their fear and were taken by the greatness of the wilderness. Instead of fearing spiders, what they might step on (or in), or any of the troubles of our day to day life, they lost themselves in the promise of adventure. On the trail I shared knowledge and engaged them in understanding wildlife behavior and the ecosystem. Wholeheartedly they searched for moose scat and rubbings. The only sounds I heard were the rustling of leaves and the laughter of my family. This was healing to my heart.

14.    I care about preserving special memories of time spent in the Boundary Waters, and working to protect it.  I want to make sure that the essential features of the Boundary Waters, which helped me so much—the solitude and primitive setting, the quiet and natural soundscape, the water quality and native wildlife species like Canada lynx and Minnesota's iconic moose population—are maintained and not damaged or destroyed.  To achieve that protection, the federal agencies must have the discretion to deny the mining companies' request for renewal of the expired mineral leases, so that the lands immediately adjacent to the Boundary Waters can be saved from being turned into an industrial mining district.

15.    Reinstatement of the mineral leases, lease applications and prospecting permits held by Twin Metals, located under and on the edge of Birch Lake and the Kawishiwi River on the edge of the Boundary Waters, just upstream from where those two waters flow into the Boundary Waters, would lead Twin Metals to resume drilling and other noisy mine and mine plan development work not suited for an area of lakes, rivers, and wilderness schools on the edge of the Boundary Waters.  Lease and lease application reinstatement also would make it very likely that the sulfide-ore copper mining project proposed by Twin Metals will occur.  I look to

NMW to represent my interests in preventing that from happening and protecting the Boundary

Waters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Date: 12/21/2022                                     _____

                                                           Erik Ransom Packard