**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>      Defendants,<br><br>  and<br><br>PIRAGIS NORTHWOODS COMPANY, *et al.*,<br><br>      Defendant-Intervenor-Applicants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:22-cv-2506-CRC |

**DECLARATION OF GAIL BOLLIS**

I, Gail Bollis, declare as follows:

1.      I currently reside at 220 Stubbs Bay Rd., Long Lake, Minnesota 55356.

2.      I am a longstanding supporter of Northeastern Minnesotans for Wilderness ("NMW") and have been an in-kind and financial donor, and dedicated volunteer, on behalf of NMW and the Campaign to Save the Boundary Waters.

3.      Northeastern Minnesotans for Wilderness was formed in 1996 to continue the local tradition of working to protect our wild places, particularly the Boundary Waters Canoe Area Wilderness ("Boundary Waters"), against ever increasing public and commercial pressures, so that the natural features and processes that exist in the area will remain intact for future generations.  NMW's mission is to protect and preserve wilderness and wild places, to advocate for the protection of the Boundary Waters and the enhancement of its wilderness aspect, and to foster education about the value of wilderness and wild places.  NMW has several hundred thousand supporters across Minnesota, the region, and the country.  NMW's supporters enjoy, appreciate, and benefit from the natural resources in the Superior National Forest, especially the waters, lands, plant communities, and wildlife in the Boundary Waters, and have had a long-standing interest in lynx, moose, wolf and other wildlife conservation, and in forest ecology, both in the BWCAW and across the Superior National Forest.

4.      I was born in 1949.  I grew up in the Lake Minnetonka area of Minnesota, as did my husband.  I have lived my entire life in Minnesota, as did my husband.

5.      As a child, my five siblings and I thought we were rich, because we spent a week in the Minnesota Northwoods renting a cabin or camping, where my father loved the smell of the pines.  These were deeply memorable experiences and I wrote about them for school assignments.

1

6.      My husband, Chris Bollis, had many fond memories of Boy Scout canoe trips to the boundary waters.  Because of these experiences he loved the outdoors. From those experiences he gained useful survival and life skills that he later employed to manage the challenges of living outdoors during his year as an infantryman on field-duty in Vietnam from 1968 to 1969.  When he returned from Vietnam, he went to the Minnesota Northwoods several times, which helped him heal and more smoothly transition to civilian life.

7.      After our wedding, my husband and I camped in the Superior National Forest for our honeymoon.  Then, while we raised our three children, we vacationed in the Minnesota Northwoods, often camping near Ely.

8.      In 1985, we bought a Finnish-style log cabin built in the early 1930s, complete with the original log furniture, that is located on a cedar- and red pine-covered point of land on the South Kawishiwi River.  Drinking water comes from an outside pump, served by a 75-foot-deep well and our bathroom is an outhouse.  Washing water, for hands and dishes and cooking, comes from a pump, the intake for which is located at the confluence of Birch Lake and the South Kawishiwi River.  The outdoor shower is served by the same pump.  The cabin is four portages from the Kawishiwi River entry point to the Boundary Waters, also known as entry point #32.  At this cabin we hosted our children, our grandchildren, and many Boy Scout troops and church groups, who speak very fondly of these wilderness experiences.  Our wish was always for our seven grandchildren to enjoy the pristine wilderness experiences as well. Wilderness is like none other as a respite from a busy world, a place to recharge, heal, and regain one's bearings.

9.      Each year, we'd spend from one to several weeks at the cabin during each season, spring, summer, fall and winter. In winter we'd ski in three miles to reach the cabin.  We'd invite

2

friends and family to join us. We'd fish and swim out our front door in Birch Lake and the South Kawishiwi River. We'd go berry picking, hiking, and grouse hunting on the U.S. Forest Service public lands to the east of our property, easily accessible out of the cabin back door. All these things, which I still do, we did together, until Chris' death this May. Needless to say, our cabin, with the surrounding public lands and waters, is a very special place to me, as it was to us.

10. The cabin is located on what was Federally Leased land. In 2010, we and the owners of 25 other cabins finalized a multi-year-long land exchange with the federal government. It was near the conclusion of the exchange process that we were informed about a new interest in sulfide-ore copper mining under Birch Lake and the Kawishiwi River. After researching the sulfide-ore copper mining industry, we became very concerned about environmental consequences that would affect us and other people who lived in and visited the area.

11. From the mid-2000s until about 2014, mining companies or their contractors drilled hundreds of deep holes within two miles of our cabin to the northeast, east, south, and southwest. The noise from the drilling was very loud and carried a long distance though forest and across Birch Lake. The drilling sound was intrusive, jarring, and disrupted our enjoyment of the time we spent at our cabin. It interfered with my ability to hear the sounds of nature. The nearest drilling occurred less than a half-mile from our cabin, but we also heard drilling from sites well over a mile away, at least. We also heard the beeping sounds of trucks backing up at drill sites. Some of the drill sites were on land which we own in common with other people along our road. In addition, we had to put up with the noise from a lot of truck and heavy equipment traffic. These sounds diminished our enjoyment of being at our cabin, being outside on our property, doing the things we enjoy doing on Forest Service land, and paddling on the

Kawishiwi River and Birch Lake.

12.     The Kawishiwi River flows in a southwest direction, out of the Boundary Waters and to our cabin where it meets Birch Lake, and where the direction of flow turns northwest, through the White Iron Chain of Lakes, and then back into the Boundary Waters.  The recently terminated mineral leases are located right on, or under, or adjacent to the Kawishiwi River and Birch Lake – in other words, all around and under us.  Our cabin and land are located on lands covered by one of the two leases that Twin Metals is seeking to have reinstated.

13.     Though we own the surface, the sub-surface minerals are federally owned and part of what Twin Metals calls the Maturi deposit.  According to a Twin Metals pre-feasibility study, the Maturi deposit would be one of the first two deposits to be mined if the project proceeds. According to the mine plan submitted by Twin Metals in December of 2019, if the federal mineral leases were ever reinstated, the Maturi deposit beneath us would be the first to be mined.  The pre-feasibility study shows that there would be seven or more ventilation stacks on the land surface, the job of which would be to eject from the underground portion of the mine into the open air more than 3 million cubic feet of exhaust air per minute.  Chris and I were anxious for years, and I remain very concerned, that if the mineral leases are reinstated then the Maturi deposit will be mined, and if mining goes ahead these exhaust ventilation raises, some of which would be located very close to our cabin, would be a source of constant loud noise and would constantly pump pollution into the air we breathe.

14.     If the leases were to be reinstated Twin Metals will resume drilling and other actions that in the past harmed our enjoyment of our cabin.  A walk in the woods, for picking berries or for grouse hunting, is not as enjoyable when it is dominated by the sounds and other indications of industrial mining. The same goes for being outside on our property.  Reinstatement

4

of the leases, which is connected to the drilling and other activities, would resuming and harm our enjoyment of our cabin and the public lands and waters in the area, and hurt the market value of our cabin and the reputation of the Boundary Waters and Minnesota's Northwoods.

15.    Sulfide-ore copper mines always pollute surrounding water; it is not a question of whether, but when the pollution would reach the South Kawishiwi River, Birch Lake, and the Boundary Waters if the mining companies win.

16.    Pollution from a sulfide-ore copper mine in the deposits covered by the mineral leases would, under normal operation, reach the Kawishiwi River and Birch Lake.  That sulfide ore copper mine pollution, with acids and heavy metals, would affect my family's property, damage our property's value, harm our ability to safely use the water we use, and harm the peace of mind, feeling of safety, and enjoyment we take now in using the water for drinking, washing and bathing, fishing, swimming, and paddling.  The pollution would flow downstream and into the BWCAW, damaging its ecology and its reputation as a clean, pristine, and unsullied place.

17.    For 36 years, Chris and I owned and operated a family business called the General Store of Minnetonka, which includes a destination gift and souvenir store and cafe that attracts customers from near and far.  It is still in the family today, and I continue to help with operations, working now for our kids

18.    We advertised our store in hotels and the airport.  We employed nearly 50 full-time and part-time employees in our 20,000 square-foot free-standing store, as our kids do today.  Some of the most popular items sold in the store are those with a Minnesota Northwoods theme or image.  Roughly 25% of the first floor space is devoted to Northwoods-themed goods, representing a substantial amount of our sales and revenue.  The store also sells wild rice and the cafe serves wild rice soup and wild rice salads.  The vibrant sales of these products depend upon

5

the environmental health and reputation of the Minnesota Northwoods and Boundary Waters as a place for people to visit and be proud of.  The Boundary Waters and Minnesota Northwoods make for a positive quality of life for Minnesotans, and the tourism industry that revolves around the Boundary Waters and the Minnesota Northwoods is an essential part of Minnesota's economy.  That quality of life also helps draw to Minnesota the kind of people we like to employ.  Sulfide-ore copper-nickel mining is a threat to wild rice and tourism. The reinstatement of the leases, and sulfide-ore copper mining that would follow, would detract from the pride Minnesotans feel about the Minnesota Northwoods and the Boundary Waters.  This is another way that the reinstatement of leases and sulfide-ore copper mining that Twin Metals is promoting, would hurt the business' revenues and value.

19.    Because so much of my married life and many of my sweetest memories of my husband relate to our cabin and the land and water around it, and because of my family's business and financial interests, our hope for future enjoyment of a pristine wilderness, and my husband's and my deep desire to leave a wilderness legacy for our children and grandchildren, I do not, and Chris certainly would not, want a sulfide-ore copper mine to be located near the Boundary Waters or within the watershed of the BWCAW, where it would do irreversible damage to the water and wilderness.  I support the work and mission of Northeastern Minnesotans for Wilderness and depend upon the organization to defend our interests and protect the Boundary Waters and its watershed.  The reinstatement of the mineral leases will lead to significant damage to the Boundary Waters and harm our many interests in the protection of the Boundary Waters and the lands and waters outside of the wilderness that form its watershed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 12/19/22

_Gail Bollis_

Gail Bollis