**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

TWIN METALS MINNESOTA LLC &
FRANCONIA MINERALS (US) LLC,

      Plaintiffs,

    v.

UNITED STATES OF AMERICA, *et al.*,

      Defendants,

  and

PIRAGIS NORTHWOODS COMPANY, *et al.*,

      Defendant-Intervenor-Applicants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:22-cv-2506-CRC

**DECLARATION OF JACK LEE**

I, Jack Lee, declare as follows:

1.    I am the Executive Director of Voyageur Outward Bound School ("VOBS") located in Ely, Minnesota.

2.    VOBS is a 501(c)(3) organization.  We are one of the schools in the Outward Bound network, which is an international educational non-profit founded in 1941 with eleven schools throughout the United States.

3.    VOBS' mission is "changing lives through challenge and discovery."  As our founder Kurt Hahn said, "there is more in us than we know."  VOBS teaches people they have more character and leadership than they believed.  By working with others in their brigade on our multi-week expeditions into the Boundary Waters Canoe Area, our students strive to improve their perseverance, strength, and mental toughness, and to take those skills and determination back home in betterment of and service to their communities.

4.    The VOBS' basecamp is located at 1007 Spruce Road in Ely, Minnesota since 1964.  This basecamp is aptly named "Homeplace" and is within the Superior National Forest along the South Kawishiwi River adjacent to the Boundary Waters.  The Homeplace grounds are unique, with acres of woods adjoined by both flat and whitewater, rock faces available for our students to learn to rock climb, and ample space to enjoy the natural beauty of this unique area.  I often hear from past students who share how meaningful their VOBS experience was, and who speak fondly about their time spent at Homeplace.  But as special as Homeplace is, the most important element of our programs is the pristine wilderness of the Boundary Waters.

2

5.      VOBS has been operating wilderness trips in the Boundary Waters for more than 50 years, helping change the lives of 30,000 men, women and children from around the world. We run more than ninety expeditions annually in the Boundary Waters and adjacent Superior National Forest, and during our summer peak, we manage more than 20 student brigades in these areas.

6.      For more than five decades, VOBS has been an important part of the Ely community and regional economy. VOBS employs approximately 25 people year round, all of whom live in and around Ely, and we employ an additional 75 persons there in the summer months. Our staff are active in the Ely and area communities, volunteering, serving on non-profit boards, and otherwise giving back. Many of our former staff have stayed or even come back and settled in Ely and nearby communities to raise families and become long-time residents, largely because of the region's proximity to the Boundary Waters.

7.      VOBS and its employees support and buy from many local merchants, and our students perform many local service projects. Like many businesses operating near the Boundary Waters, we live with and have come to accept the inconveniences and the cost impacts of restrictions within the Boundary Waters. For instance, the Boundary Waters' reduced group size limitations results in several hundred thousand dollars annually in lost revenue to VOBS. But we readily absorb this and other related costs and inconveniences because we recognize the importance of these restrictions in preserving the Boundary Waters' natural beauty and wilderness nature.

8.      VOBS brings more than 600 people a year into the Boundary Waters, from all 50 states and countries throughout the world. For most of our first time students, it is their first

3

experience of true wilderness, and many of them make repeat visits for its adventure and to enjoy the Boundary Waters' solitude.

9.   Each of our expeditions is led by two instructors who employ our time tested Outward Bound philosophy and curriculum. Our experiential curriculum gives our students, many of whom start as novice travelers, an opportunity to overcome individual and group challenges, and to finish their Outward Bound course as masters. It encourages them to apply an expedition mentality in their daily lives, and to use their character and leadership in the service of their families and communities. But the best teacher on an expedition is the Boundary Waters' pristine wilderness setting. Our students include people from all walks of life, including young persons struggling to make positive choices, adults considering their next phases in life, college students, business and community leaders, and families.

10.   Among our most powerful courses are those serving military veterans. We have delivered a course for veterans from the "Forgotten Battalion" (profiled in *The New York Times*, https://www.nytimes.com/2015/09/20/us/marine-battalion-veterans-scarred-by-suicides-turn-to-one-another-for-help.html?_r=0). They're called the Forgotten Battalion because of the trauma these soldiers endured in their tours in Afghanistan and the high suicide rate since their return to the United States. This group of veterans was specifically directed to VOBS not only because of our reputation of healing and empowerment but also because of the Boundary Waters' unique, calming environment, and the fact that survival in the wilderness requires perseverance and commitment. We receive many testimonials from our vet students, but a note from one sums up what the program means to many of these veterans: "In this outdoor setting, which really serves to allow one to detach from daily distractions, the group was challenged daily to reflect on our experiences and to share or discuss them . . . . I am very appreciative of this opportunity to

4

reflect and define my overseas military experience, and to find positive and constructive tools moving forward."

11.     In the Boundary Waters, our students hike, portage, climb, kayak, dogsled, and ski. But more than anything else, we canoe. A lot. Paddling the lakes and rivers of the Boundary Waters is an essential part of our program. Because it doesn't require the strength of many of our activities, can be made accessible, and is not complicated, almost anyone can canoe, and many students develop a level of mastery within just a few weeks of paddling. Importantly, canoeing also allows us to transport everything needed to be in the wilderness for several weeks at a time. By being together for long periods of time, surrounded by the peaceful but also unpredictable wilderness, without intrusion by technology or the outside world, an Outward Bound brigade of seven students guided by two instructors come together as a team, building trust by having to rely upon one another, learning to respect nature and gradually taking ownership of their expedition, but more importantly, taking ownership of their lives and their future. The opportunity for a group to be in the wilderness with few other people around and without the need to be resupplied or supported is a unique and critical educational progression of our students. And it is made possible thanks only to the pristine, wild, untrammeled nature of the Boundary Waters.

12.     Thanks to the egalitarian nature that the Boundary Waters facilitates, VOBS' Homeplace location has always been an important center to train staff for all of Outward Bound USA, which in total serves more than 400,000 students annually. The loss of this facility because of pollution to the Boundary Waters would have significant, adverse ramifications on Outward Bound nationally.

5

13.     In Minnesota, VOBS is fortunate to deliver programs in all parts of the state – including the St Croix River, Blue Mounds State Park, the Twin Cities, the Crow Wing River, southeastern Minnesota, Lake Superior and beyond.  Nationally, Outward Bound is proud to deliver programs in wilderness areas throughout the country, from the mountains of Colorado, Alaska and North Carolina, to the waters of Florida, Maine, and Washington, and to the deserts of California, Utah and Texas.  Amidst these wild and beautiful natural parts of our nation, the Boundary Waters remains unique.

14.     The drafters of The Wilderness Act of 1964 were careful in their definition of wilderness:  *"A wilderness, in contrast with those areas where man and his own works dominate the landscape, is hereby recognized as an area where the earth and its community of life are untrammeled by man, where man himself is a visitor who does not remain."*

15.     In 1978, Congress enacted the Boundary Waters Canoe Area Wilderness Act as part of the Wilderness Act to further protect what Minnesota Governor Mark Dayton has called Minnesota's "crown jewel" and a national treasure.  It is my understanding that the main purpose of that law is to protect and preserve, and enhance the connected lakes, rivers and forested areas of the Boundary Waters, and to enhance public enjoyment of its unique wild landscape and its environs.  It is imperative that this area continue to be protected and preserved.

16.     VOBS realizes the question of mining is an important economic question for this part of Minnesota, and that the science and facts of mining and the associated environmental risks are complicated, and therefore can be subject to distortion.  One of the four values of Outward Bound is integrity.  As a result, VOBS has gone to great lengths to educate ourselves on the issues, including its formation of an internal Mining Committee of the Board of Trustees in order to research the pros and cons of mining within the Boundary Waters watershed.  We have

6

also invited those with different opinions on the matter to address the VOBS Board of Trustees – including the Twin Metals mining company, and also from organizations opposed to mining in the Boundary Waters, including Northeastern Minnesotans for Wilderness on behalf of the Campaign to Save the Boundary Waters, and independent governmental agencies such as the Minnesota Department of Natural Resources. VOBS understands that Twin Metals truly desires to have a clean, non-polluting mining operation adjacent to the Boundary Waters. But we are increasingly concerned about the inherent risks of this type of mining and the adverse consequences such mining has consistently had on other areas of the country (and other countries). The initial proposed mine by Twin Metals is proposed within a few miles of Homeplace and future proposed Twin Metals mines would be even closer to Homeplace and our expeditions. Even during the very early developmental stages of the mining operation, our expeditions and programs were being negatively impacted by the mining-associated development activities, such as borehole drilling. Within the Boundary Waters, VOBS staff have reported hearing construction and drilling noise from Twin Metals activities taking place outside the wilderness, and we have had to re-route several of our dog sledding courses and change other program courses as a result of such activities. Staff also noticed an increase in lights, dust, and truck and vehicle traffic within the leased areas and adjacent to the Boundary Waters, and are concerned if the mining moves forward these harmful impacts will only increase as development begins again and intensifies, and will adversely affect the Boundary Waters itself.

17.    We have great concern over the unacceptable risk posed by the proposed mining – the irreversible and catastrophic pollution to the waters of the Boundary Waters and its environs.

18.    VOBS has been serving the Outward Bound mission—changing lives through challenge and discovery—in the Boundary Waters for more than fifty years. We are committed

to serving this mission for another fifty years and beyond. The Twin Metals' mining and its probable pollution and impairment to the Boundary Waters would put an end to the VOBS work in the Boundary Waters for many generations.

19.     Our interests as an organization are inextricably tied to the health and preservation of the Boundary Waters and maintaining its wilderness character. The potential pollution and destruction to the Boundary Waters' lakes, rivers, streams, forest, wildlife and watershed by adjacent mining operations presents what VOBS has concluded is a potentially lethal and unacceptable risk to its business and to its mission of changing lives through challenge and discovery in a wilderness setting.

20.     If the cancellation of Twin Metals leases and denial of its applications for leases and prospecting permits are reversed, VOBS' operations will be harmed. VOBS' interests will be irretrievably harmed if Twin Metals is allowed to mine the prior leased areas adjacent to the Boundary Waters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:     12/20/22

_____
Jack Lee

8