**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) ) | Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) | |
| and | ) ) | |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) | |
| Defendant-Intervenor-Applicants. | ) ) | |

**DECLARATION OF JASON ZABOKRTSKY**

I, Jason Zabokrtsky, declare as follows:

1.      I reside at 1246 Wolf Den Dr., Ely, Minnesota 55731, near White Iron Lake.

2.      I own and manage Ely Outfitting Company and Boundary Waters Guide Service in downtown Ely, Minnesota. I founded the business in 2008 as a professional guide service and the business has grown to a full-service Boundary Waters canoe trip outfitter with guide services. My business outfits customers from around the nation and world who travel almost exclusively in the Boundary Waters Canoe Area Wilderness (BWCAW).  Our customers travel by canoe, camp, explore, fish, drink the water from the lakes, and make lifetime memories with their friends and families.

3.      We typically outfit more than 2,500 customers who travel in the BWCAW annually.  My business underwent a significant construction expansion following the 2016 decision to deny renewal of Twin Metals' mining leases near the BWCAW.  In 2022, customers we outfitted for travel in the BWCAW arrived in Ely from all 50 states, the District of Columbia, and several foreign countries.

4.      Our customers use their limited vacation time and budgets to rent equipment and purchase outfitting from us because of the unique wilderness experience the BWCAW affords. Our guests value the quiet solitude, iconic wildlife, outstanding fishing opportunities, pristine water, and personal challenge they find here. Our customers travel throughout the BWCAW and

1

regularly travel through the Kawishiwi River, Fall Lake, Newton Lake, Basswood Lake, Crooked Lake, Iron Lake and Lac la Croix.

5.      A significant percentage of my business' customers each year enter the Boundary Waters through the S. Kawishiwi River, Little Gabbro Lake, Snake River, Little Isabella River, Farm Lake, Lake One, and Fall Lake entry points. These entry points, located in and around Ely and the Kawishiwi Triangle, are popular with first-time paddlers because they provide an excellent and accessible introduction to the BWCAW with shorter, easier, flatter portages, small and medium-sized lakes, good campsites, and great fishing – all with an excellent wilderness character. This area provides clean air, clean water, good fishing, dark nighttime skies, and an uninterrupted wilderness soundtrack – the natural sounds of wind and waves, the calls of loons and other wildlife, a crackling campfire – which all make for a positive first experience of the Boundary Waters Wilderness.

6.      My business employs 12 full-season staff, several part-time wilderness guides, and additional part-time and temporary staff.  Each summer, our guides lead trips that involve customers paddling and fishing some or all of the downstream path from the South Kawishiwi River and Birch Lake, including many of the Fall Lake, Newton Lake, Pipestone Bay, Basswood Lake, Crooked Lake, Iron Lake, Lac la Croix, and possibly other lakes downstream.

7.      I first worked as a professional guide in the eastern region of the BWCAW during the summer of 1997, and have traveled the BWCAW regularly since then.  Since 2005, I have made my living guiding and outfitting summer canoe trip customers and/or guiding dogsledding customers in the Superior National Forest and BWCAW.

8.      For personal enjoyment, I frequently participate in outdoor activities including canoeing, hiking, cross-country skiing, snowshoeing, fishing, and hunting in and around the

2

Superior National Forest and BWCAW.  I particularly enjoy fishing the stretch of the South Kawishiwi River between Birch Lake and White Iron Lake, and find the walleye fishing there to be great.  For that reason, it is the place I take my dad and friends fishing when they visit.  I anticipate the chance to fish that area and other downstream waters as my busy summer work schedule permits.  Travelling outdoors in and around the Superior National Forest and BWCAW is, and will continue to be, a regular part of my life.

9.      In 2013, I completed the first recorded transect of Quetico Provincial Park and the BWCAW from north to south on foot and without a watercraft while traveling off-trail and by swimming.

10.      Over the course of 20 years traveling the BWCAW, I have paddled most of the primary canoe routes throughout the million acres of Wilderness.  I have paddled hundreds of lakes and rivers, fished many of those waterbodies, and explored little-known historical sites throughout the Wilderness.  These travels have included extensive canoeing, swimming, skiing, and dogsledding in the Kawishiwi River area as well as White Iron Lake, Fall Lake, Newton Lake, Basswood Lake, the Basswood River, Crooked Lake, Iron Lake, Bottle Lake and Lac la Croix, all of which are downstream of Birch Lake and the area of the proposed Twin Metals mine.  I have also canoed and camped on Bald Eagle, Gabbro, and Little Gabbro Lakes.

11.      My business and personal interests require clean water and healthy forests in the region.  Maintaining solitude, quiet space, species diversity, preventing habitat fragmentation and loss of forest habitat, maintaining water quality, and maintaining an excellent fishery are vital to my business and personal interests.

12.     Creating an industrialized landscape with noise, light, dust and water pollution immediately adjacent to areas of the BWCAW frequented by myself and my business customers is detrimental to my business and personal interests.

13.     The memories of positive wilderness experiences in the BWCAW are what bring people back. If my clients do not feel like they're getting a wilderness experience, they are not going to come back. If there is industrial mining noise, air pollution, light pollution that interferes with stars or northern lights in the night sky, or contamination of lakes and rivers in the BWCAW or its watershed of the kinds often seen with sulfide-ore copper mining, my clients will not come back.

14.     The restoration of federal leases and applications for mineral leases and prospecting permits will, according to statements from the mining company representative in our local newspaper, prompt the company to increase drilling exploration, construction, and mine development activity on the affected lands.  Those lands abut Birch Lake, the South Kawishiwi River, and the Boundary Waters Wilderness boundary.  The noise from new or increased activity on the leased lands would affect residents and visitors using Birch Lake, the South Kawishiwi River, and entry points to the Boundary Waters.  It is my understanding that the reimposition of the leases and applications for mineral leases and prospecting permits will, in all likelihood, encourage renewed or expanded prospecting on lands to the east of the leased lands, exposing more of the Boundary Waters and additional entry points to noise and other disruption.

15.     Development of sulfide-ore copper mining in the Boundary Waters watershed would in all likelihood cause more noise and also water pollution of the sort commonly associated with this type of mining.

4

value of a business reflects the reasonable prospects of future earnings reflected in present dollars. My business will suffer in the future, and its value would decline, as a result of any action to reinstate the cancelled federal mineral leases, which were held by the Chilean copper mining company, Antofagasta PLC, and its subsidiaries, Twin Metals Minnesota and Franconia Minerals.

My interests and the interests of my business require preservation of the BWCAW's watershed, wilderness character, aspect, and soundscape; the water quality in its lakes, streams, rivers, and wetlands; the health of its fisheries; the aesthetics experienced by visitors upon entering and leaving the Wilderness; and the unparalleled opportunities it offers to all visitors seeking mental, emotional, and spiritual renewal; be protected now and forever, and that past promises to keep the BWCAW untrammeled be honored. My interests and those of my business would be harmed by any restoration or reinstatement of federal mineral leases, lease applications, or prospecting permits or applications on the edge of Birch Lake and the Kawishiwi River, and other areas upstream from the BWCAW.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 12-19-22

Jason Zabokrtsky