**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) ) | |
| and | ) ) | |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) ) | |
| Defendant-Intervenor-Applicants. | ) ) | |

**<u>DECLARATION OF JEFFREY A. GOLDSTEIN, M.D.</u>**

I, Jeffrey A. Goldstein, M.D., declare as follows:

1. I reside with my wife and our four sons at 4750 Cockrell Lane, Springfield, Illinois 62711-6711.

2. I am a longtime supporter of Northeastern Minnesotans for Wilderness, and have been a donor and volunteer on behalf of the Campaign to Save the Boundary Waters since 2014. I was a member of NMW until September 2021, when NMW members voted in a special meeting of the members to change NMW's bylaws, to provide that NMW would have no members.

3. Northeastern Minnesotans for Wilderness ("NMW") is the Northeastern Minnesota region-based non-profit organization created by area residents to protect the Boundary Waters Canoe Area Wilderness ("Boundary Waters") and other wild places.  NMW is the founder and lead-organization in Save the Boundary Waters, a campaign to permanently protect the Boundary Waters and its watershed from sulfide-ore copper mining.  I am a supporter of NMW because my wife and children and I love the Boundary Waters, and we know that sulfide-ore copper mining in its watershed would almost certainly lead to the permanent pollution of the Boundary Waters and its watershed with heavy metals and other typical sulfide-ore copper mining pollutants.

4. I understand that Twin Metals Minnesota and Franconia Minerals are wholly-owned subsidiaries of Antofagasta, PLC, a London-traded copper mining company controlled by the wealthiest family in Chile.  These mining companies want to develop and operate an

enormous sulfide-ore copper mine in the Boundary Waters watershed, to extract and process low-grade copper-nickel sulfide ore located under and alongside the South Kawishiwi River and Birch Lake.  Those waters are immediately outside of the Boundary Waters Wilderness boundary, and they flow downstream through the White Iron chain of lakes and into Fall Lake, where the water flows back into the Boundary Waters wilderness.  Sulfide-ore copper mining always pollutes surrounding water.  The essential distinguishing feature of the Boundary Waters and its watershed is an enormous interconnected network of lakes, rivers, streams, and wetlands containing a vast amount of extremely pure fresh water.

5.      Since 2008 my wife, children, and I have travelled every year, sometimes making multiple trips per year, to the Boundary Waters in order to canoe and/or dogsled into the wilderness for family vacations, and to spend time with friends who reside in and around Ely, Minnesota.  We have a deep emotional connection both to the Boundary Waters and to Ely, Minnesota, which my family and I consider our "second hometown."  Our time in the Boundary Waters is spent canoeing, camping, fishing, swimming, hiking, and in the winter, dogsledding.  Our cooking and drinking water come from the lakes and rivers.  We have visited, stayed on, and enjoyed recreating on many lakes and rivers that would be permanently and irreparably contaminated by the sulfide-ore copper mining project that Antofagasta and its subsidiaries are seeking to develop and operate, including but not limited to the following: the South Kawishiwi River, White Iron Lake, Basswood Lake, Basswood River, Crooked Lake, Iron Lake, and Lac la Croix.

6.      Typically, we spend four to six days in the wilderness with each visit, and we have family trips planned in January and August, 2023. Our experiences in the Boundary Waters have helped to create and foster a hunger for adventure and a longing for wild places in our

family.  Since our first visit to the Boundary Waters in 2008, my two eldest sons and I have ventured into the wilderness in Svaalbard and Western Greenland by dogsled, and all of us spend many weeks each summer hiking through the mountains of Colorado.  My interests in preserving the natural and untrammeled wilderness of the Boundary Waters include but are not limited to: protection of solitude achieved in a primitive setting; maintaining quietude and the natural soundscape of the Boundary Waters; preserving and maintaining or improving water purity and quality; preventing the lands immediately adjacent to the Boundary Waters from being turned into an industrial mining district; protecting species diversity by protecting habitat; proper lynx management and lynx habitat management; and preservation of the lifetime's worth of memories my family and I have accumulated during our time spent in the Boundary Waters, and during our time spent working to protect the Boundary Waters.  Ultimately, our goal is for these trips to continue throughout our lives and become a tradition our children will hand down to their own families.

7.     As a scientist and a physician, I understand and appreciate the multitude of short- and long-term health benefits associated with time spent in the Boundary Waters Wilderness. There are quantifiable positive impacts on the physical, emotional, and psychological health of anyone who spends time in a wilderness setting, particularly one as native and unspoiled as the Boundary Waters.  There is an ever-growing body of scientific evidence which shows that time spent in the wilderness improves objective, measurable health markers such as blood pressure, heart rate, cortisol and blood glucose, as well as improvements in subjective markers such as mood and emotional well-being.  Additionally, I and many other medical professionals recognize that time spent in the wilderness is protective against anxiety and depression in both children and

adults, and can assist in recovery from trauma and can ease the symptoms of post-traumatic stress disorder, commonly called PTSD.

8.      As the father of four sons, I cannot overstate the importance of time spent outdoors in wilderness settings on their emotional, social and physical development. Furthermore, time spent in the Boundary Waters has had a marked influence on the resiliency and self-reliance that my sons demonstrate.  The self-confidence they have developed at very young ages can be traced directly to time spent learning to care for themselves and each other in the Boundary Waters.  Indeed, child development experts increasingly agree that time spent in wilderness is crucial for a child's neurocognitive development, strengthens their immune system and instills critical thinking and problem-solving strategies that aid in the development resilience and self-reliance.  None of this can be replicated outside of a true wilderness environment; it requires the space, the communing with nature, the quiet, and the challenge presented by the unique and pristine wilderness that is the Boundary Waters.

9.      The importance of the purity of the water in the Boundary Waters cannot be overstated:  it is the very foundation of that wilderness.  Contamination of those waters by heavy metals and sulfates would have devastating consequences for the water, the wildlife, the forest and residents and visitors who swim in and consume the fish and water downstream from Birch Lake and the Kawishiwi River, where the Antofagasta wants to build the Twin Metals mine.

10.     I am a Multi-Board Certified physician in Cardiology, Interventional Cardiology, Vascular Medicine and Endovascular Medicine.  I am the Chairman of the Department of Cardiology, and a Partner at Prairie Cardiovascular Consultants at St. John's Hospital in Springfield, Illinois.

11.     My interests – including all the above and more – will be harmed by reinstatement of federal mineral leases previously held by Antofagasta via its subsidiaries. If there is a reinstatement of the leases, other mineral interests, and rejected mine plan to Antofagasta and its subsidiaries, then the mining companies would resume drilling and other mine development activities on the edge of the South Kawishiwi River and Birch Lake.  These activities are noisy, disruptive, and damaging to the use and enjoyment of the South Kawishiwi River, Birch Lake, and entry points to the Boundary Waters.  If lease reinstatement occurs, pre-mining activities will almost certainly lead to development and operation of the sulfide-ore copper mine promoted by Antofagasta and its subsidiaries.  I support and count on NMW in suing to oppose any such reinstatement, as necessary to advance and protect the Boundary Waters, its watershed, and my interests from harm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:     12/18/2022

_____

Jeffrey A. Goldstein, M.D.