**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) |  Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) |
| and | ) ) |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) |
| Defendant-Intervenor-Applicants. | ) ) |

**<u>DECLARATION OF JOSEPH GOLDSTEIN</u>**

I, Joseph Goldstein, declare as follows:

1.      I am a longtime supporter of Northeastern Minnesotans for Wilderness, and have been a donor and volunteer on behalf of the Campaign to Save the Boundary Waters since 2014. I was a member of NMW until September 2021, when NMW members voted in a special meeting of the members to change NMW's bylaws, to provide that NMW would have no members.

2.      I am a senior at Middlebury College, majoring in environmental policy and biology. For now, my permanent residence is with my parents and younger brothers at 4750 Cockrell Lane in Springfield, Illinois.  My family has travelled every year to the Boundary Waters since 2008 in order to canoe and/or dogsled into the wilderness for family vacations, to spend time with friends who reside in and around Ely, Minnesota.  We have a deep emotional connection both to the Boundary Waters, and to Ely, Minnesota, which we consider a "second hometown," and which I hope someday will become my permanent residence.

3.      Northeastern Minnesotans for Wilderness ("NMW") is a group of like-minded people formed to advocate for the protection of the Boundary Waters Canoe Area Wilderness ("Boundary Waters") and other wild places.  These places, as Edward Abbey famously said, need no defense.  They only need defenders.

4.      The Boundary Waters needs defenders because a Chilean copper mining company and the subsidiary companies which it owns, Twin Metals Minnesota and Franconia Minerals, want to mine sulfide-ore copper deposits located under and alongside of Birch Lake and the

South Kawishiwi River, in the Superior National Forest just outside the wilderness boundary but inside of its watershed.  Sulfide-ore copper mining always pollutes surrounding surface waters and groundwater, often for centuries, and sulfide-ore copper mining in this location would send mine pollution like sulfates and heavy metals downstream into the Boundary Waters.

5.      I consider myself an advocate for wild places, particularly the Boundary Waters.  This wilderness has been a critical – perhaps the most critical – part of my life.  I was just 13 when I was diagnosed with high-risk acute lymphoblastic leukemia, and my connection to this wilderness and my travels to and on behalf of the Boundary Waters were and have been the key to maintaining my emotional well-being throughout my treatments and recovery.  My life's goal is first to protect and preserve this pristine wilderness, and ultimately to become a physician specializing in wilderness medicine, utilizing my life's experiences and training to help others – both sick and well – experience the joys and challenges the Boundary Waters has to offer.  I have travelled extensively throughout the United States and the world, and have been fortunate to experience wilderness in many places including the peaks of the Western Rocky Mountains, the ocean floors in the Florida Keys, and the Arctic Glaciers of Greenland and Svaalbard, and I can state without hesitation that no place I have visited or explored can compare with the pristine beauty of the Boundary Waters, primarily due to its remote, unspoiled wilderness and waters.  The importance of the purity of the water in the Boundary Waters cannot be overstated:  it is the very foundation of that wilderness.  Contamination of those waters by heavy metals would have devastating consequences to the water, the wildlife, the forest and to residents and visitors who swim in and consume the fish and water downstream from Birch Lake and the Kawishiwi River, where the mining companies want to mine.

6.      My family and I have visited the Boundary Waters recreationally 1-6 times each year beginning in 2008.  I have spent extensive time canoeing, dogsledding, fishing, hiking, swimming and drinking from lakes and rivers throughout the Boundary Waters, including but not limited to the following areas which would be negatively and irreparably impacted by Antofagasta-Twin Metals' mining: Kawishiwi River, White Iron Lake, Basswood Lake, Basswood River, Crooked Lake, Iron Lake, and the Lac la Croix.  We visit in all seasons and have travelled into and camped throughout the Boundary Waters both by canoe and by dogsled.  Our activities include (but are not limited to):  canoeing, hiking, camping, fishing, watching wildlife, swimming, dogsledding, ice-fishing, and photography. Our family trips are typically 4-6 days in the wilderness with each visit.  These trips are never long enough, according to my brothers and me.  In previous summers, I have worked part time in Ely at a wilderness guiding business.  We currently have several family trips planned through the coming year, with a family winter trip in February 2023, another family trip in August of 2023.  For the last six years I have worked as a wilderness guide for Jason Zabokrtsky's Ely Outfitting Company. I earn a considerable sum, which I put toward my interests and education, and I love introducing new visitors to the Boundary Waters. I already know that 2023 will bring another summer of working full time as a wilderness guide. My goal is for Boundary Waters trips to continue throughout my and my family's lives, and that we continue the tradition with our own families, someday.

7.      My interest in preserving the natural and untrammeled wilderness that is the Boundary Waters includes but is not limited to:

i.      Protection of solitude achieved in a primitive setting;

ii.     Maintaining quietude and the natural soundscape of the Boundary Waters;

iii.    Absolute preservation and maintenance of water purity and quality;

iv.    Preventing the lands immediately adjacent to the Boundary Waters from being turned into an industrial mining district;

v.    Protection of species diversity, including lynx, otters, moose, wolves, and other large and iconic animals;

vi.    Preservation of the lifetime's worth of memories my parents, younger brothers and I have accumulated during our time spent in the Boundary Waters, and during our time spent working to protect the Boundary Waters; and

vii.    Ultimately moving to and building a life and career for myself based on the practice of Wilderness Medicine in the Boundary Waters.

8.    My interests in preserving and protecting the Boundary Waters from the impacts of sulfide-ore copper mining would be harmed by the reinstatement of the federal mineral leases which Antofagasta-Twin Metals would use to develop a sulfide-ore copper mining project.  It is my understanding that reinstatement of the leases, lease applications, prospecting permits and permit extensions, and of Antofagasta-Twin Metals' previously rejected mine plan of operations, would dramatically increase the likelihood that the Twin Metals mine being built, and that it would prompt the mining company to resume drilling and other noisy and polluting activities preliminary to mining along Birch Lake and South Kawishiwi River.  As much as I anticipate returning this coming summer to the Kawishiwi River and Birch Lake, I would hate to be there and hear the noise of drilling machines and bulldozers, and so if the leases and other mineral interests are reinstated, I will avoid those waters. If the mineral leases were reinstated and the mining project restored to viability, it would likely affect wilderness businesses, and potentially

my summer job and future plans to live and work in Ely. Based on everything I have learned about sulfide-ore copper mining's consistent record of pollution, despite promises from mining companies otherwise, I know that the development of sulfide-ore copper mining on any reinstated federal mineral leases would cause me and my interest in protecting the Boundary Waters irreparable and irreversible harm.  I support and count on NMW to advance and protect my interests from these harms.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:   December 18, 2022

_____

Joseph Goldstein