**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

TWIN METALS MINNESOTA LLC &
FRANCONIA MINERALS (US) LLC,

      Plaintiffs,

  v.

UNITED STATES OF AMERICA, *et al.*,

      Defendants,

  and

PIRAGIS NORTHWOODS COMPANY, *et al.*,

      Defendant-Intervenor-Applicants.

Case No. 1:22-cv-2506-CRC

**DECLARATION OF KIMBERLY M. BLAESER, PH.D.**

I, Kimberly M. Blaeser, Ph.D., declare as follows:

1.        My physical address is 2431 Partridge Woods Ct, Burlington, WI 53105-6900.  I am a college professor, having been employed full-time by University of Wisconsin-Milwaukee for thirty-four years.  I am now a Professor Emerita at UW-Milwaukee and continue to teach as an MFA faculty member at the Institute of American Indian Arts (IAIA) in Santa Fe.

2.        I am also an enrolled member of the Minnesota Chippewa Tribe and grew up on the White Earth Reservation in northwestern Minnesota. Since my earliest years, my life has been linked to place—to the many seasonal activities and the harvest of natural foods, medicines, and items needed for daily living: fish, berries, wild rice, birch bark, nuts, black ash, sweet grass, maple sap, etc.  The northern Minnesota of my childhood was rich water country, and my family spent nearly every weekend of my early life fishing, swimming, skating, setting net, spearing, ice fishing, or harvesting wild rice. We knew water as provider, and it didn't come from a faucet. We collected rain, pumped our drinking water from the belly of earth, or hauled it from springs in cream cans in the back of my uncle's pickup. Our daily household water source was a pail and a dipper. Because water came through labor, we didn't waste it. Because our life was linked to water, we knew it as a relative. Because stories told how the cycles of women and moon were tide driven, we understood Water's power and its mythic truth.  My Anishinaabeg culture arises and exists in a cosmology of *nibi* (water). To us this element is *mi-dé nibi* (sacred water). We are taught to honor water with songs, prayers, offerings; and to live gratefully, aware of our dependence. Reciprocity is at the center of tribal teachings. At an early age, children learn we carry the responsibility of continuance.

3.        My relationship with the Boundary Waters Canoe Area Wilderness (BWCAW) and the Superior National Forest region grew out of my longstanding connection to Minnesota

1

waterways and the seasonal activities of the Great Lakes region. I began making trips into the BWCAW in 1983 with my then fiancé, Leonard J. Wardzala. Now, in addition to the Wisconsin residence, together with my husband I own a water-access-only cabin on Farm Lake very near the North Kawishiwi River (13356 Farm Lake Access Road WA, Ely, MN 55731). Our purchase of this property came fourteen years after we had begun our association with the BWCAW, a year and a half after the birth of our first child, and was made specifically to allow us to create a permanent retreat for ourselves and our family within the pristine wilderness area of the Superior National Forest and its waterways, more particularly, a residence with easy access to the Boundary Waters Canoe Area Wilderness. From our cabin, it is a short paddle to the beginning of the BWCAW on the North Kawishiwi River and, likewise, a short paddle to access on South Farm Lake. We can also hike from our property into the BWCAW.

4.      My relationship with the Boundary Waters region over the last thirty-five years has included many regions now potentially threatened by the proposed sulfide-ore copper mining: Kawishiwi River (both South and North), Clear Lake, Farm Lake, South Farm Lake, Garden Lake, White Iron Lake, Pagami Creek, Pagami Lake, Horseshoe Lake, and Lakes One, Two, Three, and Four. We typically open our cabin at the end of May and close it for winter in mid-October. Throughout the summer, I spend large chunks of time there, and during these stays I average five day trips a week by myself by kayak into the BWCAW. In addition to these solo paddles I also go by canoe with family members on day or camping trips. This coming year we plan to open our cabin in May and I expect to spend much of the remainder of June, a segment of July and August, and most of September and October in residence. My daughter, Amber Wardzala and husband, Leonard Wardzala, will be with me at various times over the summer and fall as their jobs permit.

2

5.　　My life (and that of my family) is intimately intertwined with these places—they contribute to our wellbeing in many ways and fulfill both physical and spiritual needs. Indeed, we draw the water for our daily cabin use directly from Farm Lake. My many activities in this region include canoeing and kayaking, camping, fishing, swimming, hiking, bird watching, wildlife and nature photography, berry picking, as well as the enjoyment of the stars, meteors, and northern lights of the night skies; pleasure in the many natural sounds including the howling of wolves; enjoyment of the scents of northern waterways and plant communities; and writing and studio arts arising from the environment. Among the many birds and animals I have encountered (and sometimes photographed or written about as well) are: moose, river otters, pine martens, fox, loons, deer, beaver, muskrat, great blue herons, eagles, several varieties of hawks, golden eagles, several varieties of turtles, mink, spruce grouse, coyotes, humming birds, chipmunks, rabbits, black bears, several kinds of woodpeckers, bats, mergansers, cormorants, and a host of other waterfowl. I also watch, enjoy, and photograph the seasonal insects from cicadas to may flies, water striders to net building caddisflies. I likewise appreciate and photograph the plant communities from bloom to fall color. In addition, I am transported by the many personalities of water—the variations arising from temperature, season, or time of day; the patterns created by wind and weather; the reflective and refractive beauty; the sounds and scents; not to mention the taste of pure northern water.

6.　　My immersion in this place has not only become an essential part of who I am and how I conceive of my life, it has also fueled much of my creative work over the years. I am an internationally recognized writer and photographer, and a past Wisconsin Poet Laureate, with many of my publications, exhibits, and presentations focused around the natural world. A current project, for example, involves "Picto-poems" (a form I developed and named involving layers of

3

text and image) and ekphrastic work combining poetry and photography. Many of these creative pieces make use of the experience, knowledge, and material products gathered during my time in the BWCAW. Recent samples of this work on water, the environment, and various beings in the natural world can be found on NPR's *To the Best of Our Knowledge*, in *The Guardian, Lit-Hub,* and *Kenyon Review Online* and are included in publications including *Indigenous Sustainable Wisdom: First Nation Know-how for Global Flourishing* (Peter Lang publishing). When I was Wisconsin Poet Laureate, at one event an entire roomful of people stood with me, memorized, and recited together a haiku-video-postcard poem focusing on the BWCAW: "Iron cold and wild / a million wet blue acres; / drink in your smallness." Photographs or picto-poems including BWCAW scenes now grace the wall at places like the Aldo Leopold Foundation headquarters in Wisconsin. At a conference in Austria in June of 2018, people from Spain to Taiwan to Germany encountered the dreamlike image of "water bodies" swimming adjacent to a poem on the origin of our "turtle island"—the photo of the "water bodies" taken on sunset waters in the BWCAW region. During the 2020 election, a poem I video-taped from our cabin adjacent to the BWCA which was featured on the Wick Poetry "Vote the Earth" alludes to the danger of the mining operations. Currently, one of my poems being used by the American Geophysical Union to inspire a community poem likewise has origins in my relationship to and learning from the ecosystem of the BWCAW. My own identity and the character of my work are intrinsically woven with the environs of the Kawishiwi River, Rainy River watershed, and Superior National Forest.

7.    I could document innumerable instances when my experience within the ecosystem of the BWCAW and Superior National Forest region have impacted my life: awakened me, changed me, transported me, reinvigorated me, taught me, calmed me—-saved me.

I paddled with students from the Coe College Wilderness Field Station to view Anishinaabeg pictographs in the BWCAW where an honor song was invoked as the evening closed around us and nobody left the same person. Innumerable nights I lay with my family on still-warm ledge rock beneath skies filled with layers of stars while all the small cares of the day seeped away. When my father was past ninety he happily made up the cheering section as my son Gavin caught sunfish and crappies off the dock for his Grandpa's dinner and my toddler daughter dangled her Snoopy fishing pole over the water—her primary bait a happy song about "fishy-fishy in the brook." With an ancient attachment to life around water, no gathering could have been more fulfilling—more sacred—for someone whose human circle was closing. Together these and many other moments of "passage" have wedded me to the region and created a family haven, a place of legacy—one I will stand to protect.

8.     The irresponsible plan by Twin Metals to develop sulfide-ore copper mining operations, if allowed to resume, has a high probability of degrading water quality in what is now classified as 'outstanding resource value water' under Minnesota law. Pollutants and reduced water quality will, of course, have a ripple effect ultimately impacting the health of the entire watershed ecosystem. This will include fish and the wild rice crop plus all who feed on these-including water fowl and humans. Among the Anishinaabeg people in particular, *maanomin* (wild rice) has long been an important food—the "good seed"—believed to be given to us in a prophecy which led my ancestors to migrate from the St. Lawrence River to the Great Lakes region, to the "place where food grows on water." Treaties guarantee the Anishinaabeg access to this traditional food, guarantee the right to "hunt, fish, and gather" within ceded territory. Destruction or endangerment of this food then essentially becomes a violation of treaty responsibilities on the part of the U.S. government.

9.      In addition to the ugly deforestation of areas already happening where test sites were prepared, in addition to the noise pollution from the machinery we have already experienced, should this process be allowed to resume, nothing but further harm can be expected. It is my understanding that even should the pollution and spills from toxic materials not be forthcoming (although given the record of Chilean mining giant Antofagasta in the past— Antofagasta was fined hundreds of thousands of dollars for toxic spills into Choapa River in Chile—I have no confidence in their reassurances), further disruption of the environment will impact the welfare of several endangered or vulnerable species including the moose, the wolf, and the lynx. In addition, for animals who need large tracts of contiguous forest, the loss of habitat alone will place them under stress and likely threaten their reproduction and flourishing.

10.     The area under question provides habitat for hundreds of aquatic and non-aquatic species—twenty-one species of fish alone. It includes homes and national recreational resources. If contaminated, the potentially affected area involves up to 2.3 million acres.  Given the research available on possible catastrophic outcomes, it seems ill-advised to even consider placing such an operation adjacent to the BWCAW in the Superior National Forest which contains 20 percent of all the fresh water in the entire National Forest System. The potential water degradation would be a degradation to the drinking water of my family and all extended family and friends who visit us. It has the potential to alter the future welfare of anyone using the waters, eating the fish, harvesting the wild rice—and it threatens to devastate the food chain for generations (based upon other instances such as the proposed Polymet mine, some claim for a solid 500 years).  The theft of clean water for generations, the devastation of one of the last pristine wilderness areas in the country, the degradation of an entire ecosystem, and the

6

disruption of daily activities and spiritual sites—this is the potential cost of the risky enterprise being pursued by Twin Metals through its sulfide-ore copper mining.

11.     In an effort to prevent such devastation, I have been involved with the White Iron Chain of Lakes Association (WICOLA) and its vote to protect the waters of the White Iron Chain of Lakes, and am a supporter of and a contributor to Save the Boundary Waters and Northeastern Minnesotans for Wilderness.  I serve on the Board of Directors for the Aldo Leopold Foundation which also fosters the idea of a land ethic. In my own writing and speaking, I have attempted to educate readers/listeners about the threat to the Boundary Waters watershed and the Superior National Forest and about other mining threats (including that of the Penokee Hills in Wisconsin). As a citizen of the White Earth Nation I believe in making decisions by looking "seven generations into the past and seven generations into the future." We are tasked to uphold an ethical, reciprocal model in our relationship with the natural world. As a citizen of the United States, I also place my faith in the laws of this government to protect current and future generations from ecological devastation.

12.     I have followed the recent sequence of events surrounding the mineral leases, reviewed materials made public, and have expressed my opinion to elected officials through petitions and by phone calls. I applaud the statement by Minnesota's then-Governor Mark Dayton who acknowledged that, "Protecting the waters of the BWCA is one of our generation's sacred responsibilities."   Likewise, the December 14, 2016 decision by the U. S. Forest Service and the December 15, 2016 decision made by the Bureau of Land Management to deny Twin Metals' request to renew its mining leases seems to me to have been made in good faith after these agencies weighed the legal interpretations of the lease language during the Reagan and Johnson administrations, reviewed the scientific information available, and took into

consideration the welfare of the land and its current and future inhabitants. The 2018 deviation from longstanding interpretation of the leases, and their subsequent reinstatement in May 2018 shocked me and caused intense worry. The reversal this year of the Trump administration's decision to reinstate them relieved that worry—but I remain wary. Any future reinstatement of the leases and mine plan would bring great potential harm to me, my family, my property, the ecosystem known as the Boundary Waters Canoe Area Wilderness, the Superior National Forest, and the Kawishiwi River and Rainy River watershed. Other countries have recognized the rights and "personhood" of natural features ("New Zealand's Whanganui River is a person under domestic law, and India's Ganges River was recently granted human rights. In Ecuador, the Constitution enshrines nature's 'right to integral respect.'" *The Conservation*, June 19, 2017). Harm caused to our environment causes harm to human beings as well as to the community of nature to which we belong. Whether or not the United States is enlightened enough to recognize the rights of its precious natural resources, several laws are in place protecting this particular wilderness region from the kind of environmental damage posed by Twin Metals proceeding with the execution of its mining processes, not the least of which is the Wilderness Act and the 1978 Boundary Waters Wilderness Act. In point of fact, the reinstatement of the federal mineral leases in the Boundary Waters watershed region on May 2, 2018 via the opinion issued by the Department of the Interior simply attempted to bypass the actual laws in place regarding leases, jurisdiction, and lease renewal. Based on my understanding, it is not in the purview of the Department of the Interior to act independently without taking into consideration environmental studies or the duly determined granting or withholding of consent from agencies like the U. S. Forest Service, nor to act merely in response to the current political climate, in response to individuals, or in response to those invested in mining interests (regardless of who they are or

8

what office they hold). Due process and legal proceeding should not be held hostage by wealth or influence. As a result of Twin Metals' lawsuit, I now fear the effects of the resumption of drilling and other advance work by Twin Metals—not only the visible and perceivable noise, dust, further cutting of trees, increased light, traffic, and activity, etc., but the pollution to the water and surrounding lands the impact of which may not be measurable immediately. Although I may avoid the South Kawishiwi region within and outside the BWCAW so as not to experience the new degradation, I remain acutely aware of the harm mine development activities would have, if resumed, on this natural area, harm to the many plant and aquatic communities, to air and water quality, to birds and mammals—including the humans like myself who cherish and belong to this place.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 12/19/2022

Kimberly M. Blaeser, Ph.D.