**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) |
| and | ) ) |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) ) |
| Defendant-Intervenor-Applicants. | ) ) ) |

**DECLARATION OF KEMIA M. SARRAF, M.D., M.P.H.**

I, Kemia M. Sarraf, M.D., M.P.H., declare as follows:

1.      I reside at 4750 Cockrell Lane, Springfield, IL  62711.

2.      I am a longtime supporter of Northeastern Minnesotans for Wilderness ("NMW") and have been a donor and volunteer on behalf of the Campaign to Save the Boundary Waters since 2014. I was a member of NMW until September 2021, when NMW members voted in a special meeting of the members to change NMW's bylaws, to provide that NMW would have no members.

3.      I support NMW because I agree with its mission to protect and enhance the wilderness aspect of the Boundary Waters Canoe Area Wilderness ("Boundary Waters") and other wild places for future generations.  I enjoy, appreciate, and benefit from the natural resources in the Superior National Forest, especially the waters, lands, plant communities and wildlife in the Boundary Waters.  I also have had a long-standing interest in bird life, lynx, moose, wolves, and other wildlife, and I understand that forest conservation and the protection of water quality and quantity, both in the Boundary Waters and across the Superior National Forest, are essential to the health of wildlife and the entire forest-lakes ecosystem of the Boundary Waters region.

4.      My family and I have travelled to the Boundary Waters every year since 2008, sometimes up to six times in a year, for family vacations and to spend time with friends who reside in and around Ely, MN.  We have a deep emotional connection to both the Boundary Waters and to Ely, which my family and I consider a second hometown.  We have spent

extensive time canoeing, dogsledding, fishing, hiking, swimming, and drinking from lakes and rivers throughout the Boundary Waters including, but not limited to, the following areas which would be negatively and irreparably impacted by Antofagasta-Twin Metals' mining:  Kawishiwi River, White Iron Lake, Basswood Lake, Basswood River, Crooked Lake, Iron Lake, and Lac la Croix.

5.      As a scientist, a physician and a public health professional (M.D., M.P.H.) I understand and appreciate the multitude of short- and long-term health benefits associated with time spent in the Boundary Waters Wilderness.  There are quantifiable positive impacts on the physical, emotional, and psychological health of anyone who spends time in a wilderness setting, particularly one as unspoiled as the Boundary Waters.  There is an ever-growing body of scientific evidence which shows that time spent in the wilderness improves objective, measurable health markers such as blood pressure, heart rate, cortisol, and blood glucose, as well as improvements in subjective markers such as mood and emotional well-being.  Additionally, I (and many other medical professionals) recognize that time spent in the wilderness protects against anxiety and depression in both children and adults, and can assist in recovery from trauma and ease the symptoms of PTSD.  Child development experts increasingly agree that time spent in wilderness is crucial for a child's neurocognitive development, strengthens their immune system and instills critical thinking and problem-solving strategies that aid in the development of resilience and self-reliance.  None of these benefits can be replicated outside of a true wilderness environment; it requires the space, the communing with nature, the quiet, and the challenge presented by the unique and pristine wilderness that is the Boundary Waters.  The importance of the purity of the water in the Boundary Waters cannot be overstated:  it is the very foundation of that wilderness.  Contamination of those waters by heavy metals and sulfates will have

devastating consequences to the water, the wildlife, the forest, and to residents and visitors who swim in and consume the fish and water downstream from Birch Lake and the Kawishiwi River, where the plaintiffs want to mine.

6.      Typically, my family and I spend 4-6 days in the wilderness with each visit, and we already have family trips planned in January and August, 2023.  Ultimately, our goal is for these trips to continue throughout our life and become a tradition our children hand down to their own families.  Our experiences in the BWCAW have helped to create and foster a hunger for adventure and a longing for wild places in our family.  Since our first visit to the Boundary Waters in 2008, my husband and two eldest sons have ventured into the wilderness in Svaalbard, Norway, and Western Greenland by dogsled. Additionally, all of us spend weeks each summer hiking through the mountains of Colorado.

7.      My interests in preserving the natural and untrammeled Boundary Waters Wilderness and its watershed include, but are not limited to:  protection of solitude achieved in a primitive setting; promotion of active, non-motorized recreation in a natural wilderness environment; preserving and protecting the Boundary Waters' wilderness character, aspect, and natural soundscape, including quietude; protection of the aesthetics experienced by visitors to the Boundary Waters as they enter and depart the wilderness; absolute preservation and maintenance, or improvement, of water purity and quality, including groundwater and surface water in the Boundary Waters; preventing the lands and waters immediately adjacent to the Boundary Waters from being turned into an industrial mining district; maintaining species diversity, including the proper protection of threatened, endangered, and special concern species; preventing habitat fragmentation, and otherwise protecting habitat required by declining species; proper lynx

habitat management; and preserving the lifetime's worth of memories my family and I have accumulated during times spent enjoying, and working to protect, the Boundary Waters.

8.      My interests will be harmed by a reinstatement of Antofagasta-Twin Metals' federal mineral leases, mineral lease applications, and other mineral prospecting interests.  Following any such reinstatement, the mining company would resume drilling and other mine development activities. I have multiple trips to Ely planned in 2023, but I would avoid visiting the South Kawishiwi River area if the prospecting permits, leases and lease applications are reinstated because I do not want to hear or see the mining company's work underway.  To me, this proposed sulfide-ore mine represents the permanent contamination of the Boundary Waters headwaters.  It is an appalling prospect to think of it.  I support and count on NMW to advance and protect my interests from the harm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:   12/18/2022          _____

Kemia M. Sarraf, M.D., MPH