**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) |
| and | ) ) |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) |
| Defendant-Intervenor-Applicants. | ) ) |

**DECLARATION OF KRISTAN A. WEGERSON, M.D.**

I, Kristan A. Wegerson, M.D., declare as follows:

1.      My address is 34590 Bay View Road, Unit 803, Bayfield, WI.  I am a family practice physician. I most recently practiced at the VA Clinic in Hayward, WI, and prior to this at the Bad River Health and Wellness Center in Odanah, WI. I previously practiced in Northern Minnesota for 22 years.

2.      I have been a frequent visitor to the Boundary Waters Canoe Area Wilderness ("Boundary Waters" or "Boundary Waters Wilderness") since 1980. I have been visiting the Superior National Forest several times every year since 1980. I also frequently stay at a cabin located on Snowbank Lake within one mile of the Boundary Waters and within 15 miles of the South Kawishiwi River. I enjoy canoeing, camping, hiking and backpacking, snowshoeing, cross-country skiing, wildlife watching, birding, and wild-ricing.  I often will visit three different locations within the Boundary Waters in the same day:  trail running the Angleworm Trail, canoeing on Slim Lake, and canoeing and swimming in the Hegman Lakes.  I call this my "Triple Crown."  I try to visit the Boundary Waters as often as I can.  I can see into the Boundary Waters Wilderness from my cabin on Snowbank Lake, so even when I can't be in the Boundary Waters, I "can see it from here."  I love the Boundary Waters for the solitude and quietude that I can experience there.  I plan to return as often as my schedule allows.

3.      I believe that it is important to protect the Superior National Forest in order to maintain species diversity, protect the endangered Canada lynx, moose and other wildlife,

prevent habitat fragmentation and loss of forest habitat, and maintain water quality.  I strongly believe in protecting roadless areas and primitive recreational opportunities.  This can be best accomplished by protecting the Boundary Waters from damage, and identifying and maintaining non-motorized trails and decommissioning unneeded roads outside of the Boundary Waters.

4.    I have been wild-ricing on the South Kawishiwi River for the past twelve years and I plan to continue to rice there this coming year and in the future.  I have found excellent wild rice there, even when the rice has been lean in the other areas in which I rice.  I know that this area is part of the 1854 Ceded Territory and the rights to hunt, fish and gather are protected for native tribal members.

5.    Sulfide-ore copper mining has been proposed in the watershed of and near the Boundary Waters.  As amply demonstrated for decades throughout the western United States, one of the biggest threats from sulfide-ore copper mining is the pollution of water.

6.    Scientific reports show that low buffering capacity of water and soil and the interconnection of lakes and streams make the watershed of the Boundary Waters, and Voyageurs National Park ("the Park") downstream, particularly vulnerable to the water pollution impacts of sulfide-ore copper mining.  Sulfide-ore copper mining would release sulfuric acid, sulfides, sulfates and heavy metals into the watershed, contribute to the methylation of mercury, and thus increase average mercury levels in the food web, especially in fish and the people and wildlife eating the fish.  From the location of the mineral leases Twin Metals Minnesota is seeking to reinstate, water flows into and through the heart of the Boundary Waters, through the border lakes located half in the Boundary Waters and half in Ontario's Quetico Provincial Park ("Quetico"), and finally into Voyageurs National Park.  Consequently, clean water – the natural asset most essential to the health of the Boundary Waters, Quetico, and the Park – is also the

resource most at risk of permanent pollution from sulfide-ore copper mining in the watershed of the Boundary Waters and the Park.

7.    The Boundary Waters receives special protections provided by the Wilderness Act and the 1978 Boundary Waters Wilderness Act, as well as the Section 402 of Reorganization Plan #3 of 1946, and the Act of June 30, 1950.  The Park receives special protection provided by the National Park Service Organic Act and the 1971 Act establishing the Park.  Both the Boundary Waters and the Park are protected through the Clean Water Act, which classifies the Boundary Waters and Voyageurs National Park as "Outstanding Resource Value Waters."  This means that the grant and renewal of any mineral lease on the Superior National Forest may only proceed with the consent of the United States Forest Service; that any deterioration of the quality of the waters of the Boundary Waters and the Park is prohibited, i.e., that the quality of waters flowing into the Boundary Waters and the Park must not be degraded.

8.    Clean water is and has been one of the signature features of the Boundary Waters and the Park.  Many Boundary Waters travelers drink pure water directly from the lakes.

9.    Sulfide-ore copper mining proposed in the Boundary Waters and Park watershed, immediately adjacent to the Boundary Waters and upstream from the Boundary Waters, Quetico, and the Park, would threaten to pollute clean water, contaminate fish and the consumers of fish, and damage the important forest habitat used by many types of wildlife.  Sulfide-ore copper mining has a consistent record of devastating environmental harm, including contaminating waters, degrading forests, and unpredicted, catastrophic spills of toxic materials.  There are inherent risks to sulfide-ore copper mining.  Prophesies of successful mine operation often prove false, environmental review fails to predict nearly all the failures of design, operation and

supervision, and mitigation that occur.  Data from the U.S. Environmental Protection Agency show sulfide-ore copper mining to be the biggest generator of toxic waste in the nation.

10.     I believe that it is important to protect the Boundary Waters from sulfide-ore copper mining on lands immediately adjacent to and within the watershed of the Boundary Waters.  Mining would damage the solitude, quietude, the excellent water quality and wild rice. Mining would jeopardize the endangered Canada lynx, and would decrease species diversity.

11.     Two of my favorite entry points into the Boundary Waters are entry point #32 – the South Kawishiwi River, and #33 – Little Gabbro Lake. These are the closest entry points to the Boundary Waters from Duluth, Minnesota.  I have volunteered through the United States Forest Service to clean up campsites in the Boundary Waters from these entry points. Because of the mining exploration noise, air, and water pollution that I witnessed on federal leases 01353 and 01352, however, I no longer use these entry points.  I no longer canoe and camp on the South Kawishiwi River upstream of the South Kawishiwi River entry point.  I hadn't used the entry point at Little Gabbro Lake for several years due to the degraded state of the forest, the ambient noise, and noticeable diesel fumes from exploratory drilling off the Spruce Road. Since the exploratory drilling activities had ceased, I decided to revisit this entry point on October 2, 2022, coming home from my cabin on Snowbank Lake. My husband and I first checked out the seep at the Inco bulk mining site off the Spruce Road. We again saw the tell-tale orange water at the toe of the seep, indicating acid mine drainage or "AMD." We were gladdened that it was quiet in the forest. We hardly recognized the portage and Little Gabbro Lake because we hadn't visited here for several years. We paddled on Little Gabbro Lake on a beautiful early fall day with sunny skies and leaves in full color change.  We didn't realize how much we had missed

this area. We hope to canoe and camp here again if it continues to resemble its previous pristine character.

12.    I have heard noise in the Boundary Waters Wilderness from exploratory drilling, and have seen trucks hauling and drilling rigs in operation near the Boundary Waters.  I have witnessed the deforestation and forest fragmentation from several exploratory drill sites and the new roads leading to them, and I have smelled the dust and diesel exhaust from those vehicles.

13.    I have extensive first-hand experience with the areas covered by the two federal mineral leases Twin Metals seeks to have reinstated, and experience with nearby sites that represent the area's history of exploration for, and pollution caused by disturbance from, sulfide-copper-nickel ore.  I have visited Unnamed Creek into which effluent flows from the Dunka Mine pit. Unnamed Creek drains into Bob Bay on Birch Lake, and for more than 40 years has been carrying acid mine drainage (AMD) from stockpiles of Duluth Complex rock that is essentially the same as or similar to the sulfide-copper ore that Twin Metals Minnesota would mine from the two reinstated federal mineral leases.  I visited this area in July of 2007 on a tour of the Franconia Minerals operations on Birch Lake. Franconia Minerals was later purchased by Duluth Metals which was then purchased by Twin Metals.

14.    At that time, Franconia controlled the Birch Lake and Maturi sulfide-ore copper deposits. I rode with Ernie Lehmann in his truck to this site. Ernie is known as the "grandfather of copper-nickel exploration" in Northern Minnesota. We crossed the bridge over Unnamed Creek. Seepage from the Dunka Mine flows into Unnamed Creek and into Bob Bay on Birch Lake. Erie Mining Co. and later LTV Steel Mining Co. mined taconite from the Dunka Mine from 1962-1995. They uncovered a portion of the Duluth Complex containing sulfide-bearing ore.  To access the taconite, which at this one location is partially beneath the Duluth Complex

rock, the mining company removed and piled 50 million metric tons of sulfide-bearing waste rock on the southeastern edge of the Dunka Mine. LTV Steel Mining Company went bankrupt in 2000. Cliffs Erie, L.L.C. purchased LTV's assets and assumed responsibility for the Dunka Mine discharge in 2001.  But as water infiltrated the piled Duluth Complex waste rock, the Minnesota Department of Natural Resources (DNR) determined in 1974 that AMD was being produced with elevated levels of copper, nickel, cobalt, zinc, and sulfates. Natural wetlands, man-made wetlands, covering the waste rock with a plastic liner, capping the piles, and building a water treatment plant in the 1980s (which has been closed for decades) were all tried to contain the AMD. But AMD continues to flow one mile downstream into Unnamed Creek and into Bob Bay. The water in Bob Bay near the discharge site has been found to be in violation of federal and state water quality laws and is high in nickel, sulfates, hardness and conductivity. This has led to a decrease in aquatic species in Unnamed Creek. Cliff's permit (which expired in 2005) does not require it to comply with water quality rules and abate this effluent, but only requires that it measure and report exceedances. Now 48 years have lapsed since the AMD was originally documented by the State of Minnesota. It hasn't been abated. Neither the Federal government nor the state government appears to have the interest, ability, or will to clean up this AMD. It is a near certainty that sulfide-ore copper mining on the two federal mineral leases and lease applications, which are at the doorstep of the BWCAW and which Twin Metals is seeking to have reinstated, would produce AMD and that the heavy metals, pH changes, and sulfates from the AMD will get into the South Kawishiwi River, Birch Lake, and other waters flowing into the Boundary Waters, despite the mining company's promises and predictions. This will despoil this pristine wilderness that my family and I, Northeastern Minnesotans for Wilderness ("NMW") supporters, and hundreds of thousands of others enjoy.

15.    I have seen the acid mine drainage (tell-tale orange water), very high in heavy metals, draining from the bulk sample site excavated by INCO (International Nickel Company) in 1974 on the site of lease 01353, next to the South Kawishiwi River and just off the Spruce Road. The sample was taken in January 1974 and the site was covered and seeded in the spring of 1974 with the approval of the USFS.  It became apparent the next summer (1975) that subsidence of the surface had occurred and a seep from the base of the sample site had developed. The site was refilled, regraded, and reseeded.  However, water samples taken in 1975 and 1976 continued to show high levels of copper, nickel, and sulfate in this seep.  High levels of these toxic heavy metals were also found in a tributary to Filson Creek, which drains into the South Kawishiwi River.  In spite of directives from the USFS and the Minnesota Pollution Control Agency (MPCA) to correct this situation, it has never been abated and continues to the present day.  I am aware that water samples from this seep, and from water which flowed from the seep into a wetland near this tributary, were tested on July 4, 2010, and that the samples showed high levels of the heavy metals copper, nickel, arsenic, and manganese, as well as iron, and high levels of sulfate.  When brought to the attention of the MPCA,  the MPCA stated that they haven't been monitoring this site since 1976.  This was reported in Minnesota's largest newspaper, the *Star Tribune*, on October 2, 2010. Again, neither the Federal government nor Minnesota state government appears to have the interest, ability, or will to clean up even a very small bulk sample site which continues to cause acid mine drainage (AMD) after 48 years.  If large-scale sulfide-ore copper mines are set up in this area – the headwaters of the watershed of the Rainy River – which flows into the BWCAW, then devastation to the forest and AMD will occur on a monumental scale and will despoil this pristine wilderness which is enjoyed by my family and hundreds of thousands of others.

16.    The negative effects of mineral exploration and mining have harmed me and other visitors who love the Boundary Waters, by driving us out of portions of the Boundary Waters and areas adjacent to it that we love, and through which we access it, or by degrading the Boundary Waters' wilderness character and our experience of it. I, and others, will be harmed again, and more severely, if federal mineral leases, lease applications, prospecting permits, permit applications, and Twin Metals' mine plan of operations are reinstated, because reinstatement would be followed by resumption of prospecting, mine development, and mining activities on those reinstated lease and prospecting permit areas located in the Boundary Waters watershed.

17.    As a family physician, I am aware of potential deleterious health effects of sulfide-ore copper mining.  Six of the ten substances of greatest public health concern, as identified by the World Health Organization, have been shown to be released by sulfide-ore copper mining. These include arsenic, asbestos, air pollution, cadmium, mercury and lead. Contamination of surface water, ground water, and releases to air of these substances could have serious health consequences for the mine workers and those who live, work or recreate near the mining.  Sulfate pollution, for example, when added to low-sulfate waters like those of the Boundary Waters watershed, converts mercury to methyl-mercury, a more persistent form of that neurotoxic element. Methyl-mercury bio-accumulates in the food web, and as a result popular sport fish in Minnesota can have methyl-mercury concentrations hundreds of thousands of times higher than in the waters receiving the sulfate pollution. Consumption of sport fish from sulfate and methyl-mercury contaminated waters leads to high blood-mercury levels, and causes neurological developmental damage, particularly in fetuses, nursing babies, and children who are fed fish.  This is a major public health threat.  In the Minnesota portion of the Lake Superior

watershed, for example, a Minnesota Department of Health study showed that one in ten babies born had blood-mercury levels exceeding the EPA-defined level at which loss of IQ occurs. These damaging effects to neurological development are permanent. Sulfide-ore copper mining on the leases and lease applications, if reinstated, would almost certainly contaminate surrounding groundwater and surface waters with AMD pollutants including sulfate. Higher levels of methyl-mercury in fish caught in the Boundary Waters watershed would result in more restrictive fish consumption advisories, more infants, children, and adults with higher blood-mercury levels, or both. The Boundary Waters, and my and others' associations with it, should not be contaminated by sulfide-ore copper mining and the pollution it always causes.

18.     It is for these and other reasons that I am a longtime supporter of Northeastern Minnesotans for Wilderness ("NMW"), and I was a member of NMW until September 2021, when NMW members voted in a special meeting of the members to change NMW's bylaws, to provide that NMW would have no members. I also was a member of the Board of Directors from 2012 through 2019, and Co-Chair from 2014 to 2017. I previously served on the Board of Directors from 2002 to 2008, and served as Chair, Co-Chair and Vice-Chair.

19.     Northeastern Minnesotans for Wilderness was formed in 1996 to continue the local tradition of working to protect our wild places, particularly the Boundary Waters Wilderness, against ever increasing public and commercial pressures so that the natural features and processes that exist in the area will remain intact for future generations. NMW's mission is to protect and preserve wilderness and wild places, to advocate for the protection of the Boundary Waters and the enhancement of its wilderness aspect, and to foster education about the value of wilderness and wild places. NMW's interests include protecting forever the Boundary Waters and maintaining its purity, wilderness character, aspect, soundscape, and species

diversity for the use and enjoyment of all and for all time.  NMW has more than 400,000 supporters across Minnesota and the country. NMW's supporters enjoy, appreciate, and benefit from the natural resources in the Superior National Forest, especially the waters, lands, plant communities, fish and wildlife in the Boundary Waters, and have had a long-standing interest in lynx, moose, wolf, and forest conservation, both in the Boundary Waters and across the Superior National Forest.

20.     My interests have been and would be harmed by the Department of the Interior and the Bureau of Land Management's reinstatement of federal mineral leases, lease applications, prospecting permits, permit applications, and Twin Metals' mine plan of operations in the watershed of the Boundary Waters.  The mining company lessee asserted previously that reinstatement would give it the right to resume drilling and conduct other on-the-ground pre-mine development activities.  These activities alter habitat and generate high-volume sound, air pollution, and other negative effects that are highly disturbing to wildlife and people, including NMW's supporters, local residents, visitors, and property owners.  In addition, if it occurs, reinstatement of the leases, lease applications, prospecting permits, and permit applications will cause the resumption and intensification of exploration activity including drilling and other activities on federal lands covered by existing mineral exploration permits in the Boundary Waters watershed. The reinstatement of the two federal mineral leases could have the effect of establishing mineral rights considered senior to the withdrawal of federal lands and minerals in the watershed of the Boundary Waters from new mineral leasing and exploration permits, in the event the Secretary of the Department of the Interior orders the United States Forest Service's proposed withdrawal or a variation of it.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Date: 12/16/2022

_____

Kristan A. Wegerson, M.D.