**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> and <br><br> PIRAGIS NORTHWOODS COMPANY, *et al.*, <br><br> Defendant-Intervenor-Applicants. | Case No. 1:22-cv-2506-CRC |

**DECLARATION OF LINDA TOMSICH**

I, Linda Tomsich, declare as follows:

1.      I reside with my husband, Louis Tomsich, at 5333 165th Lane NW, Ramsey, MN 55303.

2.      My husband and I are longtime supporters of Northeastern Minnesotans for Wilderness ("NMW") and have been donors and volunteers on behalf of the Campaign to Save the Boundary Waters. We were members of NMW until September 2021, when NMW members voted in a special meeting of the members to change NMW's bylaws, to provide that NMW would have no members. We care deeply about the Boundary Waters Canoe Area Wilderness ("Boundary Waters") and the public lands and waters in and around it.

3.      As a child, I traveled throughout the canoe country now known as the Boundary Waters with parents, friends, and then with Louis as a married couple with our family. Enjoying the wilderness and canoeing have played a significant part in my life.

4.      The cabin property which my husband and I now own was purchased by my parents in the mid-1950's. The cabin was moved from Half Dog Island on Basswood Lake in the Boundary Waters in the mid-1960's, and re-assembled on the South Kawishiwi River by my parents. Louis and I also purchased other adjacent properties along the river. These total 96 acres, along with the cabin property, which make up approximately a mile of South Kawishiwi River shoreline including portage 711. Portage 711 is part of two possible routes for Entry Point # 32 and allows access to upper portions of the South Kawishiwi River and beyond. Our portage

is unique because vacationers cannot drive to it, rather, they paddle upstream from South Kawishiwi Campground, along our property which has been managed as natural wilderness since we've owned it.  With loons, beaver huts, and rugged shoreline it is a foretaste of the beauty that awaits them less than two miles upriver in the Boundary Waters.

5.    The mine Twin Metals proposed would have been within earshot of our property, and if it were built the environmental disruption would be devastating.  As an example, while exploratory core samples were extracted, we were continuously bombarded by the deafening hum of drilling rigs followed by the concussive thud of explosions from blasting.  The noise pollution alone was enough to silence the songs from birds and animals, making our property feel eerily devoid of life.  If the leases, lease applications, prospecting permits, permit applications, and mine plan are reinstated, as Twin Metals is seeking to have done, then drilling and other mine preparations would resume and the proposed mining would almost certainly begin, in which case we will have to endure the constant drone of heavy machinery at the very least.  I do not even want to think of what would happen when pollution leaches into the creeks and streams that feed into the South Kawishiwi barely a mile upstream from our property.  It will be devastating to me and anyone else that paddles the South Kawishiwi River to enter the Boundary Waters.

6.    I graduated from Ely Memorial High School and Vermillion Community College, as did Louis.  I then attended and graduated from the University of Minnesota Duluth with a BS in Elementary Education, and later earned a Master's degree from the University of Minnesota in Early Childhood Education.  After a 33 year teaching career, I retired in 2007.

7.    When Louis retired in 2014, we began to spend more time at our cabin on the South Kawishiwi River, and our love for it and for the surrounding area, including especially the

Boundary Waters, has only grown.  We have spent countless weekends working on our forest land, improving our cabin property, fishing, canoeing, boating, snowshoeing, hiking, and cross country skiing along the riverfront.  We have firm plans to spend a significant amount of time at our cabin in the spring, summer, and fall of 2023 and beyond.

8.      We do not want a sulfide-ore copper mine to be located in the watershed of the Boundary Waters, let alone so close to the wilderness boundary and to water bodies like the South Kawishiwi River and Birch Lake.  The clean and extremely inter-connected lakes and rivers of the Boundary Waters watershed is not the place for a sulfide-ore copper mine, considering that Environmental Protection Agency data shows this type of mining to be one of the biggest producers of toxic waste in the country.  To the best of my knowledge, no sulfide-ore copper mine in the world has ever operated and closed without polluting nearby surface and groundwater.

9.      In addition to our desire to protect and enjoy the intrinsically valuable natural attributes that the area lakes provide, my husband and I also have a distinct financial interest at risk.  It is unfathomable to think of placing that kind of mining in the watershed of one of our national treasures.  Our property is right across the river from the proposed Twin Metals Mine.  We are concerned that our well water would become contaminated, that the noise and air pollution from the proposed mine and from prospecting and preliminary work leading up to the development of that mine would directly affect our property, and the values of our property would plummet.  We need to think long-term about this project and how this will negatively affect us, and everyone else who has used or ever will use this area and the Boundary Waters.

10.      The Ely area and the Boundary Waters have influenced Louis' life and mine in many ways and we feel strongly about protecting it for future generations.  We have two

grandchildren, a girl aged thirteen, and a boy aged ten years old, and we want them to enjoy what my husband and I have enjoyed over the years. When at the cabin, they are active and outside, which is important to their healthy development physically and mentally. The kids enjoy fishing, swimming and exploring. They appreciate the clean water we now have.

11.   Sulfide-ore copper mining development, if it were to move ahead in the watershed of the Boundary Waters, would inevitably pollute surrounding and downstream waters in the Boundary Waters, and groundwater. It would taint the quality and reputation of the Boundary Waters as a wilderness canoeing paradise, and harm our enjoyment of the Boundary Waters as a place to travel through by canoe, to camp, and to fish. I would worry about my family and I drinking the water and eating fish caught in the river and waters downstream. My husband and I have our own reasons to oppose the reinstatement of the leases, prospecting permits, applications for leases and for prospecting permit extensions, and the rejected Twin Metals mine plan. We want the decision to terminate and reject these mineral interests and the mine plan upheld, and for the U.S. Forest Service to continue to have the authority to decline consent to renewal of Twin Metals or any other mining company's mineral leases.

12.   I support Northeastern Minnesotans for Wilderness in its work and mission, and I look to it to advance my interests in the protection of the Boundary Waters and its watershed. I believe that if the leases and lease applications reinstatement were to happen, and if the rejected prospecting permits were to be reinstated or extended, it would cause irreparable harm to the Boundary Waters. It is a risk we cannot take.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: *12 – 17 – 22*                    *Linda K Pomsick*