**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) ) |
| Defendant-Intervenor-Applicants. | ) ) ) |

Case No. 1:22-cv-2506-CRC

**<u>DECLARATION OF MICHAEL CICHANOWSKI</u>**

I, Michael Cichanowski, declare as follows:

1. I currently reside at 34657 Old Homer Road, Winona, Minnesota 55987.

2. I have been a resident of the Winona area since 1948, that is, my entire life. I was born here, and grew up on the banks of the Mississippi River, and I have been building canoes for more than 50 years. I am the Founder and President of Wenonah Canoe, Inc. Wenonah Canoe, Incorporated is an independent, family-owned C-corporation, and to the best of my knowledge, the largest manufacturer of kevlar canoes in the world.

3. I am also the current President of the Winona City Port Authority, the third-largest port in Minnesota, to the best of my knowledge. The Port is in charge of economic development; it buys and sells property, and assists in business development. I am not speaking for the Port Authority. My point is that I am not accustomed to lobbying against any development project, but I do, in my capacity as Founder and President of Wenonah Canoe, Inc., oppose the Twin Metals Mine and any other sulfide-ore copper mining project in the Boundary Waters watershed, because that is simply not a good location for that type of mine.

4. I am a Distinguished Eagle Scout, a title that is awarded to some Eagle Scouts later in life. When I was a young Boy Scout, I went on a number of canoe trips down small local rivers with the scouts in town, using my dad's aluminum canoe. When I was a little older and an Eagle Scout, I went through the Boy Scouts' Northern Tier Sommers High Adventure Camp on a couple 6-day expedition wilderness paddling trips. The Scouts are still doing those. They are

1

special canoe trips, and they had a profound effect on me.  One is really secluded up there, in the Boundary Waters and in Quetico Provincial Park.  Those early paddling trips, especially in the Boundary Waters, instilled in me the love of canoeing.

5.      Within a few years of those trips I got involved in a group that promoted canoe racing.  As part of that, I got motivated to design and build better canoes.  I began by building wood-strip canoes in my dad's workshop.  I got good at it, but it was smelly, particularly when I switched to building fiberglass canoes.  So I looked for a better and bigger place to build them, and rented a building in downtown Winona.  This was in the 1960s, when urban renewal was the trend.  The building we were in was in fairly rough shape, and soon the city told me the block was slated to be torn down.  They told me that they wanted to help me move, and they pushed me to apply for a small business loan to build my first manufacturing facility.  It was a huge decision for me, but we got the paperwork, filled it out, and sent it in.  I think the bank went along with it just to be nice.  They were more shocked than I was when the loan got approved.

6.      We built the first part of our manufacturing complex with that Small Business Administration loan in the early 1970s when I was a senior in college.

7.      It took a number of years to get the business going really well, so that it would support me.  But we did it.  We designed and built canoes.  We set up a dealer system.  We built canoe trailers.   We met people all over the country in canoe races.  I got involved as much as I could in canoeing and the canoeing community.

8.      One thing led to another, and we grew.  We started building additions, and building up our manufacturing complex here in Winona, Minnesota.  We now have a pretty significant complex here.  We employ close to 100 people and produce more than 4,000 canoes and kayaks a year.  I have had offers and rejected them, because they involved my selling the

company, shifting our manufacturing overseas, or both.  I am proud to employ people in manufacturing here in Minnesota.  We have a profitable company, great employees, and a great location in a state where people are devoted to canoes and to the places where they paddle.

9.      I have paddled all over the world, and I paddle on the Mississippi River probably four days a week in the summer time.  Nowhere in Minnesota or in the United States offers paddling opportunities like the Boundary Waters.  It remains a place with special significance to me.  I still paddle in the Boundary Waters often, and I am planning to take a trip there next year.

10.     The Boundary Waters is a huge and beautiful place, with more than a thousand wilderness lakes, campsites, and more than 1,200 miles of paddling routes.  The water is clean, the fishing is great, and even with large numbers of people using it at any given time, it is a complex enough landscape that you can still go days without seeing other people.  You can experience nature on its terms, and pretty much as it was before European settlement.  This is an increasingly important and rare resource for people and for kids growing up today.  A person's first paddling trip in the Boundary Waters is almost always an eye-opening and world-enlarging experience, and many return again and again.  The Boundary Waters is one big reason why twenty-five percent of our canoes are sold here in Minnesota.

11.     There are other places to mine and other copper deposits in the world, but there is only one Boundary Waters.  The Boundary Waters, Quetico Provincial Park, and Voyageurs National Park, together, make up the largest protected wilderness canoeing destination in the world.

12.      It is my understanding that the reinstatement of federal mineral leases, lease applications, the mine plan, and prospecting permits and permit applications to Twin Metals would allow Twin Metals to restart mining preparations on the leases and lease applications.

3

Drilling, road building, and other mining related work is noisy, dusty, and disrupts people using highly popular recreational waters like Birch Lake and the South Kawishiwi River, which are a popular gateway to the Boundary Waters.

13.     Reinstating leases, lease applications and prospecting permits would be highly likely to result in Twin Metals advancing to the stage of building a sulfide-ore copper mine.  A copper mine upstream from the Boundary Waters would cause enormous damage. Sulfide-ore copper mines have a consistent record of polluting nearby waters, and in the Boundary Waters watershed water is everywhere.  The Twin Metals mine is proposed to be along Birch Lake and the South Kawishiwi River, which carries water from the entire southern portion of the watershed north into the Boundary Waters.  If Twin Metals gets its way, then judging by the history of this kind of mining, waters from the South Kawishiwi River and Birch Lake would carry pollution loaded with sulfates and heavy metals into the Boundary Waters and Quetico Provincial Park before flowing into Voyageurs National Park.  It is my understanding that such pollution would reach surface waters from below-ground mining areas as well as from surface handling, milling and processing facilities for ore and mining waste, and that the pollution would continue for centuries.

14.     Polluting the water would trash one of the most important canoeing areas in the world, and certainly the most important canoe area in the United States.  That would harm American paddlers and those who love the Boundary Waters, and would dissuade people from visiting or returning to the Boundary Waters.  We know our market, and people who are recent or regular Boundary Waters paddlers are far more likely to buy our canoes than those who have not or do not regularly visit the Boundary Waters.  The drop in visitors would definitely harm my major retailers and wholesale buyers, especially the outfitters who carry our canoes and

introduce them to their Boundary Waters paddling customers. My company, our employees, my family members, friends, and I would be saddened and harmed by damage to our canoeing paradise, the loss due to pollution of some of our favorite high-quality canoeing routes, and by the loss or reduction in orders of our canoes.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:         12/20/2022

Michael Cichanowski