**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) | |
| and | ) ) | |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) ) | |
| Defendant-Intervenor-Applicants. | ) ) | |

**<u>DECLARATION OF PETA CLAIRE BARRETT</u>**

I, Peta Claire Barrett, declare as follows:

1.      I reside at 13819 Otter Road, Ely, Minnesota, 55731, in Fall Lake Township, Lake County, near Fall Lake.

2.      I have been enjoying the Boundary Waters Canoe Area Wilderness (BWCAW) for roughly 30 years.  I enjoy canoeing, kayaking, snowshoeing, camping, birding, swimming, cross-country skiing, and hiking, and I have done these things in the Kawishiwi River area as well as Farm Lake, Fall Lake, Newton Lake, Basswood Lake, the Basswood River, Crooked Lake, and Lac la Croix.

3.      My first exposure to the BWCAW came in the early 1990's, when a friend took me on my first wilderness canoe trip. I grew up in a family that 'car camped,' hunted, fished, and was always mindful of responsible conservation of our natural resources. That first Boundary Waters experience introduced me to a whole new world of peace, solitude, and immense beauty – a roadless wild place of vast, pristine waters and unique boreal forest. One canoe trip was not enough for me; this magnificent wilderness touched my soul. I have traveled the BWCAW regularly many times since then, as I do each year.

4.      For personal enjoyment, I frequently participate in outdoor activities including canoeing, hiking, camping, birding, cross-country skiing, snowshoeing, snowmobiling, hunting, and fishing in and around the Superior National Forest and BWCAW.  Traveling and enjoying the woods and waters in and around the Superior National Forest and BWCAW is, and I hope it will continue to be, a regular part of my life.

5.      In 2012 I sold my successful business located in Minneapolis, MN, with the goal of moving to Ely, MN with my husband. I decided to turn my passion for wilderness travel, and love for teaching, into my next career. I established Women's Wilderness Discovery in 2014.

6.      Since 2014, I have made my living outfitting and guiding customers year-round in the Superior National Forest and BWCAW. I provide overnight and day trip opportunities for women and families to canoe camp, winter camp, hike and snowshoe through this amazing canoe country.

7.      I am the sole owner of and manage Women's Wilderness Discovery, LLC, located at 429 E. Sheridan Street, in Ely, Minnesota.  I founded the business in March 2014, to fill a unique niche, as the only woman-owned, woman-packed, woman-guided professional outfitting and guide business in Ely.  Building my business has involved years of work and significant financial investments in land, buildings, canoeing and camping equipment, and supplies. My business caters principally to women, including repeat customers, those who have long thought about going on a first Boundary Waters canoe trip, and mature women who long to return to it after many years, and have chosen to head into the Wilderness with female companions and guides. My clients come from Minnesota and many other states, as well as from a few foreign nations. They travel by canoe, snowshoe, camp, explore, fish, drink the water from the lakes, and make lifetime memories.

8.      We outfit more than 100 customers annually.  My clientele is growing and I expect to hire two to three employees, and contract with up to ten wilderness guides this coming season.

9.      My customers use their limited vacation time and budgets to book completely outfitted, professionally guided trips from me because of the unique wilderness experience the

BWCAW affords. My guests value all the vast number of lakes, the natural wilderness sights and sounds, the quiet, the pristine water, amazing fishing, wildlife, and opportunities for personal challenge they find here. My customers travel throughout the BWCAW and regularly travel through the Kawishiwi River, Basswood River, Fall Lake, Newton Lake, Basswood Lake, Crooked Lake, Iron Lake, Lac la Croix, and numerous other entry points, lakes and rivers.

10. A significant percentage of my business' customers each year enter the Boundary Waters through the S. Kawishiwi River, N. Kawishiwi River, Lake One, Farm Lake, Gabbro Lake, Mudro Lake, Little Indian Sioux River N., Moose River N., South Hegman Lake, Wood Lake, and Fall Lake entry points. These entry points, located in and around Ely and the Kawishiwi Triangle, are very popular with paddlers of all skill levels and wilderness experience. The Ely area is a terrific place to begin a Boundary Waters adventure because of its proximity to 26 possible entry points, providing countless routes to travel, and an abundance of designated campsites while affording all who visit the peaceful wilderness experience they seek. The BWCAW is a world-class fishing destination. The Ely area hosts excellent wilderness character and all the qualities and experiences the Boundary Waters has to offer: clean air, clean water, nearly unlimited fishing opportunities, dark nighttime skies, and all the beautiful sights and sounds of a lakeland wilderness.

11. My business and my quality of life depend on the protection of the water, the fish and wildlife, healthy forests, clean air, dark night skies, and the natural soundtrack of the BWCAW and of the areas people travel on the Superior National Forest to get into and out of the BWCAW. Replacing or reinstating leases and lease applications, and prospecting permits and extensions, would mean the resurrection of Twin Metals' mining project and all the environmental harms that would come with it. It would mean the resumption of environmental

review, and the return of the threat to my business and my quality of life. It would cause me personal strain and anxiety, and almost certainly would hurt the value of my business.

12.    Any reestablishment or replacement of federal mineral leases, lease applications, or prospecting permits or prospecting permit applications in the Boundary Waters watershed would hurt and harm my business and personal interests. Lease reinstatement means additional drilling, the movement and operation of heavy equipment like drill rigs and bulldozers, and other mining exploratory and pre-mining project development activities on lands covered by the leases. It is my understanding that additional hydrogeology wells, for example, would be drilled along the South Kawishiwi River.

13.    Replacement or reinstatement of the leases also would mean a mining project would be proposed or revised and re-proposed, and because that, more exploratory and or geophysical work with drilling and other equipment would follow, especially if some but not all of the mineral leases and applications upstream from the BWCAW were restored. Development of a sulfide-ore copper mining area in the Boundary Waters watershed would involve the construction and operation of rock crushers, conveyor belts, pipelines, new power line and other corridors, waste rock and lean ore piles, tailings piles, ore stockpiles, industrial ventilation stacks, new roads, new buildings, holding ponds, pumping stations, heavy equipment operation, blasting of bedrock, and other infrastructure and activities along Birch Lake, White Iron Lake, and the South Kawishiwi River, which are popular recreation waters used by many people entering and leaving the BWCAW. Sulfide-ore copper mines have a consistent record of polluting lakes, streams, rivers, and groundwater with acid, heavy metals, sulfate, and other chemicals that are toxic to fish, wildlife, and people. The building and operation of that

infrastructure and all activities associated with sulfide-ore copper mining would create terrible industrial noise pollution, air pollution, light pollution, and water pollution.

14.    Industrial traffic and noise, air and water pollution, light pollution, and worries about drinking the water and eating the fish downstream and downwind in the BWCAW and in important gateway areas to the Wilderness, all would result from resumption of drilling, exploration, and other activities to prepare for sulfide-ore copper mining. They would result also from the construction and operation of a sulfide-ore copper mine in the Boundary Waters watershed by Twin Metals.

15.    These effects from a return or reinstatement of mineral interests to Twin Metals would cause harm to my business and my personal interests by damaging the character and people's experience of the BWCAW and the land and waters around it. People do not want to experience a BWCAW damaged by industrial noise and water pollution, or the other effects of exploration and mine project development. Those experiences, and the worry that they will experience a damaged Wilderness, will deter my clients and other people from visiting and returning to the BWCAW.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:

12-17-22

Peta C. Barrett