**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | Case No. 1:22-cv-2506-CRC |
| Defendants, ) | |
| and ) | |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, ) | |
| Defendant-Intervenor-Applicants. ) | |

**<u>DECLARATION OF REBECCA L. ROM</u>**

I, REBECCA L. ROM, declare as follows:

1.      I reside at 3100 Hartley Point Road, Ely, Minnesota 55731.  I grew up in Ely, Minnesota, a major gateway to the Boundary Waters Canoe Area Wilderness ("Boundary Waters" or "Wilderness") and Quetico Provincial Park ("Quetico").  From 1946–1975, my father owned and operated Bill Rom's Canoe Country Outfitters, the largest canoe trip outfitter in the Boundary Waters – Quetico region. My family lived in the apartment over the family business; our backyard was piled high with over 400 canoes for rent. I began working in my father's business at the age 14, the same year I first guided canoe trips into the Boundary Waters.  After college and law school, I clerked for United States District Judge Miles Lord and then practiced law for 30 years (1979-2009) at Faegre & Benson LLP (now Faegre Drinker Biddle Reath LLP) in Minneapolis, Minnesota.  From 2009-2012, I was President of the Twin Cities Community Land Bank, a public-private partnership organized to redevelop impacted communities in the greater Minneapolis-St. Paul area.  In 2012, I moved back to Ely with my husband, in large part so we could be closer to the Boundary Waters.  Like many residents of Ely and the surrounding townships, I will move away if Plaintiffs' sulfide-ore copper mine is developed in the watershed of the Boundary Waters because of the devastating impact that such mining would have on thie Wilderness and the Ely-area community.

2.      My first Boundary Waters canoe trip was at the age of two. Since then, I have traveled widely in the Boundary Waters by canoe, skis, snowshoes, dogsled, and on foot.  I have also traveled extensively in the Superior National Forest outside the Wilderness, including specifically in the area proposed for sulfide-ore copper mining development along the South Kawishiwi River and Birch Lake, as well as the lakes and rivers downstream and inside the Wilderness boundary. I am intimately familiar with those public lands where Plaintiffs seek to

1

mine for copper, nickel, and other metals and with the lakes and rivers adjacent to these lands. I have hiked on the Tomahawk snowmobile trail, which crosses the South Kawishiwi River just south of the Wilderness boundary, and then tracks southeast through area of canceled federal mineral lease MNES-01353. I have participated in the Christmas bird count in the same vicinity. In the summer of 2018, I enjoyed a Boundary Waters canoe trip in one of the areas within the Wilderness that would be significantly negatively impacted by sulfide-ore copper mining as proposed by Plaintiffs. I began this Boundary Waters canoe trip at the North Kawishiwi River, Ojibway Lake, and Triangle Lake Wilderness entry point. The route of the canoe trip followed the South Kawishiwi River to Little Gabbro Lake, Gabbro Lake, and Bald Eagle Lake, all lakes and rivers located within the Boundary Waters and managed as primitive areas. Sounds and noise from exploratory drilling on federal leases MNES-01352 and MNES-0153 prior to their cancelation have been heard by summer and winter visitors while on these lakes and rivers within the Boundary Waters; the drilling sounds have been likened by Boundary Waters visitors to a jet engine running 24 hours a day nonstop for two weeks. I have been on many Boundary Waters canoe trips that have included paddling along the international border route, specifically along Crooked Lake, Iron Lake, Lac La Croix, Basswood River, and Basswood Lake. These lakes straddle the international boundary and thus are partly in the Boundary Waters and partly in the Quetico; they are on the path of pollution that would flow from proposed sulfide-ore copper mines on the sites of the canceled federal leases MNES-01352 and MNES-01353, the rejected Preference Right Lease Applications MNES-57965 and 50264 ("PRLAs"), and the rejected Mine Plan of Operations ("MPO"). Many places that have special significance to me are covered by or in the vicinity of the canceled federal mineral leases, rejected PRLAs, the rejected MPO, and prospecting permit areas including, among others, the South Kawishiwi River and

2

Little Gabbro Lake Wilderness entry points, the federal campgrounds and campsites on Birch Lake and the South Kawishiwi River, River Point Resort and Outfitting Company, a Laurel Village site occupied by Indigenous People thousands of years ago, Voyageur Outward Bound School base facility, and Omaday Lake, where my dad, at 16 years old, shot his first deer in 1934.

3.      I am a member of Northeastern Minnesotans for Wilderness ("NMW") and the Vice-Chair of NMW's Board of Directors.  NMW is a non-profit, tax-exempt, charitable corporation organized under the laws of Minnesota.  NMW was formed in 1996 and is based in Ely, Minnesota, the major gateway community to the Boundary Waters.  NMW's mission is to protect and preserve wilderness and wild places in Minnesota's Arrowhead region, to advocate especially for the protection of the Boundary Waters and Voyageurs National Park and the enhancement of their wilderness aspect, and to foster education about the value of wilderness and wild places. NMW is the largest Boundary Waters-focused conservation organization based in Minnesota. As such, it leads the efforts to protect and preserve the Boundary Waters and the greater Quetico-Superior ecosystem from sulfide-ore copper mining and with respect to wilderness and national forest management issues.

4.      The Boundary Waters is a vast, interconnected network of more than 1,100 lakes and 1,200 miles of rivers and streams, in a landscape-scale mosaic of northern forest and wetlands and rolling hills and cliffs.  When the waterways are not ice-covered, the Boundary Waters is canoe country.  Lakes not connected by streams and rivers are connected by portage paths that allow visitors to transport their canoes, boats, and packs from one lake to the next. The network of lakes and the energy efficiency of canoe travel make the Boundary Waters one of the most beautiful and accessible Wilderness Areas in the country.  In the winter travel is by

3

dogsled, snowshoe, and skis across frozen lakes. At 1,086,953-acres the Boundary Waters is the largest Wilderness Area east of the Rocky Mountains and north of the Everglades. According to the U. S. Forest Service, the surface waters in the 3 million-acre Superior National Forest, of which the Boundary Waters is a substantial part, contain 20% of all the freshwater in the entire 193 million-acre National Forest System. The Boundary Waters is strikingly beautiful. With every portage, every turn around a point, or every passage through a narrows, a new vista of water, shorelines, pine-covered hills, black spruce and tamarack bogs, cliffs, or waterfalls comes into view. Campsites throughout the Boundary Waters offer views of far shores and dramatic skies. Visitors can see wolves, pine marten, fisher, moose, otter, mink, beaver, deer, and other mammals. Bald eagles, Canada jays, ospreys, broad-winged hawks, barred owls, great gray owls, loons, and more than 200 other bird species nest in or pass through the Boundary Waters. The Boundary Waters is one of North America's great sport fisheries, where one can catch lake trout, walleyes, northerns, and smallmouth bass on a spinning rod or fly rod. Visitors experience a natural soundscape of wind in the trees; waves lapping on the shore; rapids and waterfalls; the slap of a beaver's tail; howling wolves; the calls of loons, thrushes, warblers, ravens, and chickadees; and much more. The Boundary Waters is the most-visited Wilderness Area in the U.S. National Wilderness Preservation System. More than 165,000 people visited the Boundary Waters in 2020.

5.      Voyageurs National Park ("Voyageurs National Park" or "Park") is located in close proximity to and immediately downstream of both the 1.1 million-acre Boundary Waters and Ontario's 1.2 million-acre wilderness park known as Quetico. Voyageurs National Park (218,000 acres) is dominated by some 900 islands spread across 84,000 acres of interconnected lakes and waterways. The aquatic residents of the Park include snapping turtles, otters, and 53

species of fish, including lake sturgeon, walleye, and smallmouth bass. Voyageurs National Park likely offers one of the best chances of any National Park in the lower 48 states for a visitor to hear wolves howl or to see bald eagles on the wing or the nest. All these native animal species and some of the native plants, most notably wild rice, depend on clean water to thrive. People are attracted to the clean water of Voyageurs National Park, and nearly 240,000 people visit the Park each year to fish, swim and boat. I have visited Voyageurs National Park on many occasions over the past thirty years.

6.  NMW has participated in public review and comment processes, and in legal proceedings, involving U.S. Forest Service ("USFS") and Bureau of Land Management ("BLM") decisions affecting the Boundary Waters and National Park Service ("NPS") decisions affecting Voyageurs National Park. NMW's participation has included attendance at public meetings hosted by the USFS, BLM, and NPS; review of USFS, BLM, and NPS project descriptions to understand proposed actions; submission of comment letters on some proposed projects; meetings with USFS, BLM, and NPS staff to discuss questions and concerns; administrative appeals of some USFS or BLM decisions; and, in some instances, mounting a legal challenge to a USFS or BLM decision or action. NMW participated in public review and comment processes relating to the development of a management plan for Voyageurs National Park. From 1996 to 1999, NMW was an active member of a national coalition of nonprofit conservation organizations that opposed Congressional proposals that would have (i) increased motorized use in the Boundary Waters; and (ii) placed management of Voyageurs National Park and the Boundary Waters under local control. NMW's paramount concern in recent years has been to oppose proposals to develop sulfide-ore copper mines in the Rainy River Drainage Basin and adjacent to the Boundary Waters wilderness boundary and to advocate for permanent

5

protection of the Boundary Waters, Quetico, Voyageurs National Park, and the Boundary Waters watershed from sulfide-ore copper mining.  To achieve that end, NMW leads a national coalition of more than 400 conservation groups, hunting and fishing organizations, and businesses that have united as the Campaign to Save the Boundary Waters. NMW and its supporters and partners have met with scores of elected officials, agency representatives of the State of Minnesota, the U.S. Congress, the U.S. Department of Agriculture and its agency the USFS, and the U.S. Department of Interior and its agency the BLM to explain the threat posed by proposed sulfide-ore copper mining in the watershed of the Boundary Waters. NMW and its supporters and partners participated in six public comment periods including:

(1)     In 2016, a 31-day public input period (June 20, 2016 – July 20, 2016) and two public listening sessions held by the USFS to receive comments on its decision as to whether to consent or withhold consent to a renewal of the two expired federal mineral leases (MNES-0152 and MNES-0153) located on public lands in the Boundary Waters watershed. During the public input period NMW and its members, supporters, and partners submitted 74,061 written comments and signatures on petitions asking the USFS to withhold consent to renewal of the leases. NMW submitted scientific and economic reports to support the position that the USFS should withhold its consent.

(2)     In 2017, in connection with a 211-day scoping period (January 13, 2017 – August 11, 2017) for public comments that included three public listening sessions for the Superior National Forest Mineral Withdrawal environmental review (based on the January 2017 USFS application),

6

NMW and its supporters and partners submitted 121,680 written comments and signatures on petitions supporting the January 2017 USFS application to withdraw 234,328 acres of Superior National Forest lands and minerals from the federal mineral leasing program as necessary to protect the Boundary Waters. Of the 81,032 unique comment letters, 98.2% (79,568) supported the mineral withdrawal. Of the 44,128 petitions and postcards received by the USFS, 95.65% (42,112) supported the withdrawal. NMW submitted scientific and economic reports to support the mineral withdrawal.

(3)    In 2018, in connection with a 34-day comment period (January 26, 2018 – February 28, 2018) for the Superior National Forest Mineral Withdrawal environmental review (based on the January 2017 USFS application), NMW and its supporters and partners submitted 55,700 written comments and signatures on petitions supporting the USFS application to withdraw 234,328 acres of Superior National Forest lands and minerals from the federal mineral leasing program as necessary to protect the Boundary Waters. NMW submitted scientific and economic reports to support the mineral withdrawal.

(4)    Beginning on December 20, 2018, in connection with a 42-day comment period (December 20, 2018 – January 22, 2019) for an environmental assessment of the impacts from the proposed renewal of canceled federal mineral leases MNES-01352 and MNES-01353, NMW and its supporters and partners submitted approximately 94,000 comments opposing the

7

renewal of the canceled mineral leases and objecting to the adequacy of the environmental assessment. This massive response occurred even though the comment period occurred over the year-end holidays and during a partial government shutdown. Comments could only be submitted by mail to the Milwaukee BLM office or by submittal via a BLM e-Planning page. For at least eight days during the comment period, the BLM e-Planning page was inoperative, and comments could not be submitted. During the partial government shutdown, the Milwaukee BLM office was closed, and packages sent by delivery services were rejected and returned to senders.

(5)     Beginning on October 21, 2021, in connection with a 91-day public comment period (October 21, 2021 – January 19, 2022) on the September 2021 USFS application for a 20-year mineral withdrawal of 225,504 acres of federal lands and minerals in the watershed of the Boundary Waters, NMW and its supporters and partners submitted approximately 249,000 written comments in support of the mineral withdrawal. NMW submitted scientific and economic reports to support the mineral withdrawal.

(6)     In connection with the 45-day public comment period (June 23, 2022 – August 12, 2022) on the draft Environmental Assessment of the USFS's September 2021 application for a 20-year mineral withdrawal of 225,504 acres of federal lands and minerals in the watershed of the Boundary Waters, NMW and its supporters and partners submitted approximately 80,000 written comments in support of the proposed mineral withdrawal.

8

Since 2016, when the USFS as the land manager of the Boundary Waters and the rest of the Superior National Forest began to take measures to protect the Boundary Waters, Quetico, and Voyageurs National Park from the unacceptable risk of harm that would be caused by sulfide-ore copper mines in the headwaters of the Wilderness, the American people have clearly and strongly expressed support for protection and for banning sulfide-ore copper mining on federal public lands in the watershed of the Boundary Waters. Altogether, the American people have responded during 454 days of official public comment periods, including eight listening sessions, to advise the USFS and the BLM of their views on sulfide-ore copper mining in the Boundary Waters watershed. The American people have delivered more than 674,441 written comments to the federal agencies (the BLM and the USFS) expressing support for measures that would protect the Boundary Waters, Quetico, and Voyageurs National Park, including specifically the denial of federal mineral leases, prospecting permits, and mine plans, and, most important, the implementation of a 20-year mineral withdrawal from the federal mineral leasing program of federal lands and minerals located in the Superior National Forest and in the watershed of the Boundary Waters (the Rainy River Drainage Basin).

7. NMW has commissioned statewide polling on the issue of sulfide-ore copper mining in the watershed of the Boundary Waters. In 2018, Fabrizo Ward (pollster for the 2016 Trump presidential campaign) found that:

(1) 70% of Minnesota voters oppose copper mining near the Boundary Waters.

(2) 56% of voters in the Eighth Congressional District, the location of the Boundary Waters and the Park, oppose copper mining in areas near the Boundary Waters.

9

(3)    59% of Minnesota voters oppose the decision by the Department of Interior (2019) to renew mining leases for a mining company seeking to develop copper mining near the Boundary Waters.

(4)    87% of Minnesota voters see the importance of outdoor recreation to the economic future of Minnesota.

In March 2016, Minnesota Governor Mark Dayton sent a letter to the Twin Metals COO in which he states "As you know the BWCAW is a crown jewel in Minnesota and a national treasure. It is the most visited wilderness in the eastern US, and a magnificently unique assemblage of forest and waterbodies, an extraordinary legacy of wilderness adventure, and the home to iconic species like moose and wolves. I have an obligation to ensure it is not diminished in any way. Its uniqueness and fragility require that we exercise special care when we evaluation significant land use changes in the area, and I am unwilling to take risks with that Minnesota environmental icon…my concern about using state lands to advance mining operations in close proximity to the BWCAW and given the uncertainty surrounding Twin Metals federal mineral leases, I wish to inform you that I have directed the DNR not to authorize or enter into any new state access agreements or lease agreements for mining operations on those state lands." Fabrizio Ward found that the Governor's decision was a popular one. Nearly two-thirds of Minnesota voters favor the Governor's decision. Support for the Governor's decision is intense with half of all voters saying they strongly favor the directive.

13.    In July 2020, the polling firm ALG Research conducted a statewide poll of similar size to the Fabrizio Ward poll. Responding to the ALG Research poll, voters in Minnesota made clear that they want to protect the Boundary Waters from the dangers of sulfide-ore copper mining. Minnesotans are deeply connected to the Boundary Waters and, even in the context of the

10

COVID-19 pandemic, are not willing to compromise its protection. ALG Research found that voters in Minnesota opposed sulfide-ore copper mining on the edge of the Boundary Waters by a 39-point margin (62% oppose/ 23% favor). Opposition to sulfide-ore copper mining on the edge of the Boundary Waters is both geographically broad and bipartisan. ALG Research found that Minnesotans overwhelmingly support permanent protection for the Boundary Waters. More than two-thirds of Minnesotans (68%) want the Boundary Waters permanently protected from threats such as sulfide-ore copper mining.

14.    A March 2022 statewide survey by Impact Research found that the Boundary Waters is uniquely popular with an 86% statewide favorability. By a 2-to-1 margin, Minnesotans oppose sulfide-ore copper mining in the headwaters of the Boundary Waters (60% oppose, 31% support). Sixty-seven percent of Minnesotans support permanent protection of the Boundary Waters through a legislative ban on sulfide-ore copper mining in the watershed. Finally, by a 19-point margin, Minnesotans agree the state of Minnesota should update its nonferrous mining rules to protect the Boundary Waters.

15.    People who live or own property in the area where Plaintiffs seek to develop a sulfide-ore copper mine are threatening to leave if this type of mining is developed there. In 2014, the Center for Small Towns & Data Services Center at the University of Minnesota-Morris released a report on its survey of property owners in the four townships surrounding Ely (Morse, Eagles Nest, Fall Lake, and Stony River). Canceled Leases MNES-0152 and MNES-0153, the rejected PRLAs, the rejected MPO, and federal prospecting permits are located in the townships area. In addition to examining the ownership trends within the four townships, the survey asked residents about what they valued about the region. When asked, "Why do you choose to live or own land in the four townships area?" respondents overwhelmingly highlighted natural amenities.

11

Conversely, when asked what would make them leave the four townships area, respondents chose "mining" (23%) and "pollution" (22%) as the top two of three categories. The report explains that most of the "mining" response came from those expressing potential negative consequences from mining.

16.     Northern Minnesota's economy is, to a large extent, defined by its strong and growing outdoor recreation component. According to the Outdoor Industry Association, outdoor recreation in Minnesota generates annually $16.7 billion in consumer spending, $4.5 billion in wages and salaries, and $1.4 billion in state and local tax revenue, and it supports 140,000 direct jobs. According to Explore Minnesota (the state tourism department), the Boundary Waters and Voyageurs National Park are major contributors to the economy of northeastern Minnesota, where tourism supports more than 17,000 jobs and generates $913 million in sales annually to the region. Finally, the Congressional Sportmen's Foundation has documented Minnesota's strong hunting and fishing tradition: Minnesota ranks 7th nationally in spending by sportsmen and women. Minnesota hunters and anglers spend $3.17 billion per year and support 47,901 jobs, according to Consumer Reports.

17.     According to a 2017 study by Key Log Economics, copper mining on canceled leases MNES-01352 and MNES-01353 and other public lands in the watershed of the Boundary Waters would be harmful to the economy of northeastern Minnesota.  Based on conservative assumptions, development of sulfide-ore copper mining on Superior National Forest lands in the Boundary Waters watershed would have these consequences for the three-county Boundary Waters region:

    A. In travel and tourism, $288 million in lost annual visitor spending that would support:

        a.      4,490 local jobs;

    b.     $76 million in residents' income;

    c.     $31 million in state and local taxes; and

    d.     $181 million in proprietor's income and business-to-business transactions in diverse and growing industries.

B. If sulfide-ore copper mining suppresses or reverses overall amenity-based growth at the heart of the recovery of northeastern Minnesota since the early 1980's the region would experience:

    a.  5,066 to 22,791 lost jobs; and

    b.  Between $402 million and $1.6 billion in lost annual income.

C. Property value losses (a one-time drop in asset value that will spawn annual reductions in local property tax revenue throughout the region) are projected to be $509 million.

18.    An independent study by prominent Harvard economist James Stock and his graduate student Jacob Bradt compares the effects of a proposed 20-year mining ban near the Boundary Waters, including in the areas covered by canceled leases MNES-01352 and MNES-01353, the rejected PRLAs, and the rejected MPO, with the consequences of Plaintiffs' mine. The Stock/Harvard study projected 72 different scenarios which in turn generate 72 different time paths for income and employment over 20 years. The analysis shows that mining would likely have a negative effect on the regional economy in both employment and income because of the negative impact of mining on the recreational industry and on in-migration. The findings highlight the importance of considering the long-term effects of resource extraction in natural amenity rich areas. Here the preponderance of the scenarios (89%) indicates fewer jobs and less

13

income resulting from Plaintiffs' mining project, meaning that an economy based on copper mining would significantly underperform the existing growing, sustainable economy.

19.     NMW is the founder and lead organization of a national coalition called Campaign to Save the Boundary Waters ("Campaign"). The Campaign draws support from residents and property owners in Northeastern Minnesota and from individuals and families throughout Minnesota and the rest of the United States; faith organizations; local, regional and national environmental organizations; northeastern Minnesota resorts, canoe trip outfitters, and dogsled businesses; other outdoor recreation industries throughout the nation; regional, national, and international businesses; hunting and fishing conservation organizations; military veterans organizations; youth organizations; local, state, and national elected leaders; medical doctors; and more. The Campaign seeks to permanently protect the Boundary Waters, Quetico, and Voyageurs National Park from sulfide-ore copper mining by advocating for a ban on sulfide-ore copper mining on public lands in the Boundary Waters watershed.

20.     NMW's interests include protecting forever the Boundary Waters and maintaining its purity, wilderness character, water quality, forests (including wetland forests), quietude, air quality, and animal, bird, and plant species diversity for the use and enjoyment of all people for all time.  NMW has more than 400,000 supporters across Minnesota and the country. NMW supporters enjoy, appreciate, and benefit from the natural resources in the Superior National Forest, especially the waters, lands, plant communities, and fish and wildlife in the Boundary Waters, and have a long-standing interest in lynx, moose, wolf, and a great diversity of other endangered, threatened, or rare animals and birds, and in wildlands conservation, both in the Boundary Waters and across the Superior National Forest.

14

21. My interests and those of NMW and its supporters would be harmed by the actions requested by Plaintiffs, are in particular, by the reinstatement of canceled federal minerals leases MNES-01352 and MNES-01353, the rejected PRLAs, and the rejected MPO, and by an adverse ruling on January 25, 2022 Memorandum Opinion by Principal Deputy Solicitor Downs.

22. A photograph of the South Kawishiwi River and Birch Lake, the site of canceled MNES-0152 and MNES-0153 leases, the rejected PRLAs, and the rejected MPO is attached as Exhibit A. Almost all of the lands depicted in the photo would be converted from a healthy, well managed, multiple use national forest into a large sulfide-ore mining district if sulfide-ore copper mining were developed on canceled leases MNES-0152 and MNES-0153, the rejected PRLAs, and the rejected MPO. The lands in the photo, including the canceled leases, the rejected PRLAs, and the rejected MPO, are located entirely within the boundaries of the Superior National Forest. Canceled Lease MNES-0153 is immediately adjacent to the wilderness boundary of the Boundary Waters and on lands along or very near the South Kawishiwi River. Canceled Lease MNES-0152 is located within approximately five miles of the wilderness boundary of the Boundary Waters and on lands along the South Kawishiwi River and Birch Lake. The South Kawishiwi River and Birch Lake flow into the Boundary Waters. The Boundary Waters is on the horizon in the photo. Thirty resorts, outfitters, camps, campgrounds, a University of Minnesota forest research facility, and hundreds of homes are located along the South Kawishiwi River, Birch Lake, and downstream lakes. These properties, property owners, visitors, and businesses would be irreparably harmed if sulfide-ore copper mining were developed in the watershed.

23. NMW's 400,000 supporters include residents from all 50 States. Supporters have signed NMW petitions calling for the protection of the Boundary Waters and the Park; written letters to the USFS and/or the BLM; spoke and/or attended public listening sessions; advocated with local,

15

state, and federal policymakers; promoted and/or attended events or shared messages from NMW and/or the Campaign; financially supported NMW; or otherwise aided NMW's and the Campaign's efforts to protect the Boundary Waters and the Park permanently by prohibiting sulfide-ore copper mining on public lands in the Boundary Waters watershed.

24. The coalition of organizations that belong to and supporting the Campaign includes local, regional, and national conservation groups, hunting and fishing groups, and businesses with a combined membership of more than 18,000,000 people across the United States.

25. As amply demonstrated for decades throughout the western United States, the biggest single threat from sulfide-ore copper mining is the pollution of water. Forty percent of western watersheds are polluted by hardrock mining. Sulfide-ore copper mining is hardrock mining.

26. Mineral prospecting activities, including exploratory drilling, helicopter surveying, and road building, generate far-reaching negative sounds, sights, air pollution, water pollution, and habitat impacts that are highly disruptive to wildlife and harm the use and enjoyment of private and public lands around the two now-canceled lease sites and prospecting areas and on popular recreation lakes and rivers in the Superior National Forest (for example, South Kawishiwi River and Birch Lake) and in the Boundary Waters (for example, South Kawishiwi River, Little Gabbro Lake, Gabbro Lake, and Bald Eagle Lake). These negative impacts were experienced by residents and visitors between 2004 and 2006, when Franconia Minerals was drilling at the south end of Birch Lake, and 2006 to 2014, when Twin Metals Minnesota and its parent Duluth Metals were drilling on the two now-canceled federal leases and surrounding prospecting permits near the Boundary Waters.

27. Scientific reports show that low buffering capacity of the region's water and soil and the interconnection of lakes and streams make the Boundary Waters watershed particularly

16

vulnerable to the impacts of sulfide-ore copper mining. Sulfide-ore copper mining would result in sulfuric acid, sulfides, sulfates, and heavy metals contaminating waters in the watershed. From the location of the canceled federal mineral leases, the rejected PRLAs, and the rejected MPO, water flows into and through the heart of the Boundary Waters, into the Quetico and along the U.S. – Canada border, and finally into Voyageurs National Park. Consequently, clean water – the natural asset most essential to the health of the Boundary Waters, the Quetico, and the Park – is also the resource most at risk of permanent pollution from sulfide-ore copper mining in the watershed of the Boundary Waters and the Park. Scientific studies have documented that water pollution from sulfide-ore copper mines on canceled leases MNES-0152 AND MNES-0153, the rejected PRLAs, and the rejected MPO is inevitable and will flow into the Boundary Waters. Because the Boundary Waters is a National Wilderness Area and because of its unique ecology of interconnected groundwater, wetlands, rivers, and lakes, there is no practical or lawful way to mitigate or fix water pollution after it flows into the Boundary Waters, whether by groundwater or surface water pathways.

28.     The Boundary Waters receives special protections provided by the Wilderness Act and the 1978 Boundary Waters Wilderness Act, as well as from Section 402 of the Reorganization Plan No. 3 of 1946, 60 Stat. 1097, 1099, and the Act of June 30, 1950 (64 Stat. 311; 16 U.S.C. 508(b)). The Park receives special protection provided by the National Park Service Organic Act and the 1971 Act establishing the Park. Both the Boundary Waters and the Park are protected through the Clean Water Act, which classifies the Boundary Waters and Voyageurs National Park as "Outstanding Resource Value Waters." This means that any deterioration or degradation of the quality of the waters of the Boundary Waters and the Park is prohibited; the laws prohibit

17

the degradation of the high quality of waters flowing into the Boundary Waters and the Park. The Boundary Waters and the Park are classified as Class 1 Airsheds by the Clean Air Act.

29. Clean water is and has been one of the signature features of the Boundary Waters, the Quetico, and the Park. Many Boundary Waters travelers, including me, drink pure water directly from Boundary Waters and Quetico lakes.

30. Sulfide-ore mining proposed in the Boundary Waters watershed, immediately adjacent to the Boundary Waters and upstream from the Boundary Waters, the Quetico, and the Park, would pollute clean water and damage the important habitat used by many types of wildlife. Sulfide-ore mining has a consistent record of devastating environmental harm, including contaminating waters, degrading forests, and unpredicted, catastrophic spills of toxic materials. There are inherent risks to sulfide-ore mining; U.S. Environmental Protection Agency toxic pollution records show sulfide-ore mining to be the biggest generator of toxic waste in the nation. Reinstatement of canceled leases MNES-0152 and MNES-0153, the rejected PRLAs, and the rejected MPO for the purpose of the development of such a polluting industrial mining activity within the watershed of the Boundary Waters, the Quetico, and the Park would harm NMW and its members, including me, by degrading the Boundary Waters, the Quetico, the Park, and parts of the Superior National Forest outside the Boundary Waters but within its watershed, along with Boundary Waters entry points and approaches to those entry points. Reinstatement of the canceled leases, the rejected PRLAs, and the rejected MPO and the activities stemming from the reinstatement would harm many people, including NMW supporters and other visitors to the Boundary Waters, by putting them in the position of either abandoning parts of the Superior National Forest, the Boundary Waters, the Quetico, and the Park that they currently use and love, or of using those areas and experiencing them in degraded and polluted condition.

18

Reinstatement of the canceled leases, rejected PRLAs, and rejected MPO and the mine project development activities that would result from the reinstatements would deny me and other people the use and enjoyment of private and public lands and waters on the Superior National Forest, including the Boundary Waters; the Quetico; and Voyageurs National Park. In addition, reinstatement of the canceled leases, the rejected PRLAs, and rejected MPO would harm me and others who would incur loss of value to their homes and may decide to move away because of the loss of those values and natural amenities (clean water, clean air, quietude, wildlife) that attracted them to live in the area. Reinstatement of the canceled leases, rejected PRLAs, and rejected MPO would harm businesses in the region, in the state, and elsewhere in the country. Reinstatement of the canceled leases, rejected PRLAs, and rejected MPO would harm people whose jobs depend on a clean and healthy Boundary Waters; job losses in the Boundary Waters region, in the three-counties of the Boundary Waters, and elsewhere in the state would be significant.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: Nov. 10, 2022

REBECCA L. ROM

19