**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TWIN METALS MINNESOTA LLC &
FRANCONIA MINERALS (US) LLC,

      Plaintiffs,

  v.

UNITED STATES OF AMERICA, *et al.*,

      Defendants,

  and

PIRAGIS NORTHWOODS COMPANY, *et al.*,

      Defendant-Intervenor-Applicants.

Case No. 1:22-cv-2506-CRC

**DECLARATION OF STEVEN J. PIRAGIS**

I, Steven J. Piragis, declare as follows:

1.      I have been a resident of the Ely area since 1976. I currently reside with my wife Nancy at 3147 Wolf Lake Rd. Ely, Minnesota 55731. I came to Ely to work as a contractor of the US Environmental Protection Agency (EPA) on the Shagawa Lake Project. My 46-year residency in the Ely area stems from a strong attraction to the town, its people and especially to the surrounding public lands in and on the edge of the Boundary Waters Canoe Area Wilderness (Boundary Waters).

2.      The Boundary Waters is a vast, interconnected network of more than 1,175 lakes set in a landscape of northern forest, wetlands, hills, and cliffs.  When ice-free, the Boundary Waters is canoe country.  Lakes are connected by channels, streams, rivers, and portages that allow paddlers to paddle or carry their canoes and packs from one lake to the next, so that it is possible to paddle 1,200 miles of canoe routes through the Wilderness.  The network of lakes and the energy efficiency of canoe travel make the Boundary Waters one of the most beautiful and accessible Wilderness Areas in the country.  At 1,086,953-acres, the Boundary Waters is the largest Wilderness Area east of the Rocky Mountains and north of the Everglades.  The Boundary Waters is the most water-rich portion of the most water-rich National Forest in the nation. According to the United States Forest Service, the surface waters in the Superior National Forest, of which the Boundary Waters holds the most substantial share, contain 20% of all the fresh water in the entire National Forest System.  The Boundary Waters is strikingly beautiful. With every portage, around every point or passage through a narrows, is a new vista of water, shoreline, pine-covered hills, black spruce and tamarack bogs, cliffs and waterfalls, and dramatic skies.  Visitors can see wolves, pine marten, fisher, moose, otter, mink, beaver, bald eagles, Canada jays, ospreys, broad-winged hawks, barred owls, great gray owls, loons, and more than

200 other bird species that nest in or pass through the Boundary Waters.  Visitors experience a natural soundscape of wind in the trees, waves lapping, rapids and waterfalls, the slap of a beaver's tail, howling wolves, and the calls of loons, thrushes, warblers, ravens; and more.  The Boundary Waters is the most-visited Wilderness Area in the U.S. National Wilderness Preservation System.  In 2020, the U.S. Forest Service counted more than 165,000 wilderness visitors.

3.      My first canoe trip into the Boundary Waters was in 1975 with my wife Nancy. As youthful biologists from the long-industrialized New England, we were amazed to see other canoeists drinking the water right out of the lakes. We quickly adopted this, and to this day we remain overwhelmed with awe that such a place in the heartland of our continent remains this clean.

4.      I co-own Piragis Northwoods Company, located on Central Avenue, the main street of downtown Ely. Nancy and I started our business in 1979 to serve the needs of wilderness paddlers coming to this canoe area destination and the outdoor needs of the local populace. In the last 43 years, we have grown steadily to the point where we today employ 20 full-time, year-round staff. In the peak summer months, this number rises up to 55 employees. Our payroll now exceeds one and a half million dollars. We are proud of our contribution to the local economy through our employment and emphasis on local spending.

5.      My work with the EPA in Ely led to my obtaining a Master's Degree in Zoology with a specialty in limnology from The University of New Hampshire. With my knowledge of limnology, I am aware of the delicateness of unspoiled waters such as those in and around the BWCAW. The potential damage to these waters by sulfide-ore copper mining is immense and negatively affects me, my family, and our store's customers. It is my understanding that the US

2

EPA has declared sulfide-ore mining to be one of America's most polluting industry. Specifically, for the lands covered by the two federal mineral leases that Twin Metals wants to have reinstated, the path of pollution that would eventually result from this type of sulfide-ore copper mining runs right through the middle of our prime canoe routes.

6.     More than fifty percent of our clients travel by canoe in the Boundary Waters region. I, like most of our clients, enjoy fishing the wilderness lakes of the Boundary Waters. Great fishing, along with clean air, water you can drink directly from the lakes, and the natural sights and sounds, is the essence of the Boundary Waters experience. Any industrialization on the perimeter of the Wilderness where water flows into the Boundary Waters will inevitably degrade the Boundary Waters and change the purity of this experience. Important and popular wilderness lakes lie just downstream from the proposed Twin Metals sulfide-ore mine. If acid and heavy metals pollute the Kawishiwi River, as I believe they inevitably will with this type of mining along and under the river and Birch Lake, then Fall Lake, Newton Lake, and Basswood Lake will be among the first in the Boundary Waters to be affected. The pollution would then continue down the border route made famous by the Voyageurs. My clients and many others would be repelled by pollution of and other harm to the Boundary Waters, and my business will suffer. It would not take long for the recreational economy we have worked so hard to develop for the last 100 years in Ely to be severely affected.

7.     The threat that sulfide ore mining represents hits me and our business at the core of our existence. Thousands of paddlers pass through our doors each summer, telling us how important this pure wilderness is to their lives and their psyches. The Ely Chamber of Commerce advertises Ely as "the last pure experience."  It may not be the last but it is certainly the most important in the lives of the thousands who visit here every year. There is great wisdom in the

3

saying that perception is reality. If we are perceived as less than the "last pure experience," our business will suffer quickly, as will our town and the whole region.

8.      My interests and those of my business would be harmed by actions taken to reinstate the only two federal mineral leases located in the Boundary Waters watershed. Likewise, my interests and those of my business would be harmed by other actions, including but not limited to the reinstatement preference right lease applications, prospecting permits, applications to extend prospecting permits, or the rejected Twin Metals mine plan. These actions, if taken, would give the mining companies an ability to develop and operate a sulfide-ore copper mine in the watershed of the Boundary Waters, since the cancelled leases by their terms purport to grant the lessee the right to mine.  Reinstating leases for sulfide-ore copper mining in the Boundary Waters watershed would make mining seemingly a foregone conclusion, harming the value of my business, the monetary value of which is directly connected to future revenues expressed in present-day dollars.

9.      My interests, those of my clients, and therefore those of our business, lie in protecting the Boundary Waters and maintaining its wilderness character; protecting and improving the quality of water in the lakes, streams, and rivers within the Boundary Waters and elsewhere on the Superior National Forest; promoting non-motorized recreation; protecting the aesthetics experienced by visitors to the BWCAW as they enter and depart the wilderness; and running a business that provides outfitting and guiding services to visitors to the wilderness. Reinstatement of the leases and lease applications, prospecting permits and other mineral interests on which the mining companies' rejected mine plan was based will lead to permanent and irremediable harm to my interests and those of my clients.

4

10.    I think it incomprehensible that, with our environmental experience and knowledge today, we could even consider reinstating and renewing these leases of our federal estate to the interests of any sulfide-ore copper mining companies.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:  12/19/22

Steven J. Piragis

5