**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> and <br><br> PIRAGIS NORTHWOODS COMPANY, *et al.*, <br><br> Defendant-Intervenor-Applicants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 1:22-cv-2506-CRC

**DECLARATION OF DAVID SEATON**

I, David Seaton, declare as follows:

1.    I reside with my wife, Nancy, at 318 S Hungry Jack Rd., Grand Marais, Minnesota 55604.

2.    I believe in wilderness preservation and live, recreate, work and have raised my family in the Boundary Waters Canoe Area Wilderness ("Boundary Waters") region. The Boundary Waters is not merely a playground for city folk and elites who come here to play. Many people live in the Boundary Waters region, whether in towns, cities, or in a rural area as I do, to be nearer the place they love and to live and work in the area. Though my address says Grand Marais, Minnesota, I live more than 30 miles away, on Hungry Jack Road, a side-road off the Gunflint Trail, which originates in Grand Marais.

3.    I have lived on the Gunflint Trail adjacent to the Boundary Waters since 1989, was born and raised in Minnesota and have been a paddler in the Boundary Waters since 1976, when I was a boy. My family has enjoyed the landscape throughout the Superior National Forest all my life. My parents are transplants to Minnesota from the east and west coasts. They stayed here largely because of the opportunities for natural outdoor recreation and the attitude of preserving the natural environment which they found in the people of Minnesota. My father was a minister and guided youth groups in what is now the Boundary Waters since 1967. The north shore of Lake Superior and the Superior National Forest and natural places across the country have been my recreational centers for most of my life. That appreciation has been passed on to me and to my children who were raised at the edge of the Wilderness.

1

4.      Nancy's family members are second generation immigrants from Norway and Denmark.  The similar landscape and economic opportunity are what drew them here.  Nancy's early wilderness experience is more traditional through cabin stays and summer camps in the wilderness but she also pursued it through education in studying the botanical variety that only a boreal forest wilderness can provide.  Nancy and I are also artists and are inspired by the images and emotions this area holds and conveys.

5.      Nancy and I own a home and business located on eight acres of private land on the south shore of Hungry Jack Lake within one mile of the Boundary Waters boundary, which is just two lakes and one portage from us.  We are active members in our community and have raised our two sons here.  This is not without its costs.  One gives up much of what many take for granted in the modern world, but it has proven to be worth every inconvenience and shortcoming we have experienced.  The combination of economic opportunity provided by the wilderness and the inherent beauty and experiential treasures it provides more than compensates for any perceived lack of modernity.  We see the Boundary Waters in some form nearly every day of the open water season and many times through the rest of the year.  We hike, paddle, ski and snowshoe in our neighborhood and all over the region whenever possible.  It is our major form of recreation and enjoyment of life.

6.      The business Nancy and I own and operate is Hungry Jack Outfitters, which has provided outfitting services and accommodations under that name to wilderness paddlers since 1983.  Under the name Sunset Point Cabins, this business provided accommodations and guiding services in the area since 1959.  We have owned Hungry Jack Outfitters since 1991.  Prior to that, we both lived and worked at other resorts on the Gunflint Trail.  Nancy's family has had a summer cabin on Gunflint Lake, adjacent to the Boundary Waters, since 1976.  Though we both

grew up in urban areas, the north woods has always been "home" to us both.  It is the mutual

appreciation of this area which drew us together and cemented our relationship.  Our business is

primarily a rental operation which provides canoes, camping gear, food and overnight

accommodations for people who want to experience the wilderness.  However, the real product

we serve is information and knowledge about the ways of the woods and detailed information

about the routes through the lakes and streams of Canoe Country.

7.      Our clients come mainly from the Midwest, with the metropolitan areas of the

interstate Highway 35 corridor from Minneapolis to Dallas being the major markets, though our

clients come from a broad cross section of rural, urban and suburban communities.  Our

customers cross all economic and age demographics.  We have CEOs of major corporations and

Nobel Laureates, and we have lots of regular folks.  Most appear to be in the middle class, but

we have some who are very wealthy as well as people of very humble means.  We have people

of all ages out on a friends' paddling trip, we have families with their children, and we have

retirees who love to be in the wilderness and wish to share a simpler experience with their

grandchildren.  We also have guests come from all over the world and have hosted groups from

Japan, Germany, Switzerland, the UK, Zimbabwe, Brazil and many other far flung parts of the

planet.

8.      We and our customers utilize all the Boundary Waters's waters and routes.  Most

of our guests stay close to our location but others travel far and wide within this expansive

wilderness.  Some of our customers paddle from the far western edge all along the border to

Lake Superior.  Some paddle from the North side of Canada's Quetico Park all the way across to

the south and into the Boundary Waters and back to our base.  Many paddle in the heart of the

Boundary Waters not far from the Kawishiwi River.

9.      People come back from their time in the Boundary Waters changed.  They look different and behave differently.  The calming effect of nature is evident in their faces and actions.  Most compelling are the comments we get from travelers from other countries – either new to the Boundary Waters or expats–who are coming home for a taste of what they treasure most about the United States of America.  They are astonished at the vastness of the Boundary Waters and the level of preservation we have managed to maintain.  They marvel at the quiet, the dark sky and the cleanliness of the water.  Without exception, they are grateful for the existence of such a pristine place because their countries have nothing left like this in any measure.

10.     I guide people through the wilderness on canoe trips several times each year. When I do, I frequently answer questions our customers ask about the Boundary Waters ecosystem, its history, and its native plants and animals.  For Nancy and me, passing on the wonders of the Boundary Waters ecosystem in its unfettered form is our greatest honor whether that is to our children on our personal adventures or to the thousands of our guests who enjoy this great treasure every year.  We see wildlife both large and small throughout the region and in our own backyard.  We have moose calving near our home and wolf packs within howling distance, but we also have rare plants and all the amazing biota that a natural environment supports and requires to function properly, from microbes and spores to centuries-old trees.  All those things are even more abundant inside the wilderness and need to be protected.

11.     The Boundary Waters is an unparalleled place in which to learn about the complexity and interconnectedness of ecosystems and their component organisms.  A zoo is not an ecosystem.  While there may be moose and lynx and bears in a zoo, it is not the ecosystem which would allow them to survive or thrive – it is merely a postcard of the real thing and in no way sustainable.  Species diversity is important and will become more so as our world changes

4

and our population grows.  The Superior National Forest and the Boundary Waters in particular are repositories of species, and habitat, on the macro and micro level.  It cannot be replaced and, as a wilderness, it cannot be restored if polluted with sulfide-ore copper mining pollution.

12.    Lynx, moose, otter, and wolves are the flagship species of this landscape and cannot live without the kind of functioning ecosystem that exists in the region.  However, it is the existence of snowshoe hares and their food sources, clean water which allows lily pads to grow and lots of small and larger game species which will determine their existence in this landscape.  All those smaller factors come into play when we change anything substantial within the region's waters.  Large tracts of undivided land are required for these and other species to thrive.  Fragmentation of their habitat not only makes their survival more tenuous but depletes all the other micro habitats their food sources rely on.

13.    The Boundary Waters is a designated wilderness and is a crowning jewel in the National Wilderness Preservation System.  Some downplay that designation because much of the region has seen significant human activity over the years, but this too must be taken into perspective.  Until the 1850's, there was only minimal impacts from Native American use of natural tools such as cultural fire, and limited and non-destructive resource consumption.  While this was ongoing for thousands of years, negative effects from their utilization of resources were limited to nonexistent.  After European arrival, logging and other adventures occurred in the region with longer-lasting but nonetheless fading and largely non-discernible effects.

14.    One can drive a car, use an all-terrain vehicle or motor boat in the vast majority of the United States.  Worldwide, restrictions on use of motorized travel and protections for wild places are even fewer.  Our National Wilderness Preservation System and National Parks System

5

are the envy of the world and we need to guard them carefully as they are not replaceable or renewable. We have something others now wish they had the foresight to have established.

15. My canoe trips are what I live for. Traveling through and camping in the Boundary Waters has made my life richer and it has done the same for thousands of my guests.

16. My childhood experience in the woods with my father set the basis for my values and view of the world. Access to a place where life was simple to its core was novel and exciting. I used to think that he taught me what it meant to be a good steward and citizen, but I feel that it was witnessing the interplay of the natural world and all its parts that influenced me most. Time away from all the things we consider "essential" and having to endure weather, discomfort, extreme physical exertion, and having to think on my feet to solve a problem were also large parts of my development and influenced my world view.

17. I have had the exceptional opportunity to raise my children near the wilderness, to take them out into the forests and lakes and let them see for themselves the rules of how the world really works first hand, how natural systems function and how there is always a backup plan when disaster strikes – as long as that disaster is natural. They have also learned patience and compassion through observation of the natural way of things. Seeing thousands of trees go down in a storm and then seeing the forest recover. Having massive fires rip through your neighborhood and threaten the lives of your friends and classmates is not something one goes through unchanged. It also affords the opportunity to observe the natural process of rejuvenation and renewal and to have the patience and presence of mind to allow those processes to occur. You don't get those lessons from school.

18. My boys have seen Liverwort grow within days in a natural band-aid over fire scorched earth to prevent erosion of precious top soil created over thousands of years. Those

6

Liverwort spores were just there waiting for the conditions where they were needed.  How many other natural solutions are in that soil waiting to be utilized?  We may never know if they are all killed by unclean water.  Nature has solutions which have developed over the millennia, but only for problems which have been there for that same time.  If we change that balance, we are likely to break it.

19.    To drink clean, pure water is a right.  It is also one of the greatest joys on this earth in which many do not have a chance to partake.  The Boundary Waters is one of the few places on earth where one can still paddle out to the middle of a deep, clear lake and dip a cup into the water and sate your thirst.  In the rest of our modern world, we either treat or filter water to mollify all the assaults we have placed upon our water resources, or people go through life in a constant battle with disease.   My father showed me that I could drink the water from Lac La Croix on the western edge of the Boundary Waters when I was a child.  I have shown this to my children here on lakes around the Gunflint Trail.  I plan to someday take my grandchildren to Lac La Croix and show them the water is clean enough to drink.  I drink water straight from the lake whenever possible in the Boundary Waters and Quetico Park in Canada.  I used to drink straight from Hungry Jack Lake where I live, but development – even as limited as it is – has made me rethink that.

20.    Perhaps the greatest thing I can share with a customer on a guided canoe trip is to drink water from the lake.  Many are skeptical and even completely opposed to the idea.  People are so used to the idea that all water is polluted and dangerous that they cannot bring themselves to drink from the water that surrounds them.  But it is possible to drink this water safely.  There are not many places on Earth where I would do that.  Above all else, this is what we need to protect.

21.     Time alone in the woods is a precious and primal thing.  I believe it is something we all require in some measure and unfortunately is missing from so many lives.  The Germans have a word for it—Waldeinsamkeit.  It consists of two words: "Wald" meaning forest, and "Einsamkeit" meaning loneliness or solitude.  It is the feeling of being alone in the woods, but it also hints at a connectedness to nature.  The feeling plays a big role in religion.  This is the feeling that I love most and it is where I feel close to God.  It is a feeling that I also love to share with others who have not experienced it.  Our world has few opportunities for this and fewer all the time as technology insinuates itself around the world.  We need to preserve places where this can occur.

22.     To be away from all the sounds of the modern world and now to have the chance to be away from our tech connections is also even rarer.  Allowing large, loud, dirty and destructive ventures around the edges of our wilderness chips away at those opportunities and degrades the experience of all those who seek them.

23.     If leases and applications for leases and prospecting permits are restored then sulfide-ore copper mining would likely move ahead, in which case its pollution would find its way into this fragile, unique watery ecosystem, and the results will be disastrous.  The geology of the region is understood enough to know there are fissures and cracks all through what at first seems to be solid rock. There is scientific evidence in published, peer-reviewed journal articles that shows pollution from the proposed sulfide-ore copper mining at the edge of the Boundary Waters and within the watershed will flow into and pollute the precious water within the Boundary Waters.  Experience with this type of mining elsewhere shows the pollution continues for centuries, essentially forever.

24.     I am a life-long learner of all things regarding the Boundary Waters and the landscape it inhabits.  I cannot claim credentialed expertise in these things, but I have a lifetime of experience in witnessing the processes which govern the environment around me and the ecosystem in which I call home.

25.     It has been an honor to share our love of the forests and lakes in the Superior National Forest and the Boundary Waters and Quetico Park for over 25 years.  We have helped thousands of people travel through, learn about and experience something different from their everyday lives.  I have seen the positive effect this has had on my guests and on my staff members over the years.  Many of my staff have chosen to relocate to the area permanently and have brought business and family to the community.  Many of my guests have become advocates for wilderness and other environmental causes in their own communities.

26.     Following the announcement by the Forest Service in the summer of 2016 that it was inclined to say no to renewing Twin Metals' federal leases, Nancy and I made some significant investments in our business.  We spent more than $20,000 remodeling one of our rental cabins from floor to ceiling, and another $20,000 on new canoes.  We would not have spent that money, or not so much money, but for the Forest Service's statement that it likely would not agree to the leases, and after that, the actual decision denying the leases renewal. The Trump era reinstatement of the federal mineral leases was a blow to me and Nancy and the future of our business. In 2021 we discussed with our sons whether one or both of them were interested in returning to the Gunflint Trail to become partners and eventually take over Hungry Jack Outfitters, but at the time they were unwilling to bank their futures on our business, in large part because of the risk represented by the threat of mining just upstream from the Boundary Waters.

9

27.    The announcements in late 2021 and early 2022, first of a new application to withdraw federal lands in the watershed of the Boundary Waters from mining and leasing, followed by the rejections of Twin Metals' lease applications, mine plan, and two federal mineral leases, changed our son Ben's calculations, and were a deciding factor in his decision to become a partner in the business, with the intent of taking control of it in coming years. It is a major career choice for him, and to pursue it he has relocated here. Following his decision in the spring of 2022, Nancy and I, with Ben, began making further investments in our business. We are in the process of building for him a new house on the property, to the tune of $300,000. If the leases, lease applications, other mineral interests, and mine plan were reinstated, I would be very concerned both for my son's future and the future of the business, and also about whether Ben might feel compelled to leave the business, in which case we would be looking at selling it, almost certainly at a discount. I am concerned that we would never get back out of our business the money we have just put into it. The most recent valuation of our business, inventory, list of dedicated clients, good will and reputation, buildings, and land is at roughly $1.7 million. I am 59 years old, and selling the business for more than we have put into it over the past 30 years is a substantial part of my and my wife's retirement plan. A decline in tourism to the Boundary Waters, or a shifting of where resorts send their clients from the Ely area to the Gunflint Trail, will mean that we will have fewer people using our outfitting business, and fewer entry permits available to our business from the quota granted to all Gunflint Trail entry points. Either or both ways, that would mean a substantial reduction in business and the value of my business.

28.    While we are not directly in the path of water pollution from the proposed mining leases, the reinstatement of these leases and the drilling, road work, and other mining preparation work the company would resume would certainly affect our business and our way of life. The

10

region is painted with a broad brush by the media and the public at large. When there is a fire in one small corner of the Boundary Waters, we get phone calls regarding the safety of family members on a trip who may be over a hundred miles from the fire. People tend to see things in categories. The Boundary Waters is held to a very high standard of protection and because of this high standard of preservation and qualities of wilderness and purity, people regard the Boundary Waters highly and want to visit. The reinstatement and renewal of the expired mineral leases on the edge of the Boundary Waters will have a drastic negative impact on people's view of the whole area. Sulfide-ore copper mining pollutes surrounding waters, people know that, and it would damage public perception of the Boundary Waters. Harming the idea of pristine wilderness would deal a blow to the local economy, and that could cause many businesses to suffer. Some may not survive.

29. I am aware that in other parts of Minnesota where tourism has declined, such as in the Detroit Lakes area, the resort businesses have simply disappeared. The businesses get sold for the land and buildings only, at a substantial loss in sale value compared to the sale of the business, inventory, client list, goodwill and reputation, etc., with the land and buildings. The value of my land and buildings, most recently, was $950,000. Damage to the reputation and recreation in the Boundary Waters, or a shifting in where that recreation occurs, would likely cost our business, and therefore me and my wife, between $700,000 and $750,000.

30. If the leases, lease applications, and mine plan are reinstated, then the mining would almost certainly go ahead. Many businesses will suffer loss of business and value of the business, and it is very likely that quite a few businesses will not survive. Even the people who continue to use the Boundary Waters would be harmed by having important areas of the Boundary Waters damaged and denied to them in their prior condition, as a result of exploratory

11

drilling- and mining-caused pollution of the water, air, night sky, the sound environment, and the wilderness experience.  People would avoid using routes and entry points that lead them to or through those areas near to the mining or downstream from it.  Even for people not using outfitters, some would shift their use away from the Ely area to the Gunflint. I know that I would never again see certain areas, lakes, rivers, and routes through the Boundary Waters and Quetico Provincial Park the same.  The Border Route, the southern Quetico, and the Voyageurs' Highway all would lose some traffic, since they are downstream on the path water pollution would take from Twin Metals proposed mine. Many people would avoid and miss seeing and being in those areas, and it would be painful to me and all the clients I have to know the Boundary Waters was being partially polluted forever.  That is a kind of destruction, the pollution of an area so clearly focused around and defined by water.  I understand that drilling and other activities are under way now along Birch Lake and the South Kawishiwi River, and in the path of the Kawishiwi and Gabbro Lake entry points.  If asked, I will have little choice but to advise my clients to avoid those areas.

31.     I believe we offer an authentic experience to our clients.  I believe that our region markets to people in a way that is authentic and real – people are happy when they get what they expected.  The experiences people are looking for here are sustainable and realistic.  The proposed Twin Metals mining project, and the mining preparation related activities that I understand are under way now, would have changed all that. If the rejected leases and applications are restored, then Twin Metals will move ahead, along with all those negative effects for the Boundary Waters and its watershed, and many of the region's wilderness-oriented businesses, including ours. Our nearest town, Grand Marais, is on the shore of Lake Superior and a significant distance from the reinstated lease sites.  Tourism is the main game in town and

12

along most of the north shore of Lake Superior. We are far enough from these sites that if the sustainable Boundary Waters-based tourism economy of our area is impacted, we will not have the opportunity to take advantage of any economic benefit those leases might provide. It is conceivable to me that the impacts could be very significant to our local economy with little hope for any replacement in their wake.

32.    People of this country and the world need the Boundary Waters and Superior National Forest and all the aesthetic values, scientific possibilities and ecological diversity it contains. My interests and those of my wife, as well as our business, our community and, most importantly, the ecosystem on which we depend both financially and for quality of life, would be harmed if the leases and other mineral interests that Twin Metals is suing to recover were to be restored. This would be a disaster for the Boundary Waters, for my business, for all Boundary Waters visitors now and in the future, even for those who love the idea of the Boundary Waters but have no plans to visit it, and certainly for me and my family.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: Dec 19, 2022

David Seaton

13