**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TWIN METALS MINNESOTA LLC &
FRANCONIA MINERALS (US) LLC,

      Plaintiffs,

  v.

UNITED STATES OF AMERICA, *et al.*,

      Defendants,

  and

PIRAGIS NORTHWOODS COMPANY, *et al.*,

      Defendant-Intervenor-Applicants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:22-cv-2506-CRC

**<u>DECLARATION OF TED BELL</u>**

I, Ted Bell, declare as follows:

1.      I own and manage Bell Composites, Inc., doing business as Northstar Canoes based in Princeton, Minnesota.  Northstar Canoes manufactures canoes, which are sold directly to outfitters and to retailers.

2.      Prior to starting Northstar Canoes, I owned Bell Canoe Works, also a canoe manufacturer.  I sold Bell Canoe Works in 2006, and started Northstar Canoes in 2012.

3.      I did not grow up in Minnesota – I was born and raised in Indiana. I moved to Minnesota to build canoes because of the Boundary Waters Canoe Area Wilderness.  I take trips into the Boundary Waters several times every year, and my daughter spent her college summers working for five outfitters in the Boundary Waters.

4.      When I talk to canoe buyers, about 75% of them have been in the Boundary Waters, are going to go to the Boundary Waters, or talk and dream of a trip to the Boundary Waters.

5.      Northstar Canoes sells around 450 canoes each year to outfitters, most of which are located in or near the Boundary Waters and in the Midwest. The company employs, off and on, about 20 full-time or part-time people.

6.      The Boundary Waters are so much a part of our business that we focus about 90% of our advertising on the Boundary Waters area. In fact, if the Boundary Waters did not exist, Northstar Canoes would not exist.

7.      The Boundary Waters is a unique and special place. As an avid paddler, and I have canoed all over North America, but the Boundary Waters is one of the only places in the entire United States that a person can escape civilization. When you are in the Boundary Waters, you may see another paddler or two, and perhaps a plane might fly high overhead on occasion.

1

But you will see no cell towers or high rises. You will experience no light pollution interfering with stargazing or Northern Lights viewing. You will hear no cars, motors or factories. You will smell no chemicals, smog or pollution. You will taste no impurities in the crystal clear water that you can cup in your hands and drink directly from the lakes.

8.      If federal mineral leases, lease applications, or prospecting permits are reinstated, then exploratory and other drilling and mine preparation will resume, and people in the Boundary Waters and on the edge of it will be subjected drilling noise and other unacceptable effects, and their experience will be ruined. Some may not return. If sulfide-ore copper mining is allowed in the Boundary Waters watershed, which in all likelihood would occur if mining leases, applications, and prospecting permits are reinstated, then this pure wilderness experience will disappear in areas of the Boundary Waters. The peaceful quiet would be interrupted by factory noises, especially given how noise travels across lakes and in the quiet wilderness. The pure sights may be marred by the mine, equipment, activities, and emissions. If there were a mining accident, the Boundary Waters would not be the place it is today. Any pollution or emissions would travel into and through the Boundary Waters, spoiling one of the few unspoiled wilderness areas remaining in the country.

9.      Without the appeal of the pure wilderness, travel into the Boundary Waters would most certainly wane. The decrease in visitors would greatly affect the many outfitters, which in turn would result in a potentially large loss of business for Northstar Canoes.

10.      To put it simply, the Boundary Waters is protected for a reason, and it should stay protected.  I oppose sulfide-ore copper mining in the Boundary Waters watershed, and so oppose any reinstatement of federal mineral leases and lease applications or prospecting permits on

which the Twin Metals mine plan was based, to protect my interests, and those of my clients and my business, from this harm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:   12/18/2022

Ted Bell