**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) |
| and | ) ) |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) |
| Defendant-Intervenor-Applicants. | ) ) ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant-Intervenor-Applicants' Motion to Intervene, relevant law, and related legal memoranda in opposition and in support of the Motion to Intervene, it is hereby

**ORDERED** that Defendant-Intervenor-Applicants' Motion to Intervene is GRANTED.

**SO ORDERED.**

Dated: _____          _____

Christopher R. Cooper
United States District Judge