# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | Case No. 1:22-cv-2506-CRC |
| Defendants, | ) ) | |
| and | ) ) ) | |
| PIRAGIS NORTHWOODS COMPANY, *et al.*, | ) ) | |
| Defendant-Intervenor-Applicants. | ) ) ) | |

## DEFENDANT-INTERVENOR-APPLICANTS' MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant-Intervenor-Applicants Piragis Northwoods Company, Northeastern Minnesotans for Wilderness, Friends of the Boundary Waters Wilderness, Center for Biological Diversity, The Wilderness Society, Izaak Walton League of America, Voyageur Outward Bound School, Ely Outfitting Company & Boundary Waters Guide Service, Wenonah Canoe, Inc., Northstar Canoe, Sawbill Canoe Outfitters, Inc., Hungry Jack Outfitters, Women's Wilderness Discovery, River Point Resort and Outfitting Company, and Freemans Explore, LLC, respectfully move the Court to dismiss the above captioned-case for the reasons set forth in the accompanying Memorandum of Points and Authorities.

Dated:  December 22, 2022          Respectfully submitted,

*s/ J. Alex Ward*
Ward, Joseph Alexander (DC 463927)

Smith, Robin A. (DC 1685989)
Nunez, Krista A. (DC 888324984)
Forrest, Haydn (DC 1657388)
Iko, Roke (DC 1658876)
MORRISON & FOERSTER LLP
2100 L Street NW
Suite 900
Washington, DC 20037
Tel: (202) 887-1574
Fax: (202) 791-8585
alexward@mofo.com
rsmith@mofo.com
knunez@mofo.com
hforrest@mofo.com
riko@mofo.com

*s/ Hannah Yang*

Yang, Hannah (NY 5955240) (*pro hac vice* pending)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Tel.: (212) 336-4196
Fax: (212) 468-7900
hyang@mofo.com

*Attorneys for Defendant-Intervenor-Applicants Piragis Northwoods Company, Northeastern Minnesotans for Wilderness, Voyageur Outward Bound School, Ely Outfitting Company & Boundary Waters Guide Service, Wenonah Canoe, Inc., Northstar Canoe, Sawbill Canoe Outfitters, Inc., Hungry Jack Outfitters, Women's Wilderness Discovery, River Point Resort and Outfitting Company, and Freemans Explore, LLC*

*s/ Adam J. Ratchenski*

Adam J. Ratchenski (Dist. D.C. Bar No. IL0116)
Julie M. Goodwin (IL No. 6295501) (*pro hac vice* forthcoming)
EARTHJUSTICE
311 S. Wacker Drive
Suite 1400
Chicago, IL 60606
Tel.: (312) 500-2194
Fax: (312) 667-8961
aratchenski@earthjustice.org

2

jgoodwin@earthjustice.org

*Attorneys for Defendant-Intervenor-Applicants Center for Biological Diversity, The Wilderness Society, and Izaak Walton League of America*

*s/ Stephen P. Safranski*

Stephen P. Safranski (MN #0331326) (*pro hac vice* forthcoming)
Richard B. Allyn (MN #0001338) (*pro hac vice* forthcoming)
Bryan J. Mechell (MN #0389151) (*pro hac vice* forthcoming)
Eric P. Barstad (MN #0398979) (*pro hac vice* forthcoming)
ROBINS KAPLAN LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel.: (612) 349-8500
Fax: (612) 339-4181
SSafranski@robinskaplan.com
RAllyn@robinskaplan.com
BMechell@robinskaplan.com
EBarstad@robinskaplan.com

*s/ Meegan F. Hollywood*

Meegan F. Hollywood (Dist. D.C. Bar No. NY0206)
ROBINS KAPLAN LLP
399 Park Avenue
Suite 3600
New York, NY 10022
Tel.: (212) 980-7400
Fax: (212) 980-7499
MHollywood@robinskaplan.com

*Attorneys for Defendant-Intervenor-Applicant Friends of the Boundary Waters Wilderness*

3