**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TWIN METALS MINNESOTA LLC & FRANCONIA MINERALS (US) LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants,<br><br>and<br><br>PIRAGIS NORTHWOODS COMPANY, *et al.*,<br><br>Defendant-Intervenors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:22-cv-2506-CRC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of Defendant-Intervenors' Motion to Dismiss, Defendants' Motion to Dismiss, the pleadings, relevant law, and related legal memoranda in opposition and in support of those Motions to Dismiss, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant-Intervenors' Motion to Dismiss is GRANTED; it is further

**ORDERED** that Defendants' Motion to Dismiss is GRANTED; it is further

**ORDERED** that Plaintiffs' Complaint is DISMISSED with prejudice.

**SO ORDERED.**

This is a final, appealable order.  The Clerk is directed to close this case.

Dated: _____           _____
                                  Christopher R. Cooper
                                  United States District Judge