UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Twin Metals Minnesota LLC &
Franconia Minerals (US) LLC,

                         Plaintiffs,

-against-                              No. 1:22-cv-02506 (CRC)

United States of America, *et al.*,

                         Defendants.

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiffs Twin Metals Minnesota LLC and Franconia Minerals (US) LLC (together, "Plaintiffs"); Defendants United States of America, United States Department of the Interior, Debra Ann Haaland, in her official capacity as Secretary of the Interior, Ann Marie Bledsoe Downes, in her official capacity as Principal Deputy Solicitor of the Interior, Bureau of Land Management, Tracy Stone-Manning, in her official capacity as Director of the Bureau of Land Management, and Mitchell Leverette, in his official capacity as the Bureau of Land Management Eastern States Office State Director ("Defendants"; together with the Plaintiffs, "Parties"); and Defendant-Intervenor-Applicants Piragis Northwoods Company, Northeastern Minnesotans for Wilderness, Friends of the Boundary Waters Wilderness, Center for Biological Diversity, The Wilderness Society, Izaak Walton League of America, Voyageur Outward Bound School, Ely Outfitting Company & Boundary Waters Guide Service, Wenonah Canoe, Inc., Northstar Canoe, Sawbill Canoe Outfitters, Inc., Hungry Jack Outfitters, Women's Wilderness Discovery, River Point Resort and Outfitting Company, and Freemans Explore, LLC ("Applicants") by and through their undersigned counsel, jointly submit this request for an extension of time to respond

1

to the Applicants' Motion to Intervene, ECF No. 19 (hereinafter "MTI"), and Defendants' Motion to Dismiss, ECF No. 14 (hereinafter "MTD").

Plaintiffs respectfully request an extension of one week to file an Opposition to the MTI, up to and including January 12, 2023, and the Applicants request an extension of one week to file a Reply to the Opposition to the MTI, up to and including January 26, 2023. Defendants plan to file a Response on January 5, 2023 and intend to take no position on the MTI.

Once the Court renders a decision on the MTI, the Plaintiffs request three weeks from the date of entry of such order to file an Opposition to the MTD, and the Defendants (and Applicants, should their MTI be granted) request four weeks after Plaintiffs' Opposition is due to file their Reply in Further Support of their MTD.

This is the Parties' and Applicants' first request for an extension of time with respect to the MTI and the Parties' second request for an extension of time with respect to the MTD. Good cause exists to grant it.

1. Currently, Plaintiffs' and Defendants' Opposition to the MTI is due on January 5, 2023, and the Applicants' Reply is due on January 12, 2023. Plaintiffs' Opposition to the MTD is due on January 26, 2023, and Defendants' Reply is due on February 23, 2023.

2. Good cause exists to grant the Joint Motion. This matter concerns claims arising from interrelated administrative actions involving multiple government agencies. Applicants moved to intervene on December 22, 2022, during year-end holidays and scheduled commitments, for which extension for the MTD briefing was previously granted as a result of conflicts. ECF No. 16; Minute Order dated Dec. 13, 2022. The Parties and Applicants do not believe that granting the requested extension will cause prejudice to either Parties or Applicants. Nor will the extension impact any other Court-ordered deadline. The requested extension is

2

made in good faith and not for the purpose of delay.  Furthermore, the Parties believe that the extension for the MTD would permit a more efficient resolution of the proceeding in the event that the MTI is granted.

3. Pursuant to Local Civil Rule 7(m), the Parties' and Applicants' undersigned counsel met and conferred by email regarding this motion's relief.  The Parties and Applicants jointly support the motion.

4. Accordingly, the Parties and Applicants respectfully request that the Court grant this motion for an extension of the following deadlines:  Plaintiffs' Opposition to Applicants' MTI, up to and including January 12, 2023; Applicants' Reply to the Opposition to the MTI, up to and including January 26, 2023; once the Court renders a decision on the MTI, Plaintiffs' Opposition to Defendants' MTD to three weeks from the date of entry of such order; and Defendants' (and Applicants', should their MTI be granted) Reply in Further Support of the MTD to four weeks after Plaintiffs' Opposition is due.  A proposed order extending these deadlines is attached.

5. Respectfully submitted this 4th day of January, 2023.

_____
Paul G. Freeborne (VA Bar No. 33024)
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
(202) 532-5271
paul.freeborne@usdoj.gov

*Attorney for Defendants*

_____
J. Alex Ward (DC Bar No. 463927)
Robin A. Smith (DC Bar No. 1685989)
Krista A. Nunez (DC Bar No. 888324984)
Haydn Forrest (DC Bar No. 1657388)
Roke Iko (DC Bar No. 1658876)
MORRISON & FOERSTER LLP
2100 L Street NW, Ste. 900
Washington, DC 20037
(202) 887-1574
alexward@mofo.com
rsmith@mofo.com
knunez@mofo.com
hforrest@mofo.com
riko@mofo.com

Hannah Yang (NY 5955240)*
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
(212) 336-4196
hyang@mofo.com

*Attorneys for Applicants Northeastern Minnesotans for Wilderness, Voyageur Outward Bound School, Piragis Northwoods Company, Ely Outfitting Company & Boundary Waters Guide Service, Wenonah Cano Inc., Northstar Canoe, Sawbill Canoe Outfitters, Inc., Hungry Jack Outfitters, Women's Wilderness Discovery, River Point Resort and Outfitting Company, and Freemans Explore, LLC*

/s/ Mark W. Friedman

Mark W. Friedman (DC Bar No. NY0328)
William H. Taft V* (NY Bar No. 4337689)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
mwfriedman@debevoise.com
whtaft@debevoise.com

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

4



Adam J. Ratchenski (D.C. Bar No. IL0116)
Julie M. Goodwin (IL Bar No. 6295501)*
EARTHJUSTICE
311 S. Wacker Drive, Ste. 1400
Chicago, IL 60606
(312) 500-2194
aratchenski@earthjustice.org
jgoodwin@earthjustice.org

*Attorneys for Applicants Center for Biological Diversity, The Wilderness Society, and Izaak Walton League of America*

Richard B. Allyn (MN Bar No. 0001338)*
Stephen P. Safranski (MN Bar No. 0331326)*
Bryan J. Mechell (MN Bar No. 0389151)*
Eric P. Barstad (MN Bar No. 0398979)*
ROBINS KAPLAN LLP
800 LaSalle Avenue, Ste. 2800
Minneapolis, MN 55402
(612) 349-8500
RAllyn@robinskaplan.com
SSafranksi@robinskaplan.com
BMechell@robinskaplan.com
EBarstad@robinskaplan.com

Meegan F. Hollywood (D.C. Bar No. NY0206)
ROBINS KAPLAN LLP
399 Park Avenue, Ste. 3600
New York, NY 10022
(212) 980-7400
MHollywood@robinskaplan.com

*Attorneys for Applicant Friends of the Boundary Waters Wilderness*

*Admitted *pro hac vice*

5