UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Twin Metals Minnesota LLC &
Franconia Minerals (US) LLC,

|                                        |                  |
|----------------------------------------|------------------|
| Plaintiffs,                            | No. 1:22-cv-02506 (CRC) |
| -against-                              |                  |
| United States of America, *et al.*,    |                  |
| Defendants.                            |                  |

**[PROPOSED] Joint ORDER**

**UPON CONSIDERATION** of the Parties' and Applicants' Joint Motion for Extension of Time, and for good cause shown, it is hereby:

**ORDERED** that Parties' and Applicants' motion is **GRANTED**; it is

**FURTHER ORDERED** that Plaintiffs shall file their Opposition to Applicants' Motion to Intervene on or before January 12, 2023; Applicants shall file their Reply to the Opposition to the Motion to Intervene on or before January 26, 2023; Plaintiffs shall file their Opposition to Defendants' (and Applicants', should their Motion to Intervene be granted) Motion to Dismiss on or before three weeks after this Court renders a decision on the Motion to Intervene; and Defendants (and Applicants) shall file their Reply in Further Support of their Motion to Dismiss

on or before four weeks after Plaintiffs' Opposition to Defendants' (and Applicants') Motion to

Dismiss is due.

SIGNED

_____                          _____

Date                                                                    Christopher R. Cooper
                                                                            United States District Judge