UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TWIN METALS MINNESOTA LLC**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA**, *et al.*, <br><br> Defendants, <br><br> **PIRAGIS NORTHWOODS CO.**, *et al.* <br><br> Defendant-Intervenors. | Case No. 22-cv-2506 (CRC) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [14] Defendants' Motion to Dismiss is GRANTED. It is further

**ORDERED** that [54] Defendant-Intervenors' Motion to Dismiss is GRANTED.

This is a final appealable Order.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date:  September 6, 2023