AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Twin Metals Minnesota LLC, et al. | ) | |
| *Plaintiffs* | ) | |
| v. | ) | Case No. 1:22-cv-02506 (CRC) |
| United States of America, et al. | ) | |
| *Defendants* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Twin Metals Minnesota LLC & Franconia Minerals (US) LLC.

Date: 11/02/2023

/s/ Lisa S. Blatt
*Attorney's signature*

Lisa S. Blatt, No. 429544
*Printed name and bar number*

Williams & Connolly LLP
680 Maine Avenue S.W.
Washington, DC 20024
*Address*

lblatt@wc.com
*E-mail address*

(202) 434-5000
*Telephone number*

(202) 434-5029
*FAX number*